Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Just One Dime Coaching, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Done for You By Just One Dime**<br>**DBA  Veritas a Series of Embue LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1911047 \*** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**8516 Anderson Mill Rd.**
**Ste 200**
**Austin, TX 78729**
Number, Street, City, State & ZIP Code

**Williamson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

*\*Just One Dime Coaching, LLC ("JODC") is a 100% subsidiary owned by Just One Dime, LLC ("JOD").  For federal income tax purposes, JODC is a disregarded entity and its income and expenses are incorporated in the filing of its parent company, JOD's, federal tax ID 47-4548739.*

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

█  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (if known) _____  Chapter ___7___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/23/22**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Travis Seth Knlep**
Printed name

Title  **Manager and CEO**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **11/23/22**
MM / DD / YYYY

**Ronald J. Sommers 18842500**
Printed name

**Nathan Sommers Jacobs, A Professional Corporation**
Firm name

**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone  **713-960-0303**   Email address  _____

**18842500 TX**
Bar number and State

Debtor name **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/23/22**      X _____
Signature of individual signing on behalf of debtor

**Travis Seth Kniep**
Printed name

**Manager and CEO**
Position or relationship to debtor

Debtor name    **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $ _____ **3,448,439.95**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $ _____ **2,143,121.38**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $ _____ **5,591,561.33**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **31,216,909.22**

4.    **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b    $ _____ **31,216,909.22**

Fill in this information to identify the case:

Debtor name   **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | **2979** | $4,981.01 |
| 3.2. | **Chase Bank** <br> **This account consists of deposits for services that have either been partially or never fulfilled.** <br> **SEE ATTACHED EXHIBIT A/B #3 for creditors/clients and amounts.** | **Checking** | **2690** | $1,535,924.83 |
| 3.3. | **Wise (No account number)** | | | $3,601.58 |
| 3.4. | **PayPal $233.20 ($10,961.57 is on hold. Paypal holds a reserve of 10% of funds over 180 days, funds will be released to JODC over time.)** | | | $11,194.77 |
| 3.5. | **Stripe (will be transferred to JODC - transfers happen daily)** | | | $137.28 |

| 3.6. | **Check received from NBH Bank** | | | $9,266.47 |
|---|---|---|---|---|

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,565,105.94 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:        % of ownership | | |
|     **Actonicus Texas One LLC** <br> **This entity has a bank account ending 3989 at Hillcrest Bank the balance which is reflected herein. This entity also owns two pieces of real property with a total value of $1,067,486.95. Values of all real property are reflected in Schedule A/B 55 and not herein.** | | |
| 15.1.   Debtor owns equitable title.       % | | $32,775.13 |
|     **Actonicus Florida One LLC** <br> **This entity owns two pieces of real property with a total value of $690,290. Values of all real property are reflected in Schedule A/B 55 and not herein.** | | |
| 15.2.   Debtor owns equitable title.       % | | $0.00 |

**Actonicus Colorado One LLC**
**This entity owns one piece of real property**
**with a value of $421,929.  Values of all real**
**property are reflected in Schedule A/B 55**
**and not herein.**

15.3.  **Debtor owns equitable title.** _____  _____ %  _____          **$0.00**

**Actonicus Tennessee One LLC**
**No real property is owned by this entity.**

15.4.  **Debtor owns equitable title.** _____  _____ %  _____          **$0.00**

**Veritus Texas One LLC**
**This entity has a bank account ending in**
**8666 at HIllcrest Bank.  The balance is**
**reflected herein. No real property is owned**
**by this entity.**

15.5.  **Debtor owns equitable title.** _____  _____ %  _____     **$57,354.06**

---

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                       **$90,129.19**

      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **SEE ATTACHED A/B EXHIBIT #39 & #41** | | | **$9,460.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **SEE ATTACHED A/B EXHIBIT #39 & #41** | | | **$30,807.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                           | **$40,267.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Tesla Model Y VIN #SYJYGDEE3MF078015 Insured: Geico Ins. Co.; Polcy #4470-82-96-33; Policy Holders: Travis & Kimberly Kniep; paid through 01/03/23 Legal Title in JODC and Travis Seth Kniep; Debtor owns 100% Equitable Title Valuation basis:  Depreciated Book Value** | | | **$55,277.25** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) SEE ATTACHED A/B EXHIBIT #50 *Values based on depreciated book value** | | **N/A** | **$56,831.00** |

51.   **Total of Part 8.**                                                           | **$112,108.25** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2402 Santa Rita St. Austin, TX 78702 Insured by: Farmers Insurance Group (paid through 03/25/2023) Property Titled in Name of Actonicus Texas One LLC; No Mortgage on the Property On the Market** | Debtor owns a 100% Equitable interest | | | $541,200.00 |
| 55.2. **8804 Westover Club Dr. Austin, TX 78759 Insured by: Geico Insurance Agency, Inc. (paid through09/18/2023) Property Titled in the name of Actonicus Texas One LLC (Subject to current mortgage indebtedness of $459,813.05 owed by Travis Kniep) On the Market Market Value: $986,100** | Debtor owns a 100% Equitable interest | | | $526,286.95 |

55.3. **11402 Walnut Ridge Club Dr**
**Austin, TX 78753**
**Insured by: Farmers Insurance Group (paid through 12/17/22)**
**Property Titled in the name of Josiah Kniep (Subject to current mortgage indebtedness of $265,073.91 owed by Josiah Kniep)**
**Under Contract to Sell for $434,900 (Tentative Closing Date: 12/20/22)**
**Market Value: $421,700**

**Debtor owns a 100% Equitable interest**

**$169,827.00**

55.4. **1250 Ocean Dr #3A**
**Miami Beach, FL 33139**
**Insured by: Matrix Insurance Group (paid through 10/19/2023)**
**Property Titled in the name of Actonicus Florida One LLC (Subject to current mortgage indebtedness of $968,417.48 owed by Travis Kniep)**
**On the Market**
**Market Value: $1,473,700**

**Debtor owns a 100% Equitable interest**

**$505,283.00**

55.5.  **1250 Ocean Dr #2N**
**Miami Beach, FL**
**33139**
**Insured by: Matrix**
**Insurance Group**
**(paid through**
**10/19/2023)**
**Property Titled in the**
**name of Actonicus**
**Florida One LLC**
**(Subject to current**
**mortgage**
**indebtedness**
**of$576,093.15 owed**
**by Travis Kniep)**
**100% Equitable**
**Interest**
**Under Contract to**
**Sell**              **Debtor owns a**
**Market Value:**     **100% Equitable**
**$761,000**          **interest**                                              **$185,007.00**

---

55.6.  **551 High Point Dr**
**Breckenridge, CO**
**80424**
**Insured by: Safeco**
**Insurance (paid**
**through 06/28/2023**
**Property Titled in the**
**name of Actonicus**
**Colorado One LLC**
**(Subject to current**
**mortgage**
**indebtedness of**
**$655,770.68 owed by**
**Travis Kniep)**
**On the Market**      **Debtor owns a**
**Market Value:**      **100% Equitable**
**$1,077,700**         **interest**                                             **$421,930.00**

---

55.7.  **624 Pinnacle Vista Rd**
**Gatlinburg, TN 37738**
**Insured: -----**
**Property Titled in the**
**name of Josiah Kniep**
**(Subject to current**
**mortgage**
**indebtedness of**
**$537,502.72 owed by**
**Josiah Kniep)**
**Under Contract to**
**Sell**               **Debtor owns a**
**Market Value:**      **100% Equitable**
**$1,370,000**         **interest**                                             **$832,498.00**

---

| 55.8. | **308 Vasante Guatamala (1 Studio Apartment) Not Insured Property Titled in the name of Travis Kniep Under Construction** | **Debtor owns a 100% Equitable interest** | | | $17,408.00 |
|---|---|---|---|---|---|
| 55.9. | **Bucerias, Mexico 4 Apartment Units Not insured Property Titled in the name of Travis Kniep (Purchase Pending for $483,280.00. Down Payment of $289,968.00 has been paid to the developer.)** | **Debtor owns a 100% Equitable interest** | | | $249,000.00 |

56.  **Total of Part 9.**                                                                                          | $3,448,439.95 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Just One Dime, LLC - trademark** | | | $500.00 |
| 61.  **Internet domain names and websites** **JOD.com - domain for marketing** | | **Cost Basis** | $100,011.00 |
|  **Seth.com - domain for marketing** | | **Cost Basis** | $230,000.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Customer List (English) (3,292 customers/clients)** | | | **Unknown** |
| **Customer List (Espanol) (752 customers/clients)** | | | **Unknown** |

64. **Other intangibles, or intellectual property**
    **Amazon FBA Mastery Course - videos and slides** — **$5,000.00**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.  | **$335,511.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**Hiscox Policy #UDC-5121157-EO-22; paid through 03/25/23**<br>**Business and Liability Insurance** | **$0.00** |
| **EMI Health; Group ID 6749; Paid through 12/08/23**<br>**Employee Health Insurance** | **$0.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of** | |

**every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,565,105.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $90,129.19 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,267.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $112,108.25 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,448,439.95 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $335,511.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,143,121.38 | + 91b. $3,448,439.95 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,591,561.33 |

Debtor name      **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name       **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Internet** | |
|---|---|---|---|
| | State the term remaining | **(current bill is due 11/24/22)** | **Charter Communications, Inc.** |
| | List the contract number of any government contract | | **PO Box 60074** |
| | | | **City of Industry, CA 91716-0074** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office Utilities** | |
|---|---|---|---|
| | State the term remaining | **(current bill due 11/21/22)** | **City of Austin Utilities** |
| | List the contract number of any government contract | | **PO Box 1088** |
| | | | **Austin, TX 78767** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contracts with all clients listed on Schedule and the parties to contracts that have been partially or not fulfilled listed on SOFA Exhibit 21 that have not been terminated** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Contracts with Clients** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **16 months (11/01/2022-03/01/2024)** | **Dakota Plaza Baseline, LLC** |
| | List the contract number of any | | **1391 Speer Blvd, Ste 800** |
| | | | **Denver, CO 80204** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service - cloud file storage** | |
| | State the term remaining | **(ends 11/23/22)** | **Lucid Link Corp. dba LucidLink** |
| | List the contract number of any government contract | | **3500 South DuPont Highway Dover, DE 19901** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service - HR, employee payroll and benfits management plan** | |
| | State the term remaining | **12 months (ends 12/01/23)** | **People Center, Inc. dba Rippling** |
| | List the contract number of any government contract | | **55 Second St, Ste 1500 San Francisco, CA 94105** |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service - learning management system** | |
| | State the term remaining | **9 months (ends 07/21/23)** | **WorkRamp, Inc. dba Work Ramp** |
| | List the contract number of any government contract | | **340 S Lemon Ave #3840 Walnut, CA 91789** |

Debtor name    **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Travis Seth Kniep** | **13492 Research Blvd Ste 120 #779 Austin, TX 78750** | **Chase Visa Credit Card** | ☐ D _____ <br> ■ E/F ___3.675___ <br> ☐ G _____ |

Debtor name   **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,121,077.29** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$30,369,579.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$12,943,049.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Proceeds from Sales of Real Property** | **$3,178,708.63** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Liquidated Video Production Equipment** | **$38,199.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Liquidation of Shares of Stocks Personally Owned by Travis Kniep** | **$101,623.66** |

| Debtor | Just One Dime Coaching, LLC | Case number (if known) |
|---|---|---|

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| For prior year:<br>From **1/01/2021** to **12/31/2021** | | **Proceeds from Sale of Real Property** | **$1,023,110.00** |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.     **SEE SOFA EXHIBIT #3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Seth Kniep**<br>      **13492 Research Blvd**<br>      **Suite 120 #779**<br>      **Austin, TX 78750** | **SEE ATTACHED SOFA EXHIBIT 4A** | | |
| 4.2.    **Josiah Kniep**<br>      **13492 Research Blvd**<br>      **Suite 120 #779**<br>      **Austin, TX 78750** | **SEE ATTACHED SOFA EXHIBIT 4B** | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Michael Oakes vs. Just One Dime, LLC, et al.<br>Civil Action No.<br>1:22-cv-01045-LY | Breach of Contract | Western District of Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Matthew Gediman vs. Just One Dime Coaching, LLC<br>J2-CV-22-004153 | Breach of Contract | JP Court, Precinct 2, Travis County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Danndy LLC vs. Just One Dime LLC, et al.<br>J2-CV-22-005046 | Breach of Contract | JP Court, Precinct 2, Travis County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. The Baker Organization LLC vs. Just One Dime Coaching LC<br>01-22-0004-6287 | Breach of Contract | AAA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Yasir Alani, et al. vs. Just One Dime Coaching, LLC dba Done For You by Junes One Dime dba Veritus a Series of Embue LLC, et al.<br>D-1-GN-22-006569 | Breach of Contract | 345th JD of Travis County, TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Juan Jacome vs. Just One Dime, LLC, et al.<br>1:22-cv-1196-LY | Breach of Contract | Western District of Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Travis Krichman, et al. vs. Just One Dime, et al.<br>1:22-cv-1146 | Breach of Contract | Western District of Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Patrice Gray vs. Just One Dime LLC, et al.<br>1:22-cv-1105LY | Breach of Contract | Western District of Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Nathan Sommers Jacobs PC<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056 | | 10/31/22 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Debtor | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Liquidated Video Production Equipment** | **SEE ATTACHED SOFA EXHIBIT #13 for a list of items sold. Items were sold through ebay over the course of 2022.** | | **$38,199.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **LX Enterprises LLC** | **12151 W Parmer Lane #B-201 Cedar Park, TX 78613 Titled in Actonicus LLC (Debtor owns a 100% Equitable Interest)** | **12/29/21** | **$1,023,110.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Valiant Realty Group LLC 3520 Executive Center Dr Ste 124 Austin, TX 78731** | **9004 Anderson Mill Rd Austin, TX 78729 Titled to Actonicus LLC (Debtor owns a 100% Equitable Interest)** | **05/12/22** | **$1,100,000.00** |
| | Relationship to debtor **None** | | | |
| 13.4. | **Kelechi Ubani** | **11411 Walnut Ridge Dr Austin, TX 78753 Titled in Josiah Kniep (Debtor owns a 100% Equitable Interest)** | **10/27/22** | **$434,900.00** |
| | Relationship to debtor **None** | | | |
| 13.5. | **John & Jennifer Kirkman 19919 Elm St Federal Heights, CO 80260** | **510 Houser Rd Gatlinburg, TN 37738 Titled in Seth Kniep (Debtor owns a 100% Equitable Interest)** | **04/07/22** | **$812,000.00** |
| | Relationship to debtor **None** | | | |
| 13.6. | **Kelly & Robert Laquet 20549 S Cedar Niles Rd Spring Hill, KS 66083** | **518 Deer Path Ln Gatlinburg, TN 37738 Title in Seth Kniep (Debtor owns a 100% Equitable Interest)** | **04/21/22** | **$730,574.63** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Human Interest** | EIN: **37-1911047** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SEE SOFA EXHIBIT #21** | | **Debtor maintained a bank account at Chase Bank, Account Ending in 2690, that represents deposits from clients for services that were either partially or never fulfilled . List of clients and amounts are listed on the attached SOFA EXHIBIT 21.** | $1,528,041.75 |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **None, other than the entities disclosed herein in which Debtor owns an equitable interest** | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Karen Manahan, CPA**<br>**Wheelright & Manahan**<br>**2402 S. Rural Rd. #203**<br>**Tempe, AZ 85282** | **2019 to current** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Karen Manahan, CPA**<br>**Wheelriight & Manahan**<br>**2402 S. Rural Rd. #203**<br>**Tempe, AZ 85282** | **2019 to current** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Seth Kniep**<br>**13492 Research Blvd**<br>**Suite 120 #779**<br>**Austin, TX 78750** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1. **U.S. Small Business Association (SBA)**<br>**NBH Bank**<br>**7800 E Orchard Rd, Ste 100**<br>**Greenwood Village, CO 80111** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Travis Seth Kniep** | **13492 Research Blvd Suite 120 #779 Austin, TX 78750** | **Manager, President and CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Josiah Kniep** | **13492 Research Blvd Suite 120 #779 Austin, TX 78750** | **Vice President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . **Seth Kniep 13492 Research Blvd Suite 120 #779 Austin, TX 78750** | **SEE ATTACHED SOFA EXHIBIT #30A** | | |
| **Relationship to debtor Manager, President and CEO** | | | |
| 30.2 . **Josiah Kniep 13492 Research Blvd Suite 120 #779 Austin, TX 78750** | **SEE ATTACHED SOFA EXHIBIT 30B** | | |
| **Relationship to debtor Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Just One Dime, LLC** | **EIN:**  47-4548739 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Human Interest**<br>**Broker: Kristi Veale** | **EIN:**  37-1911047 |

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/23/22___

Signature of individual signing on behalf of the debtor

**Travis Seth Kniep**
Printed name

Position or relationship to debtor **Manager and CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

In re    **Just One Dime Coaching, LLC**        Case No. _____

                                        Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................   $      **50,000.00**

   Prior to the filing of this statement I have received ......................................   $      **50,000.00**

   Balance Due ........................................................................................................   $      **0.00**

2. $ __**338.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**11/23/22**
_____
*Date*

                         **Ronald J. Sommers 18842500**
                         *Signature of Attorney*
                         **Nathan Sommers Jacobs, A Professional Corporation**
                         **2800 Post Oak Blvd., 61st Floor**
                         **Houston, TX 77056**
                         **713-960-0303  Fax: 713-892-4800**
                         *Name of law firm*

# United States Bankruptcy Court
## Western District of Texas

In re __Just One Dime Coaching, LLC__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Just One Dime Coaching, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**11/23/22**

Date

**Ronald J. Sommers 18842500**

Signature of Attorney or Litigant

Counsel for __Just One Dime Coaching, LLC__

**Nathan Sommers Jacobs, A Professional Corporation**

**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
**713-960-0303 Fax:713-892-4800**