**Fill in this information to identify the case:**

Debtor name    **Just One Dime Coaching, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**\*\*Abramowicz, Demian**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **demi.abramowicz@gmail.com**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**\*\*Abrevaya, Diego**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **susiblackie2010@hotmail.com**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**\*\*Aguilar, Anays**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **anaysaguilar1@gmail.com**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**\*\*Alamilla, Xochitl**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **alamilla8@gmail.com**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Angulo, Jeanne**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  gmil59@yahoo.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**\*\*Aparicio, Jhonatan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  ps3jagan@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Artiles, Leandro Bonilla**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  leandroartiles1990@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Baro, Patricia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  patryarlan@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**\*\*BAÑUELO, SALDAÑA JOSE ANTONIO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  tododetono@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Caceres, Laura (Ariel Torres Ona - Hus**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  lukenco9@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**\*\*Carballo, Gomez Rafael**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  ralphgomez1024@yahoo.com

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Just One Dime Coaching, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**\*\*Caricola, Mario**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **mariocaricola@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Carra, Rodolfo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **carra.rod001@yahoo.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**\*\*Collado, Jose M Valdez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **valdezjosem433@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Colmenares, Ysi Ruben**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **yrcfonlinesales@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Compte, Octavio**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **tavo974@yahoo.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*Contreras, Katerine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **k-noemi31@hotmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**\*\*CORBERA, MONICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **monicac1215mc@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Cruz, Yazmin**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Businessservices85@yahoo.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Da Pozzo, Fabrizio**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _fabrizio75@hotmail.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*De la Plaza, Myriam**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _mvm636@gmail.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Delapena, Martha**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _murielmark2020@gmail.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Delgado, Marcos**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _mrdenterprisesllc@gmail.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Díaz, Angel S**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _eljelo@hotmail.com_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**\*\*Enriquez, Noel**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _noelenriquez21@gmail.com_

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**\*\*Faria, Vanessa Chacin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vanessachacinfaria@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Ferrucho, Victor Francisco Ferrucho**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  torvic71@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*FORZANI, HUGO FORZANI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  hforzani@hfsoluciones.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**\*\*Fuentes, Ruben**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  ar232010@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Garlobo, Felix**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  YONOTEPUEDOOLVIDAR@GMA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Gonzalez, Jorge**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  negocioprospero3x7@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Gonzalez, Santo G**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  s.gonzalez@officepenny.com

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Guarneros, Alejandra**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  guarnerosalejandra917@yahoo.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Guillen, Ingri**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  miafast85@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**\*\*Guzman, Luisa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  luferhappyhappydeals@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Hammouch, Omar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  omarhammouch62@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Hernandez, Daniel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  dh913572@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Hernandez, Joao**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  jshonline.us@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Hoyos, Lili**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  lilianhoyos@yahoo.com

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Hurtado, Juan y Carolina**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  hurtadojuan@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Lopez, Laura**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  whitecasino30@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Maqueda, Enrique**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  gutimaq71@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*MARCHAN, ALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  MIAMITRADINGLLC@GMAIL.COM

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**\*\*Medrano, Reyna Ivania Garcia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  reynaivania@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Mendez, Jorge H.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  jmendez@beethunder.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |

**\*\*Mora, Vazquez Daniel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  info@portargex.com

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Nava, Arturo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **educacion097@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |

**\*\*Neira, Miguel Angel (Arbitrage)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **mneiradel1973@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,000.00 |

**\*\*Olmos, Cesar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **cesar74olmos@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Ona, Ariel Torres**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **onariel89@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Ona, Tania**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lukenco9@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Padrino, Yessica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **yessicapadrinodd@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**\*\*Palencia, Geovanni**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **gpalenciaa@gmail.com**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**\*\*Perez de leon, Corin Yolanda**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  ariascorin@gmail.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**\*\*Pernia, Rafael**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  infoallbestllc@gmail.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Posada, Javier**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  franposadam@hotmail.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**\*\*Rabelo, Yanet**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  yanetrabelo@yahoo.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Ramirez, Laura**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  lauraramirez7700@gmail.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*RAMIREZ, RAFAEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  ramirezgarciarafael@gmail.com

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*RAMIREZ, VICTOR MANUEL FELIX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  vi4market@gmail.com

Is the claim subject to offset? ☒ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address<br>**\*\*Ramon, Julian** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **easy2shopandship@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address<br>**\*\*Rascon, Paola** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **paola.rasconc@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address<br>**\*\*Reyes, Genier** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **rubiok93119@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address<br>**\*\*Ribera, Vania** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vaniaribera2020@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address<br>**\*\*Rieumont, Perez Ana Bertha** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **info.maxqualityplus@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address<br>**\*\*Rivas, Dinorah E** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **dinorivast@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address<br>**\*\*Rodriguez, Crystal Healler** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **chaytamunay@gmail.com**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,970.00 |
|---|---|---|---|

**\*\*RODRIGUEZ, Fabian**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  ciracomercial@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**\*\*Rodriguez, Juan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  juan41367@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Rodriguez, Raul**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  raulreinaldorodriguez@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Rodriguez, Romero David Leandro**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  leandrodavidromero2@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**\*\*Rosario, Harinson Rosario**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  harinson55@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Rutmann, Luis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  winxmod@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Saborio, Andrea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  saborioseller@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Salazar, Martha**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  tica_sc@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Serna, Johana**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  gcoral1234@aol.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Siller, Edgar**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  purchase@deliverfever.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**\*\*Sánchez Rivera, Miguel Raúl**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  rsmr@live.com.mx

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**\*\*Telles, Jaime**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  jrtelles4@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Torres, José Gregorio**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  patriciatorrese93@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**\*\*Uscanga, Ortega Priscilla Ivet**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  p_ivet@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.82**

**Nonpriority creditor's name and mailing address**
**\*\*Varela, Alexis Osvaldo Mora**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  yoayma81@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**\*\*Vasquez, Jose**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  vasquezjose201201@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**
**\*\*Vega, Maria**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lalavega@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**\*\*Vielma, Yesenia**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** yeseniav1105@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**\*\*Zanotti, Braulio (Marca Privada)**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** brauliozanotti@hotmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$170,000.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**\*\*Zerpa, Armazol**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  azerpa26@gmail.com

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**\*Alexander Germann**
**Suite 1239, 5328 Calgary Trail NW**
**Edmonton T6H4J8Canada**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |

**\*AMNON MORRIS**
**PO Box 6902**
**Huntington Beach, CA 92615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**\*Arnold Dizon**
**1704 Talon Ave**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**\*Aseque Tareq**
**5731 Tuscany Way**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**\*Benjamin Holter**
**3552 Upper Dr**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**\*Brian Gilliam**
**6001 W Parmer Ln Ste 370 #88**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |

**\*Charles Go**
**3900 DAUNTLESS DR**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**\*Elva Belton**
**6209 Satinwood Drive**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**\*HIKMAT ULLAH KHAN**
**Al Mutil Street Zone#2MBZ, AZ 0000**
**United Arab Emirates**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|

**\*Ion Cerevatii**
**str. Alba-Iulia 113, no.242 Chisinau, CU**
**Republic of Moldova**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**\*Jon De Los Reyes**
**2416 Charleston St. Unit E**
**Houston, TX 77021**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**\*Jonathon Vo**
**10498 Fountain Lake Dr Apt 123**
**Stafford, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**\*Jose Hernandez**
**4824 Klamath St**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**\*Kamal Durrani**
**30 N Gould St, Ste 26272**
**Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**\*Kamila Kelly**
**907 South 1213 EastFruit**
**Kaysville, UT 84037**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$405.00** |

*Kevin Dubree
5592 Lago Villaggio Way
Naples, FL 34104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |

*Kobamelo Moremedi
27 Ivory Grove, Mustang Close
Johannesburg, GT 2162South Africa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$255.00** |

*Marvin Corcoran
9641 north central avenue
Phoenix, AZ 85020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340.00** |

*Nicos Christodoulides
3124 35th street
Astoria, NY 11106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$425.00** |

*Rachel Parker
2507 West 9435 South
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$425.00** |

*Resabeth Davis
10937 Furrow Hill Drive
Austin, TX 78754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |

*Ryan Santor
2104-9541 Erickson Drive
Burnaby, BC v3j7n8Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**\*Trudy Baidoo**
**3515 Koyla Lndg**
**Atlanta, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**\*Vincenzo DiBartolo**
**1072 66th St**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00** |
|---|---|---|---|

**\*Yong Kim**
**14034 Orange Ave #3**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**^Abuzar Bhatti**
**Abuzar Waleed Bhatti**
**2559 Transom PL**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**^Adam Hertling**
**L'Jash Creative LLC**
**2090 Lawrenceville-Suwanee Rd**
**Ste A-603**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,920.01** |
|---|---|---|---|

**^Adam Krusz**
**Life Choice Innovations LLC**
**88 Morningside Dr**
**Saint Paul, MN 55119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,853.66** |
|---|---|---|---|

**^Ahmed Alibrahim**
**Kanzanco LLC**
**312 W 3nd St #1574**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,556.39** |
|---|---|---|---|

**^Ahmed Omar**
30613 132nd Ct
Auburn, WA 98092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Prepayment for Products either partially or not fulfilled (See SOFA #21)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,000.00** |
|---|---|---|---|

**^Alan Smith**
124 Excalibur Way
Dalton, GA 30720-6432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Prepayment for Products either partially or not fulfilled (See SOFA #21)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,000.00** |
|---|---|---|---|

**^Alexander Martin**
4827 W Buena Vista Ct
Visalia, CA 93291-9115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Prepayment for Products either partially or not fulfilled (See SOFA #21)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$14,969.29** |
|---|---|---|---|

**^Alexandra Borlina and Frank Borlina**
7C Clowance St
Plymouth
Devon PL1 4LG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,000.00** |
|---|---|---|---|

**^Alexei Gratchev**
82 Gordon Circle
Newmarket
OC9 Ontario Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Prepayment for Products either partially or not fulfilled (See SOFA #21)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,000.00** |
|---|---|---|---|

**^Alfred Mahoney**
210 Summer at Orange NSW
2800 Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Prepayment for Products either partially or not fulfilled (See SOFA #21)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Alvaro Ruiz**
**Ayllu Group LLC**
**15800 Pine S Blvd 3065**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,854.70 |

**^Amber Israelsen**
**1400 6th Ave**
**Seattle, WA 98101-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,903.71 |

**^Ammar Albaqali & Seyeden Elnaz Kazemza**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Amod Karve**
**Shrek LLC**
**1309 Coffeen Ave**
**Ste 1200**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Andre Carajeleascov**
**15823 Shorebird Ln**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,192.36 |

**^Andrea Chavero**
**117 SW St Apt 1404**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,995.89 |

**^Andrew Musto**
**9 Penobscot Way**
**Andover, MA 01810**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Andrew Patten**
**7860 W Comm Blvd**
**Fort Lauderdale, FL 33351**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,951.91 |

**^Andy Fee**
**3 Milsom Court Market**
**Lavington Eiltshire SN104AU**
**UK**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Andy Rendon**
**2751 Artillery Post Rd**
**San Antonio, TX 78234**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Angela Childress**
**600 Blvd South SW Ste 104 #1002**
**Huntsville, AL 36802**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,840.62 |

**^Angela Hill**
**1955 CE Stewart Rd**
**Clover, SC 29710-6442**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**^Angela Yanes Diez & Jonathan Sharpe**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Anny Tay**
3150 Montpelier Ct
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**^Anthony Brown**
114 W Magnolia St Ste 400-135
Bellingham, WA 98225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,487.39** |
|---|---|---|---|

**^Anthony Cerasuolo**

Mount Sinai, NY 11766-1856

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Anthony Li**
4148 Medoc Dr
Kenner, LA 70065-1923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Anthony Rivano**
Dr. Anthony Rivno, D.C. CCSP
135 Columbia Turnpike Ste 301
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | | $3,446.76 |
|---|---|---|---|

**3.141**

Nonpriority creditor's name and mailing address

**^Anwar Chalabee**
**9952 Dewey Dr**
**Garden Grove, CA 92841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,446.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142**

Nonpriority creditor's name and mailing address

**^Arian Hoxhah**
**3276 Stoney St**
**Mohegan Lake, NY 10547-1911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,012.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**

Nonpriority creditor's name and mailing address

**^Art Aguirre**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144**

Nonpriority creditor's name and mailing address

**^Asli Calma**

**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,614.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**

Nonpriority creditor's name and mailing address

**^Audrey Centeno**
**5737 Kana Rd #156**
**Agoura Hills, CA 91301-1601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**

Nonpriority creditor's name and mailing address

**^Aven Tsai**
**1147 Brook Forest Ave #342**
**Shorewood, IL 60404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**^Axel Colon**
**466 Hackensack Ave #1035**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,040.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**^Ayo Akande**
**539 W Commerce St #3016**
**Dallas, TX 75208-1953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**^Baris Ergin**
**Susa**
**2101 N Lamar Blvd Apt. 5**
**Austin, TX**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,313.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

**^Barron Panson**
**26 Reunion**
**Irvine, CA 92603-4243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,763.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**^Bart Evans**
**3007 W Autumn Run Ctr**
**Sugar Land, TX 77479-2624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**^Beau Wangler**
**522 W Riverside Ave, Ste 4267**
**Spokane, WA 99201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,737.96 |

**^Ben Cummings**
**11895 Duley Station Rd**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.70 |

**^Ben Galan**
**11575 SW Pacific Hwy #1044**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,827.54 |

**^Ben Greve**
**It Counts**
**1439 Alivia Dr**
**Plainwell, MI 49080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Benjamin Dodson**
**714 McCullough Ave 6107**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,179.14 |

**^Bertrand Kum**
**6568 Joliet Ave S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,914.36 |

**^Boris Suban**
**2-2-66 Kamimonobe**
**Sumoto-shi**
**Hyogo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Brad Jenkel**
301 Mission St Apt 27E
San Francisco, CA 94105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,757.46** |

**^Brent Diamond**
15 Marion Ave
Norwalk, CT 06855

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,759.61** |

**^Brenton Almeida**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,095.62** |

**^Brian Morgan**
142 Lowell Rd., Unite 17 #135
Hudson, NH 03051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,974.73** |

**^Brock and Kristi Brockway**
67 E Madison St, Ste 1603A 1021
Chicago, IL 60603-3014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Bryan Cook**
2349 W N
Vernal, UT 84078

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Carlos Diaz**
**90 E Halsey Rd Ste 333**
**Parsippany, NJ 07054-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Carlos Hernandez Clavijo**
**15660 Meadow Wood Dr**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Carmen Gonzalez**
**Mustard Seed Investments LLC**
**2001 E Jackson Blvd**
**Elkhart, IN 46516-4647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Carson Butcher**
**141 Neese Dr, Apt P356**
**Nashville, TN 37211-2748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Casey Ross**
**10271 S Freeman Gulch Way**
**Bingham Canyon, UT 84006-5522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,000.00 |

**^Catherine Yang**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** |

**3.171** **Nonpriority creditor's name and mailing address**

**^Cathy Mai**
**16872 Debra Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** **Nonpriority creditor's name and mailing address**

**^Chad Clark**
**212 Lake Shore Circle**
**Bloomington, IL 61704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

**^Chad Provost**
**108 Meadow Lake Dr**
**Youngsville, LA 70592-5530**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$2,898.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

**^Chad Vlaeminck**
**2779 Chesterbrook Ct**
**Jacksonville, FL 32224**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

**^Chaim Korman**
**44 Monroe Ave**
**Toms River, NJ 08755**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

**^Chirag Shah**
**936 Doral Dr**
**Bartlett, IL 60103-2021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.61 |

**^Chris Gimenz**
**3035 SE Maricamp Rd**
**Unit 104 PMB 207**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Christian Achilli**
**The Brightest Vibes Limited**
**United Kingdom SF3 8PI**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Christian Sanabria**
**4955 Collesium Dr**
**Lake Worth, FL 33463-7248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,382.97 |

**^Christine Besa**
**11373 Pearl St., Apt 101**
**Los Angeles, CA 90064-2055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,812.31 |

**^Christine Reed**
**649 Woodlands Rd**
**Charlottesville, VA 22901-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,999.30 |

**^Cindy Benavides**
**Heredia 40101**
**Costa Rica**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,889.80 |
|---|---|---|---|

**^Cindy Hotel**
130 Williams St
New York, NY

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,496.98 |
|---|---|---|---|

**^Clint Hoopes**
709 E 1000 South Cir
Saint George, UT 84790-5644

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,593.34 |
|---|---|---|---|

**^Colin Henderson**
307-2223A Oak Bay Ave
Victoria BX V8R1G4
Canada

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,971.58 |
|---|---|---|---|

**^Conner Antley**
11850 Dr Maratin Luther King Jr St N
Saint Petersburg, FL 33716-1632

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Cris Cuevas**
12955 Willow Place Dr W
Box 690971
Houston, TX 77070-5651

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,889.90 |
|---|---|---|---|

**^Cynthia Walker**
2102 W Fairway Dr
Brandon, MS 39047-8628

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prepayment for Products either partially or not fulfilled (See SOFA #21)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Dameron Batson**
**444 Victory Lane**
**Moore, SC 29369-8483**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Daniel Godsey**
**6809 Main St. #1095**
**Cincinnati, OH 45244**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.46** |

**^Daniel Jung (PLP)**
**893 Centerra Hills Cir**
**Round Rock, TX 78665**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Daniel Partsch**
**4108 Main St**
**Erie, PA 16511-1968**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,252.87** |

**^Daniel Sawyer**
**403 Soapberry Tree Ct**
**Willis, TX 77318**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,151.93** |

**^Daryl Bonnell**
**138 E 12300 S**
**Draper, UT 84020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.52 |

**3.195**

**Nonpriority creditor's name and mailing address**
^David Chin-Jew
1908 Las Montanas Ct
Brentwood, CA 94513-6602

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$2,560.52

---

**3.196**

**Nonpriority creditor's name and mailing address**
^David Cox & Divinity Cox
2121 Union Ave
Costa Mesa, CA 92627

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.197**

**Nonpriority creditor's name and mailing address**
^David Kim
20 English Path
Freehold, NJ 07728

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$2,520.14

---

**3.198**

**Nonpriority creditor's name and mailing address**
^David Rios Jr.
1537 W 104th St
Chicago, IL 60643-2815

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.199**

**Nonpriority creditor's name and mailing address**
^David Torres
1110 Harmon Ln
Clermont, FL 34711

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$3,537.89

---

**3.200**

**Nonpriority creditor's name and mailing address**
^Dawn Larrabee
Dawnlarra
107 N Pasture Cove
Hutto, TX 78634

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$4,928.68

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,683.37** |
|---|---|---|---|

**^Dawn Young**
**Shuweihat 2 IWPP**
**Jebel Dhanna 62501**
**Ruwais**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,218.90** |
|---|---|---|---|

**^Dean Diallo**
**5452 Rohden Dr**
**Canal Winchester, OH 43110**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,656.85** |
|---|---|---|---|

**^Dmitry Chorine**
**2254 79th St**
**Brooklyn, NY 11214**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,910.02** |
|---|---|---|---|

**^Dmitry Kitaychik**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Dominic Cortinas**
**1211 Prairie River Dr**
**Casper, WY 82604-2102**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Donna Gilberto; Kevin Smith**
**50 Wellington Village Dr, Unit 24**
**Bristol, NH 03222-3665**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,212.60** |

**^Douglas Tanner**
**574 W 1250 S**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,256.83** |

**^Douglas Williams**
**2049 Charter Oaks Dr**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Drissa Dao**
**10770 Columbia Pke, Ste 300**
**Silver Spring, MD 20901-4439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,345.15** |

**^Dwayne and Michelle Somerszaule**
**19 Knight House Huntsman St**
**Greater London**
**UK SE17 1QN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,682.03** |

**^Edward Kolankiewicz**
**984 Suscon Rd**
**Pittston, PA 18640-9540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Emily Iwata**
**503-256 2nd Avenue East**
**Vancouver V5T 0A7**
**BC, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,980.00 |
|---|---|---|---|

**^Enrico Bersamin**
**4-2 Donald Street**
**Winnipeg**
**R3L OK5 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**^Eran Sivan**
**8907 139th Ave SE**
**Renton, WA 98059-3487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**^Eric Garcia**
**15033 N US Highway 281 #9308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**^Eric Poon**
**Kaneston Group**
**PO Box 430 NSW Riverwood**
**Australia 2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.48 |
|---|---|---|---|

**^Eric Seidelman**
**374 W Spring St**
**Plymouth, MI 48170-1328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**^Erik Hagman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,911.17 |

**^Evan Herbsman**
**182 Bennett Ave, Apt 3G**
**New York, NY 10040-3846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.34 |

**^Federica Caltagirone**
**1065 SW 8th St - Unite #162**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,937.58 |

**^Fernando Martinez**
**FM North Store Inc.**
**810 Wilson Ave, Unit 101**
**Toronto, QB, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Firas Hammami**
**13475 Atlantic Blvd, Unit 8**
**Ste M165**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,517.26 |

**^Flavio Espinal**
**Bubu Group**
**1799 Grange Cir**
**Longwood, FL 32750-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,040.70 |

**^Florentina Strainu**
**Porro-Fab, Inc.**
**St. Catherines 10 Ellis**
**Strainu, Ontario, Canada L2P 0E6**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Fraidy Braun**
**522 N Sycamore Ave**
**Los Angeles, CA 90036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |

**^Franck Gavi**
**Franab Enterprise**
**US 2425 Redbridge Lane**
**McKinney, TX 75071-1278**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,726.67** |

**^Frankie Mendoza**
**848 N Rainbow Blvd Unit #8318**
**Las Vegas, NV**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,170.70** |

**^Fred Brisker**
**10809 NW 81 St**
**Doral, FL 33178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,972.80** |

**^Gabriella Garabo**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Garrett Edge**
**3259 Gatsby Ln**
**Montgomery, AL 36106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,442.14 |

**^Gene Haney**
**589 Palisade Dr**
**44 Brunswick**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,266.09 |

**^George Nevrodis and Sunilda Vasquez**
**Source Vortex**
**8 Front St Unit 968**
**Croton Falls, NY 10519-7582**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,793.92 |

**^Ghazala Kauser**
**352 Queens Rd**
**Halifax HX1 4PH**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Gina Rosensweig**
**8374 Hawks Gully Ave**
**Delray Beach, FL 33446-9677**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.22 |

**^Gloria Lam and Geoff Wong**
**236 Mossbrook Square**
**Pickering L1V 6P8**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.40 |

**^Gracie Gonzalez**
**13899 Biscayne Bld**
**Miami, FL 33181**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**3.237** Nonpriority creditor's name and mailing address

**^Graeme McCormick**
**6 Allard Ave**
**Roseville Chase 2069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$3,760.82**

---

**3.238** Nonpriority creditor's name and mailing address

**^Gregory Armstrong**
**312 W 2nd St #1548**
**Casper, WY 82601-2412**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$3,770.84**

---

**3.239** Nonpriority creditor's name and mailing address

**^Hairo Sime**
**1317 Edgewater Dr # 3637**
**Orlando, FL 32804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.240** Nonpriority creditor's name and mailing address

**^Hannah Denton**
**3022 Bienville Dr**
**Smyrna, TN 37167**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$2,960.91**

---

**3.241** Nonpriority creditor's name and mailing address

**^Hannah Rivard**
**6917 Benjamin Blvd**
**Joshua, TX 76058-5085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.242** Nonpriority creditor's name and mailing address

**^Harold Caicedo**
**Pereira Carrera 19 #9 -110**
**Risaralda, Colombia 660003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Hector Leon**
**10526 Green Ivy Ln**
**Orlando, FL 32832-5922**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Heidy Galvan**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.63 |
|---|---|---|---|

**^Helenor Luna**
**12112 N Rancho Vistoso Blvd**
**Ste 150 #469**
**Oro Valley**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Henry Seet**
**Pixieland Products, LLC**
**5830 East 2nd St #97152**
**Casper, WY 82609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,148.40 |
|---|---|---|---|

**^Hermela Teshome**
**30 N Gould St, Ate N**
**Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,910.01 |
|---|---|---|---|

**^Igor Yankin**
**Leon Christopher LLC**
**3515-B Longmire Dr**
**PMB 184**
**College Station, TX 77845-4059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,000.00 |
|---|---|---|---|

**^Ike Emeji**
**Gavike Ventures LLD**
**23626 Starbridge Lake Ln**
**Richmond, TX 77407-2884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,545.58 |
|---|---|---|---|

**^Inna Pelzman**
**3736 SW 30th Ave**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,000.00 |
|---|---|---|---|

**^Isaac Novoa / Isla Del Cortes, Int**
**134 Colonia El Tezal**
**Privada Ventanas Del Mar Fase 2**
**Los Cabos, Baja CA Sur MX 23467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,000.00 |
|---|---|---|---|

**^Jaba Kerdzaia**
**109 Carment Ave**
**Trenton, NJ 08610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,000.00 |
|---|---|---|---|

**^Jackson Huggett**
**299 Manchester St**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,848.38 |
|---|---|---|---|

**^Jacob Bopst**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,108.83** |

**^Jan Acherman**
**Sallenbachstrasse 8 8055**
**Zurich Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,285.05** |

**^Jansen Ling**
**Blk 1C Cantonment Road #44**
**Ling KokHeng**
**Singapore 085301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,253.68** |

**^Jaren Cooper**
**6278 S Westridge St**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,174.99** |

**^Jaret Mead**
**Leapin LLC**
**25 W Telegraph St, Unit 47**
**Washington, UT 84780-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Jason and Cathleen**
**The Sosebee Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**^Jason Baker**
**300 S Madison Ave, Ste 9**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ☒ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,449.03 |

**^Jason Csiszar**
**New World Distribution, LLC**
**312 W 2nd St 1140**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,920.90 |

**^Jason Meador**
**454 Las Galinas Ave**
**PMB 187**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Jason Tempio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,818.32 |

**^Jeff Aimee Wilson**
**5754 Nubbin Creek Rd**
**Lenoir, NC 28645-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,389.89 |

**^Jeff Mease**
**101 Market Side Ave, Ste 404-152**
**Ponte Vedra**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Jennifer Braxton**
**2332 N 29th St**
**Phoenix, AZ 85008-2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
^Jennifer Cook
270 Breezy Point
Eclectic, AL 36024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** |

^Jennifer Rodgers
PO Box 1335
Caldwell, ID 83606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,504.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** |

^Jennifer Wilson
100 East Tryon Road
Raleigh, NC 27611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** |

^Jeremy Byrne

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** |

^Jeremy Pittman

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** |

^Jerry Howard

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.273 | **$4,000.00** |

**Nonpriority creditor's name and mailing address**

**^Jerry Iavarone**
**Anjomi**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.274 | **$2,485.50** |

**Nonpriority creditor's name and mailing address**

**^Jesse McLaughlin**
**five_lives**
**6275 NW Poverty Bend Rd**
**McMinnville, OR 97128-8119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.275 | **$4,000.00** |

**Nonpriority creditor's name and mailing address**

**^Jessica Bui**
**30093 Sanctuary Blvd. LA**
**Denham Springs, LA 70726**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.276 | **$4,801.45** |

**Nonpriority creditor's name and mailing address**

**^Jessica Cronan**
**7034 Oak View Dr**
**Dickinson, TX 77539-8295**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.277 | **$4,000.00** |

**Nonpriority creditor's name and mailing address**

**^Jill Parrish**
**4825 Mt. Evans St**
**Brighton, CO 80601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.278 | **$4,000.00** |

**Nonpriority creditor's name and mailing address**

**^Jillian Dillon**
**1955 Bechell Ln**
**Redding, CA 96002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$2,631.73** |

**Nonpriority creditor's name and mailing address**
^JJ De Leon
KNGCOPIT, LLC
202 N Shady Oaks
Lake Jackson, TX 77566-5927

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$2,631.73**

---

3.280 **Nonpriority creditor's name and mailing address**
^Joanie Grife
124 360th Ave
Grinnell, IA 50112-8210

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$3,810.50**

---

3.281 **Nonpriority creditor's name and mailing address**
^Joelito Alimurung
23 G Flora Road #02-05
Estella Gardins
509739 Singapore

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

3.282 **Nonpriority creditor's name and mailing address**
^Joey Fontanilla
281 Sierra Dr
Walnut Creek, CA 94596

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

3.283 **Nonpriority creditor's name and mailing address**
^John Chi
3308 Preston Rd, Ste 350-122
Plano, TX 75093

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$2,810.87**

---

3.284 **Nonpriority creditor's name and mailing address**
^John Gentile
1216 Crescent Dr
Tarrytown, NY 10591

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^John Huang**
**17595 Harvard Ave., Ste C-689**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^John Molhoek**
**Jarlon Properties**
**5235 W River Dr NE**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^John Pulis; Nancy Rote**
**5 N Keyston Dr**
**Clearwater, FL 33755-6121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Johnny Chang**
**AMZ DFY, LLC**
**12425 Enchanted Forest Dr**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,955.11 |
|---|---|---|---|

**^Jon and Michelle De Los Reyes**
**17350 State Highway 249, Ste 220 #5125**
**Houston, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**^Jon Payumo**
**150 Maple Ave, Ste 278**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Jonathan Lee**
**Northeastern Alliance LLC**
**6015 Boulevard East Apt. AA1**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Jorie Steed**
**478 Naomi Dr**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Jose Nunez**
**Freedom2021 LLC**
**2363 James St 519**
**Syracuse, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Jose Ponce-Lopez**
**Ponce, LLC**
**107 Congress Ave Apt 1**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**^Jose Roberto Castillo**
**7317 El Cajon Blvd, Ste 100 LA**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,072.52 |

**^Joseph Fradelakis**
**61 Edgewood Rd Apt A**
**North Providence, RI 02911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,026.55 |

**^Josh & Jen Gessele**
**647 188th Ave NE**
**Baldwin, ND 58521-9804**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,163.91 |

**^Josh Anderson**
**8 The GRN, Ste 4000**
**Dover, DE 19901**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Josh Brantley**
**800 Barclift St NW**
**Hartselle, AL 35640**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,540.05 |

**^Joshua King**
**1582 Merit Ln**
**Liberty, MO 64068**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Josue Vazquez**
**Gray City Market Place, Inc.**
**200 Presidential Way Apt. 2311**
**Woburn, MA 01801**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,713.57 |

**^Juan Pablo Gonzalez**
**Red Peach LLC**
**220 Emerald Vista Way**
**Las Vegas, NV 89144**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Julius and Diane Wu**
**Stockholm Innovations**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | | $5,828.31 |
|---|---|---|---|

**^Justin Pilakka**
**31645 Green Meadow Ln**
**Warren, MI 48093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

**^Justin Rogers**
**RNR Products**
**6204 Foley Square St**
**Amarillo, TX 79119-1423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

**^Justine Wong**
**17 Moon Gate Ct**
**Pacifica, CA 94044-1017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

**^Karekin Kzanjian**
**25350 Magic Mountain Pkwy, Ste 300**
**Valencia, CA 91355-1356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

**^Karem Hadad**
**230 Bellavista Plus**
**23050 Baja Calfornia Sure la Paz**
**Santo Domingo**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**3.309**

**Nonpriority creditor's name and mailing address**

^Karina Toro
129 Pinehaven Court
McDonough, GA 30262

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310**

**Nonpriority creditor's name and mailing address**

^Kate and Blazej
(Bkd Improvements)

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311**

**Nonpriority creditor's name and mailing address**

^Keith McGuinness
9407 NE Vancouver Mail Dr, Ste 104 #561
Vancouver, WA 98662

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312**

**Nonpriority creditor's name and mailing address**

^Kelley Pacifico
1336 Forest Ave
Staten Island, NY 10302

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313**

**Nonpriority creditor's name and mailing address**

^Kelly Foydl
LucyLuu
3902 Fairway Dr
Shingle Springs, CA 95682-8628

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314**

**Nonpriority creditor's name and mailing address**

^Kenneth Brown
Bestprodx
20 N Gould St
Sheridan, WY 82801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Kenneth Hogg**
**5046 SA Warradale 22A**
**Woodfield Avenue South**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Kevin and Genelle Trombley**
**Tombley Ventures LLC**
**4604 LeBlanc Ct**
**Brighton, MI 48116-4769**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Kevin Coleman**
**9612 Woodland Rd**
**New Market, MD 21774**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Kevin Lin**
**Luminscent Clouds**
**9826 6th Dt**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Kevin Owens**
**1607 Spring Glen Ln**
**Pearland, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.82 |

**^Khurram Khalid**
**1925 Landridge Dr**
**Allen, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Kidist Atnafu**
**2401 Fountainview Dr, Ste 416B #2236**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,215.23 |

**^Kim Anaya**
**4960 S Gilbert Rd, Suite 1-313**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Kim Cook**
**870 W Apache St**
**Emmett, ID 83617-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,421.20 |

**^Kirsten Giacci**
**2703 14th Ave**
**Vienna, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.80 |

**^Kyle and Kate McBride**
**Shade Tree Consulting**
**3006 Saint Germain Dr**
**McKinney, TX 75070-4714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Lan Tran**
**Red 21, LLC**
**2214 Sandburg St**
**Dunn Loring, VA 22027-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Lanette Glass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.87 |

**^Larry Steiner**
**1940 225th St**
**Fort Dodge, IA 50501-8444**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,546.36 |

**^Latha Nayak**
**22005 Birds Eye Dr**
**Diamond Bar, CA 91765-3902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Laurie and Emily Ker**
**Knolls Lodge, Plantatio Road**
**Leighton Buzzard LU7 3JB**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Laurie Nervig**
**10103 Prescott Dr**
**Monticello, MN 55362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**^Lazaro Anias**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.74 |

**^Leann Truong**
**Jolcma**
**4150 Reigents Park Row**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,910.01 |

**^Lee Griffith and Tonia Griffith**
**115 Ridge Rd**
**Florissant, CO 80816-9092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Leonardo Scamparini**
**1309 Coffeen Ave., Ste 3166**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Les Simon**
**Manunda Investments Pty, Ltd**
**20 Wreckyn St**
**Victoria North Melbourne Australia 3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Linda Ferrell**
**16 Ramsgate Dr**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,760.83 |

**^Lokinder and Kartik Kaushik (lokart)**
**7635 10 Ave NW**
**Edmonton, Alberta**
**Canada T6K 2T8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,767.83 |

**3.339**

Nonpriority creditor's name and mailing address

^Loren Tarquinio and Anna Vocino
QV Ranch, Inc.
2750 Quail Valley Rd
Solvang, CA 93463-9614

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$3,767.83

---

**3.340**

Nonpriority creditor's name and mailing address

^Lucas and Levi Sankey
Sankey Brohers LLC
930 Coggins St
Redding, CA 96003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$3,714.41

---

**3.341**

Nonpriority creditor's name and mailing address

^Lucia Muhia
LGM Imports and Exports
101 Ethyl Way
Stoughton, MA 02072

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$4,935.89

---

**3.342**

Nonpriority creditor's name and mailing address

^Lukas Szewczyk
3501 Hovenweep Ave
Austin, TX 78744-1769

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.343**

Nonpriority creditor's name and mailing address

^Malathy Sundaram
2504 Coventry Lane

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.344**

Nonpriority creditor's name and mailing address

^Malisa Leung
1053-2560 Shell Road
Richmond BC
Glen Mills, PA 19342

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,149.73 |

**^Manfred Zepeda**
**138 Rivermill Place**
**Piedmont, SC 29673-7353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,267.53 |

**^Marcelle Robidoux**
**Home Says**
**11012 Hemingway Ct**
**Silver Spring, MD 20902-3367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,583.83 |

**^Marcello Schmidt**
**42 VAnderhoof Ave**
**Toronto ON M4G2H1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,202.60 |

**^Marco Lizardo**
**Rua de Curral n 109**
**4405-764 Madalena**
**Portugal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Marie Docteur**
**Man Gaelle M Docteur**
**6801 NW 8th St**
**Pompano Beach, FL 33063-4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Mark Bronner**
**Markell Global LLC**
**4 S Orange Ave #354**
**South Orange, NJ 07079-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Mark Davison**
**136 Kodiak Dr**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Mark Desanctis**
**Ashark Family Enterprises, LLC**
**4645 S Delphine Dr**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Marko Sarc**
**30 N Gould St, Ste R**
**Sheridan, WY 82801-6317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,801.75 |
|---|---|---|---|

**^Marla Fields**
**73 Moore Rd**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,704.87 |
|---|---|---|---|

**^Martin Villanueva and Facundo Mana**
**The Fama Company**
**9381 E Bay Harbor Dr Apt 501N**
**Miami Beach, FL 33154-2359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.08 |
|---|---|---|---|

**^Mattis Kovalenko**
**9422-7733 Quebec**
**Canada H2V 3W(**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Maurice Young**
**100 N Howard St, Ste R**
**Spokane, WA 99201-0508**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.11 |
|---|---|---|---|

**^Mayank Solanki**
**28 Cuckoo Hill Dr**
**Pinner HA5 3PJ GB**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,227.73 |
|---|---|---|---|

**^Megan Taft**
**6900 E Gold Dust Ave. Unit 119**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Meredith Schumacher**
**2108 N St Ste N**
**Sacramento, CA 95816**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Michael Battung**
**9677 Davona Dr**
**San Ramon, CA 94583-4059**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Michael Heimbeck**
**Heimbeck Gmbh Ig**
**Hotzegweidstrasse 54, Pfaffikon ZH**
**Switzerland 8330**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,214.22** |

**^Michael Herrigel**
**H3 Legacy Partners**
**PO Box 201**
**Palestine, TX 75802-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Michael Logan**
**4934 Dartford Dr**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,714.18** |

**^Michael Ruetten**
**255 Double Oaks Dr**
**Lewisville, TX 75077-8268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Michael Saleh Azab**
**Superkero LLC**
**14668 Sailboat Cir**
**Midlothian, VA 23112-4375**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |

**^Michael Stone**
**Bellemart a Florida**
**7613 Lake Angelina Dr**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,713.01** |

**^Michael Vahdat**
**20 Fitch Way**
**Princeton, NJ 08540-7609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,109.49 |

**^Michael Victor Durante**
3104 E Camelback Rd #2676
Phoenix, AZ 85016-4502

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Michael Werner**
Lit Loot
317 Enterprise Dr
Forked River, NJ 08731

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Mike Campise**
8325 W Berwyn Ave, Apt 2
Chicago, IL 60656

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,819.02 |

**^Mike Huyers**
513 Moo 5, Soi 11, Sai 15
Rayong Nikhom Phatthana 21180

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Mike White**
175 Bearclaw Circle
Aledo, TX 76008-1245

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,854.56 |

**^Mikhail Sinenko**
1439 Cambridge Dr
Coquitlam BC V3J 2P9
Canada

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,793.90 |

**^MLM Holdings, Mohamad Aoun, Ali Aoude**
**6117 Argyle St**
**Dearborn, MI 48126-2180**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Mohsen Baghazal**
**30 N Gould St, Ste R**
**Sheridan, WY 82801**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Muneer Safi**
**182-21 150th Ave**
**11413 Abu Dhabi**
**United Arab Emirate**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.29 |

**^Mustafa Seker**
**3400 Cottage Wat, Ste G**
**Sacramento, CA 95825**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Nancy Cabrera**
**10820 Northeast 10th Place**
**Miami, FL 33161**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Nancy Smith**
**22080 Juniper Rd**
**Perris, CA 92570**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.381**

**Nonpriority creditor's name and mailing address**
**^Natsuko Oshiro**
**N Inspiration, LLC**
**11331 183rd St 1204**
**Cerritos, CA 90703-5434**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$5,058.99**

---

**3.382**

**Nonpriority creditor's name and mailing address**
**^Neil Jorgenson**
**3390 Sikes Dr**
**Kempner, TX 76539-6913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**^Nelly Gopal**
**9011 Ridgepointe Way**
**Henderson, NV 89074-6980**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,933.19**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**^Nhu Hoang**
**Kemp House, 160 City Road**
**London EC1V 2NX**
**UK**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**^Nichole & Peter Moller**
**105 Westbrook Ct**
**Collinsville, IL 62234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$3,485.32**

---

**3.386**

**Nonpriority creditor's name and mailing address**
**^Nicole Carrier**
**7 Day Weekend**
**7 Hobbs Road**
**North Hampton, NH 03862-2120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

**$1,695.16**

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,286.29 |

**3.387**  Nonpriority creditor's name and mailing address

^Nik Lysiuk
4 Arthog Drive
Hale
England

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$5,286.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388**  Nonpriority creditor's name and mailing address

^Nikki Stinson
1449 Rider Circle
Grapevine, TX 76051-4965

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$5,014.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389**  Nonpriority creditor's name and mailing address

^Nilesh Patel
707 Crestridge Circle
Euless, TX 76040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,922.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390**  Nonpriority creditor's name and mailing address

^Nina Pozegija
2360 Avenida Helecho
Carlsbad, CA 92009

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391**  Nonpriority creditor's name and mailing address

^Nisar Bhatti
Emray Inc.
3601 Town Blvd #1008
Franklin, OH 45005

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392**  Nonpriority creditor's name and mailing address

^Noah Cavitt
3079 S Baldwin Rd #1014
Lake Orion, MI 48359

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Noe Portilla**
**18785 Siskiyou Rd**
**Apple Valley, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Olga Pilkowska**
**M8V 0C4 ON Toronto 59**
**ANNIE CRAIG DRIVE 902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Omar Alhariri**
**8421 Broad St Unit1316**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,858.87** |
|---|---|---|---|

**^Oscar Dominguez**
**1008 E Pecan Blvd Ste D OFC2**
**McAllen, TX 78501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,910.01** |
|---|---|---|---|

**^Pascal Kinduelo**
**4030 Wake Forest Suite 300**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Patrick Barbeau**
**169 Warm Wind Drive North**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Patrick Odia**
**5680 highway 6 suite 374**
**Missouri City, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Paul Griffiths**
**Westbourne Park Road**
**17B Westbourne Park Road**
**Dorset, England BH4 8HQ**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**^Paul Nelhart**
**5349 N Kenmore Ave., Unit 4N**
**Chicago, IL 60640**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Paul Smit**
**1968 S. Coast Hwy #5151**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,445.13** |
|---|---|---|---|

**^Pawel Babiarz**
**2734 Shettler Rd**
**Muskegon, MI 49444**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$647.93** |
|---|---|---|---|

**^Pedro Santos**
**Ontario, Canada L4L0A4**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,163.28 |

**^Peter Palms**
**1691 Tampa Dr**
**Honolulu, HI 96819-1154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Pieter de Villiers**
**KT3 4SF New Malden 15**
**The Chesters**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,614.84 |

**^Ping Tsui; Kevin Chen, Jinfu Chen**
**1267 Edgewood Way**
**South San Francisco, CA 94080**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Pranavan Sinmayanandan**
**3225 McLeod Dr, Ste 100**
**Las Vegas, NV 89121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,628.09 |

**^Punit Patel**
**Ozvek LTD**
**Vision House 31 Kenton Park**
**29 Repton Road, Harrow HA3 9QD UK**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,188.09 |

**^Punit Patel (Ozvek, Ltd.)**
**29 Repton Rd**
**Vision House 31 Kenton Park**
**Harrow HA3 9QD GB**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,789.19 |
|---|---|---|---|

**^Purple Doonya**
**1303 Dunleigh Dr**
**Burlington, NC 27215-9548**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.36 |
|---|---|---|---|

**^Putera Camaro**
**7398 Yonge St, Unit 6D-688**
**Thornhill, Ontario**
**Canada L4J 8J2**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Quinton Crabb**
**5681 Sweetwater Dr**
**Midlothian, TX 76065-6080**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.47 |
|---|---|---|---|

**^Rajesh Nakrani**
**6658B Mill Creek Dr**
**Kalamazoo, MI 49009-5308**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,171.69 |
|---|---|---|---|

**^Ramy & Amanda Masoud**
**81 Luzon Avenue**
**Markham ON L6B 1N7**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,312.60 |
|---|---|---|---|

**^Randy Rantz**
**1620 Ambria Ln**
**Mundelein, IL 60060-4801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** |

**3.417**

**Nonpriority creditor's name and mailing address**

^Rangarirai Nybemba
Gods of Essentials
31 Alfrin Ct
Hamilton, ON L9B2K2 Canada

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$5,600.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418**

**Nonpriority creditor's name and mailing address**

^Ray Lee
Boom B12 BC 11/E

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$44.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419**

**Nonpriority creditor's name and mailing address**

^Rene Liivak
Voisfluse 6/1-13
Harju Maakood
Tallinn Kesklinna 10132

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420**

**Nonpriority creditor's name and mailing address**

^Rhesa Nathanael
Celestial Bird LLC
1883 W Royal Hunte Dr, Ste 200A
Cedar City, UT 84720

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,417.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421**

**Nonpriority creditor's name and mailing address**

^Richard Aumaitre
2743 NW 42nd Ave
Pompano Beach, FL 33066-2107

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,453.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422**

**Nonpriority creditor's name and mailing address**

^Richard Dando
Odnado
La Ligne
LeClos Orange, La Routh Orange

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$6,615.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,304.89 |

**^Richard Pringle**
**Coolnahinch, Moynalty**
**Kells, Co Meath**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Richard Silva**
**4941 Hose Creek Ln**
**El Paso, TX 79938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,861.91 |

**^Ricky Martin / Luma Global**
**Planta 1 Puerta F**
**Calle Vinas da Babilonia**
**Porto de Santa Cruz, Spain 15179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,679.16 |

**^Rob Schmitt**
**90 E Halsey Rd, Ste 333 #1395**
**Parsippany, NJ 07054-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Rob Strickland**
**RTS Commerce LLC**
**2806 N Columbia St Unit A #130**
**Milledgeville, GA 31061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,920.01 |

**^Robert Crouch**
**706 Joel Dr**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,755.75** |

**^Robert Kim**
**19 Ramona Ave, Apt 6**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**^Robert Nail**
**2515 Waukegan Rd 320**
**Deerfield, IL 60015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**^Robert Ortiz**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**^Robert Wright**
**539 W Commerce St #2888**
**Dallas, TX 75208-1953**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,814.62** |

**^Rodrigo Rodrigues Gil**
**9704 Fox Trap Ave**
**Las Vegas, NV 89145-8863**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,625.67** |

**^Roland Fewell**
**20 Collins Lane**
**Sewell, NJ 08080**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Ronald Evans**
**Evanfoster LLC**
**4471 W 64th St**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Rosemary Madagwa**
**Shelton Street 71-75**
**London WC2H SJQ GB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Ross Johnson**
**Australia, 4064, QLD, Brisbane,**
**Suite 1100, 47 Park Road, Milton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.90 |

**^Roun Roeun**
**444 Broadway Unit B #1013**
**Saugus, MA 01906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Russel Curtis**
**11800 Bellinger St**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Ryan Candelaria**
**31145 Danelaw Ave**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,388.25** |
|---|---|---|---|

**^Ryan Morse**
**5013 Parkside Ct**
**Warrenton, VA 20187**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Sage Callon**
**Dragon's Treasures LLC**
**5403 NE 11th Ave**
**Portland, OR 97211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Sajid Palomares**
**Sapalomares LLC**
**404 E 1st St #332**
**Long Beach, CA 90802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,826.03** |
|---|---|---|---|

**^Sandilya Garimella**
**320 Gold Ave, Ste 620**
**Albuquerque, NM 87102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,325.31** |
|---|---|---|---|

**^Sandra Miller**
**4351 15th Ave S Unit 203**
**Seattle, WA 98108-1474**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,399.47** |
|---|---|---|---|

**^Sarvan Sumra / Cortona_group_pty**
**134 Judds Road**
**Glasshouse Mountains, Queensland 4518**
**Australia**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|

**^Sasikanth Mamidi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Savneet Kaur**
**3400 Cottage Way Ste G2-7506**
**Sacramento, CA 95825-1474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,629.82 |
|---|---|---|---|

**^Scott Buchanan**
**Senexe**
**1309 Clleen Ave., Ste 1200**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,785.69 |
|---|---|---|---|

**^Scott Stratton**
**10800 Lakeline Blvd Apt 11302**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Sean Cook**
**4698 Hearthstone Dr**
**Frisco, TX 75034-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Serene Ang**
**No. 3 Jalan Tran Piring**
**Singapore 799157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,633.61** |
|---|---|---|---|

**^Shahzad Ahmed**
**55 Village Centre PL, Suite 100**
**L4Z 1V9 On Mississauga**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197.72** |
|---|---|---|---|

**^Shamica Lamar**
**9856 Woolworth Ct**
**Wellington, FL 33414-6463**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Sharon Hutchins**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,731.68** |
|---|---|---|---|

**^Shereen Razick**
**10200 Mulberry Ln**
**Bridgeview, IL 60455**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,770.76** |
|---|---|---|---|

**^Simon Au-Yeung**
**13822 Ward St**
**Garden Grove, CA 92843**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Smita Malekoo**
**5804 El Dorado Ave**
**El Cerrito, CA 94530**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address** |

**3.459**

**Nonpriority creditor's name and mailing address**
**^Sonny Yuen**
**8701 Delgany Ave, Unit 209**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460**

**Nonpriority creditor's name and mailing address**
**^Sonya Fukeda**
**4133 12th Ave S**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$3,655.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461**

**Nonpriority creditor's name and mailing address**
**^Spencer Ladin; Jay Beatty**
**JABSBL, LLC**
**9998 Jamestown St**
**Ventura, CA 93004-3746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462**

**Nonpriority creditor's name and mailing address**
**^Stanley Musilia**
**5356 Persimmon Trail**
**Kansas City, MO 64129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$3,865.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463**

**Nonpriority creditor's name and mailing address**
**^Stephen Van**
**SV Items**
**19700 Vallco Pkwy, Ste 130**
**Cupertino, CA 95014-7132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464**

**Nonpriority creditor's name and mailing address**
**^Steve and Stefani Arnold**
**YGW Associates**
**3350 Grant Cove Circle Apt 101**
**Cape Coral, FL 33991**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,734.64** |
|---|---|---|---|

**^Steve Fielding**
**Old Post Office**
**Hampton**
**Malpas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Steve McNair**
**DREAM VESTORS LLC,**
**3902 LEANETT WAY CT**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,040.88** |
|---|---|---|---|

**^Steven Iverson**
**TRUTH MOUNTAIN INVESTMENTS LLC**
**898 W INDEPENDENCE WAY**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Steven Pirovolikos John Fuller**
**2492 MERRICK RD**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,310.25** |
|---|---|---|---|

**^Stuart Trem**
**2300 New South Wales The Hill 12/116**
**Tyrrell Street // 12/108 -118 Tyrrell St**
**The Hill NSW Australia 2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Sumana Sanjeeva**
**HBHS LLC, United States, 6012 Bayfield**
**Parkway, Ste 190, NC, Concord, 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Just One Dime Coaching, LLC**
_____   Case number *(if known)* _____

Name

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Susan Armenta**
**SLAMD eCom Enterprises LLC**
**6148 GARRISON DR**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Suzy Tung**
**GARDEN STATE COTTAGE USA LLC**
**24 BLOSSOM DR,**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Tanya Kitamura**
**304 S Jones Blvd #6562**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,040.70 |

**^Tasha Wallage**
**Natasha Nicole Wallage**
**1602 151st Pl SW**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Taylor Tassone**
**3449 S Nucla Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |

**^Terry Ringering**
**2355 State St Ste101**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,966.27 |
|---|---|---|---|

**^Thomas (Georgina Sanni)**
**1124 LAKE CYPRESS LN.**
**Little Elm, TX 75068**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Thomas Gerard**
**112 Perry St**
**Billericay CM12 0NH, UK**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,965.86 |
|---|---|---|---|

**^Thomas Leong**
**539 W. Commerce, Ste# 523**
**Dallas, TX 75208**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Thomas Sarro**
**1727 ROARING FRK**
**San Antonio, TX 78260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Tim Burnette**
**2718 Magnolia Ct NW Cleveland**
**Cleveland, TN 37312-2095**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Timothy Edwards**
**8 The Green STE B**
**JOD4ME LLC**
**Dover, DE 19901**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,385.94 |

**Nonpriority creditor's name and mailing address**
**^Tom Griffiths**
**34 Kenwyn Road, Ground Floor Flat,**
**London, Uk, United Kingdom, SW4 7LH**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$3,385.94

---

**3.484   Nonpriority creditor's name and mailing address**
**^Tommy and Ken Muller**
**100 Orange Blossom Cir**
**Altamonte Springs, FL 32714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$3,324.78

---

**3.485   Nonpriority creditor's name and mailing address**
**^Tong Jiang**
**7116 Shannon Dr.**
**Minneapolis, MN 55439**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.486   Nonpriority creditor's name and mailing address**
**^Tony Araque**
**1213 14Th Street lot 8 F**
**Key West, FL 33040-4640**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.487   Nonpriority creditor's name and mailing address**
**^Tracy Lane; Michael Bernert**
**3225 MCLEOD DR STE 100**
**Las Vegas, NV 89121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$3,327.05

---

**3.488   Nonpriority creditor's name and mailing address**
**^Tracy Oullaya**
**3 Corey Lane**
**Mendham, NJ 07945**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No  ☐ Yes

$3,888.81

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,900.02** |
|---|---|---|---|

**^Tracy Yamamoto**
**4960 S GILBERT RD STE 1-316**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Travis Hoopes**
**2282 South 1570 East Circle**
**Saint George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Troy Trinh (Trinh Design)**
**2836 Regina Ave.**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,243.34** |
|---|---|---|---|

**^Ty Stewart**
**3330 Dumas Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Tyler Hightree**
**800 County Road 468**
**Elgin, TX 78621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,949.68** |
|---|---|---|---|

**^Tyson Feller**
**208 W 3930 S**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,068.58** |
|---|---|---|---|

**^Tyson Gallant (Typro Innovations)**
**64 Deermont rd Se Calgary**
**Alberta, Canada T2j-5t5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Valeria Lifanova**
**JODDFYSTORE INC, Canada, V6G 1C9,**
**British Columbia, VANCOUVER, 1339-1771**
**ROBSON ST,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Veena Krishna Kumar**
**560042 Karnataka Bengaluru WARD NO 85,**
**SARVAGNA NAGAR, KALLAHALLI BDA**
**QUARTERS**
**B6-167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,532.09** |
|---|---|---|---|

**^Veneta Glavcheva**
**30 N Gould ST Ste R.**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Viktor Marinov**
**585 Wetumka Ct**
**Wheeling, IL 60090-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,980.71** |
|---|---|---|---|

**^Vincent Nieuwenhoven**
**30 North Gould Street**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,817.02** |
|---|---|---|---|

**^Vinh Trinh**
**1463 Hawkcrest Dr**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Vitaly Pikarevich**
**440 Davis Ct. Apt.511**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**^Volkan Samur (buzzdoora)**
**Buzzdoora Pte. Ltd., Singapore, 049422,**
**Singapore, 68 Circular Road, #02-01,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.86** |
|---|---|---|---|

**^Walt Foskey**
**947 Hitching Post Ln**
**Birmingham, AL 35210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**^Walter Franco**
**722 S BIXEL ST APT 704**
**Los Angeles, CA 90017-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,040.70** |
|---|---|---|---|

**^Wes Hedden**
**100 KINCADE DR**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Prepayment for Products either partially or not fulfilled (See SOFA #21)

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982.72 |

**3.507** Nonpriority creditor's name and mailing address

**^Wiht Riollano**
**1317 Edgewater Dr. #3045**
**Orlando, FL 32804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$982.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.508** Nonpriority creditor's name and mailing address

**^Will Lockwood**
**2501 CHATHAM RD, SUITE N,**
**Springfield, IL 62704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** Nonpriority creditor's name and mailing address

**^William Stoll**
**1968 S. COAST HWY**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.510** Nonpriority creditor's name and mailing address

**^Xavier Edokpa**
**1931 Market Center Blvd, apt 5117**
**Dallas, TX 75207**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,040.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** Nonpriority creditor's name and mailing address

**^Yao Swee**
**10602 TUPPENCE CT ROCKVILLE**
**Rockville, MD 20850**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** Nonpriority creditor's name and mailing address

**^Yehia Aref**
**1309 Coffeen Avenue Suite 2262**
**Sheridan, WY 82801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,764.40 |

**^Yoav Press (BYR Investments)**
**202 WILDCARE AVENUE**
**Lawrence, NY 11559**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**^Yohan Zimmermann**
**25010 NORTHERN BLVD # 292**
**Little Neck, NY 11363**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,003.30 |

**^Yue Shen**
**N99 W14110 SEVEN PINES WAY, #C**
**Germantown, WI 53022**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,804.54 |

**^Yvonne and Shannon Wright-Burnett**
**76 Tansley Cresent Ajax, Ontario**
**Canada L1Z 1Y6**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Yvonne Makrucki**
**1817 TILTON DR**
**Pittsburgh, PA 15241**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**^Zachary Herrera**
**22 Middlebury st**
**Lawrence, MA 01841**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Zena Kandah**
**3220 Grand Park**
**Rochester, MI 48307**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Zhipeng Qu; Karen Qu**
**39116 FREMONT HUB # 1013**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**^Zoi Zeo**
**290 Pamela Cir**
**Harleysville, PA 19438**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Abdurrahman Mohammed**
**3839 Amanda St, Apt 116**
**West Covina, CA 91792**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Abid Rasool**
**1619 Delaney Ave**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Abuzar Bhatti**
**Abuzar Waleed Bhatti**
**2559 Transom PL**
**Woodbridge, VA 22191**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adam Glick**
**169 Forest Ave**
**Glen Ridge, NJ 07028**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adam Hertling**
**L'Jash Creative LLC**
**2090 Lawrenceville-Suwanee Rd**
**Ste A-603**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adam Kowalik**
**UL Racula-Wincentego**
**Witosa 70A/1**
**Zieolina Gora 66-004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adam Krusz**
**Life Choice Innovations LLC**
**88 Morningside Dr**
**Saint Paul, MN 55119**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adrian Rumble**
**Aura Pty, Ltd.**
**51 Lauminia Dr**
**Australia 4800 QLD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Adrian Spiga**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Agot Agot**
**201 Meadow Lane**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ahmed Alibrahim**
**Kanzanco LLC**
**312 W 3nd St #1574**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Ahmed Omar**
**30613 132nd Ct**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Akin Atlanta**
**Click N Get Deals**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Alagu Sundarrajan**
**27615 Guthrie Ride Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Alan Smith**
**124 Excalibur Way**
**Dalton, GA 30720-6432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Alberto Eiras and Brandon Barragan**
**A and B Capital Assets**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Alberto Lugo**
**6823 Fort Hamilton Pkway, Suite 153**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Aldo Hernandez**
**APH Global Enterprises**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alex Richardson**
**49 Red Stone Circle**
**Reinholds, PA 17569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Alex Richardson**
**49 Red Stone Circle**
**Reinholds, PA 17569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alexander Martin**
**4827 W Buena Vista Ct**
**Visalia, CA 93291-9115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alexandra Borlina and Frank Borlina**
**7C Clowance St**
**Plymouth**
**Devon PL1 4LG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alexandra Golding**
**43260 Garfield Ste 280**
**Clinton Township, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alexei Gratchev**
**82 Gordon Circle**
**Newmarket**
**OC9 Ontario Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Alfred Mahoney**
**210 Summer at Orange NSW**
**2800 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Just One Dime Coaching, LLC**    Case number (if known) _____
Name

| | |
|---|---|
| **3.547** | |

**3.547**   **Nonpriority creditor's name and mailing address**
**Ali Hemani**
**1345 Winnipeg Dr**
**Lewisville, TX 75077**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

**3.548**   **Nonpriority creditor's name and mailing address**
**Ali Masaad**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.549**   **Nonpriority creditor's name and mailing address**
**Ali Sulaiman**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.550**   **Nonpriority creditor's name and mailing address**
**Alina Trifonova**
**3809 Millcreek Dr**
**Annandale, VA 22003**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.551**   **Nonpriority creditor's name and mailing address**
**Alvaro Ruiz**
**Ayllu Group LLC**
**15800 Pine S Blvd 3065**
**Hollywood, FL 33027**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.552**   **Nonpriority creditor's name and mailing address**
**Amah Dunoh**
**1045 Yeadon Ave**
**Lansdowne, PA 19050**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

**3.553**   **Nonpriority creditor's name and mailing address**
**Amar Hussain and Assad Khan**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Amber Israelsen**
**1400 6th Ave**
**Seattle, WA 98101-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Aminata Sacko**
**902 Woodlands Dr SE**
**Smyrna, GA 30080-2483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Amir Baluch, Sohail, Muhammad Sohail**
**2200 Victory Ave #902**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ammar Albaqali and Seyeden Elnaz**
**Kazemza**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Amod Karve**
**Shrek LLC**
**1309 Coffeen Ave**
**Ste 1200**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Andisheur Soleimanpour**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Andre Carajeleascov**
**15823 Shorebird Ln**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.561** | **Nonpriority creditor's name and mailing address** |

**3.561**

**Nonpriority creditor's name and mailing address**

Andre Woody
8635 W sahara Ave
Las Vegas, NV 89117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.562**

**Nonpriority creditor's name and mailing address**

Andrea Chavero
117 SW St Apt 1404
Miami, FL 33130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.563**

**Nonpriority creditor's name and mailing address**

Andreas Siljestroem
701 South Olive Ave Apt 1403
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.564**

**Nonpriority creditor's name and mailing address**

Andres Palacios
Global Talent Hunters

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.565**

**Nonpriority creditor's name and mailing address**

Andrew Alanis
539 W Commerce St
Dallas, TX 75208

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.566**

**Nonpriority creditor's name and mailing address**

Andrew Beckford
5173 Zachary Blvd
Pensacola, FL 32526

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.567**

**Nonpriority creditor's name and mailing address**

Andrew Edwards

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andrew Lawrence**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andrew Musto**
**9 Penobscot Way**
**Andover, MA 01810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andrew Patten**
**7860 W Comm Blvd**
**Fort Lauderdale, FL 33351**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andy Chen**
**danndy**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andy Fee**
**3 Milsom Court Market**
**Lavington Eiltshire SN104AU**
**UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Andy Rendon**
**2751 Artillery Post Rd**
**San Antonio, TX 78234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Angela Childress**
**600 Blvd South SW Ste 104 #1002**
**Huntsville, AL 36802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Angela Hill**
**1955 CE Stewart Rd**
**Clover, SC 29710-6442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Angela Yanes Diez & Jonathan Sharpe**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Angelica Rodriguez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Angie Menegay**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anita Gerber**
**525 W 230 N**
**Smithfield, UT 84335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anita Olusoga**
**Dominion Properties & Investment managem**
**9801 Apollo Rd, Unit 7121**
**Upper Marlboro, MD 20792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anitra Preston and Eldridge Moore**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Ann Lee**
**904 Baines St**
**Palo Alto, CA 94303-2524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anna Kim**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anne Dela Torre**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Annie Luong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anny Tay**
**3150 Montpelier Ct**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Anouxay Sichanh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Anthony Benitez**
**8508 Park Rd Ste 219**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Anthony Brown**
**114 W Magnolia St Ste 400-135**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Cerasuolo**

**Mount Sinai, NY 11766-1856**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Cipriano**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Gaetano**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Li**
**4148 Medoc Dr**
**Kenner, LA 70065-1923**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Ong**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Anthony Oquendo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** |

**Anthony Rivano**
**Dr. Anthony Rivno, D.C. CCSP**
**135 Columbia Turnpike Ste 301**
**Florham Park, NJ 07932**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** |

**Anthony Vargas**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address** |

**Anton Bonnici**
**Beanstalk Ltd**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.599 | **Nonpriority creditor's name and mailing address** |

**Antonio Fragelli**
**34 Dolomite Dr**
**York, PA 17408**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** |

**Antwon Dallas**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

| | |
|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** |

**Anwar Chalabee**
**9952 Dewey Dr**
**Garden Grove, CA 92841**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** |

**Arian Hoxhaj**
**3276 Stoney St**
**Mohegan Lake, NY 10547-1911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Arman Kashaganov**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Arshine Kidwai**
**13790 Bridgewater Crossings Blvd**
**Ste 1080**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Art Aguirre**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Artur Nasimov**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Asli Calma**

**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Audrey Centeno**
**5737 Kana Rd #156**
**Agoura Hills, CA 91301-1601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Aven Tsai**
**1147 Brook Forest Ave #342**
**Shorewood, IL 60404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Axel Colon**
**466 Hackensack Ave #1035**
**Hackensack, NJ 07601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Ayo Akande**
**539 W Commerce St #3016**
**Dallas, TX 75208-1953**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Barb Kelly**
**304 S Jones Blvd #7879**
**Las Vegas, NV 89107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Baris Ergin**
**Susa**
**2101 N Lamar Blvd Apt. 5**
**Austin, TX**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Barron Panson**
**26 Reunion**
**Irvine, CA 92603-4243**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Barry Moran**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Bart Evans**
**3007 W Autumn Run Ctr**
**Sugar Land, TX 77479-2624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Beau Wangler**
**522 W Riverside Ave, Ste 4267**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Beka Bekzhan**
**1800 Laurel Rd Spt 1302**
**Lindenwold**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Belayneh Yiroshe**
**Weldarego**
**Cerro el Borego 132**
**Qro Qro76230**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Belkys Hernandez Mejias**
**2112 Adair Ave**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ben Cummings**
**11895 Duley Station Rd**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ben Galan**
**11575 SW Pacific Hwy #1044**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ben Greve**
**It Counts**
**1349 Alivia Dr**
**Plainwell, MI 49080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Benjamin Dodson**
**714 McCullough Ave 6107**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Bertrand Kum**
**6568 Joliet Ave S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Bilal Malik and Ahsan Saeed**
**7912 Yarnwood Ct**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Billy Machner**
**410 Kentucky Trail**
**Browns Mills, NJ 08015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Billy Mak**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Billy Snyder**
**612 Teresa Lane**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Bob Miller**
**123 South Main St., Ste 70**
**Houston, PA 15342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Bob Smith and Molly Claire**
**Simpe Pure Life**
**14049 Valley Mills Dr**
**Frisco, TX 75033-0479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Boris Suban**
**2-2-66 Kamimonobe**
**Sumoto-shi**
**Hyogo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Bouchra Tiouat and Aziz Hajjami**
**23338 Higbee Lane**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Brad Jenkel**
**301 Mission St Apt 27E**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Bradley Baker**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Bradley Smith**
**1971 E Beltline Ave NE,**
**Ste 106 PMB 909**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Branden Manoharan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Brandon and Chris Walden**
**Aspire Ecom, LLC**
**107 Cressfell Circle**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Braxton Walcott**
**2332 N 29th St**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Brenda and Vaughn**
**Infinite Success Institute**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Brennan Tomasetti**
**51 N 3rd St #154**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Brent Diamond**
**15 Marion Ave**
**Norwalk, CT 06855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Brenton Almeida**
**1810 E SAHARA AVE STE 212 #1937**
**2720 Brookstone Ct**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Brett Brashear**
**(b2freedom)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brian Chen**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Brian Kaplan**
**820 E Terra Cotta Ave Ste 119**
**Crystal Lake, IL 60014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brian Kelley**
**7 Willow St**
**Oxford, CT 06478**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brian Lehmann**
**8 Lyric Place**
**Crystal Lake, IL 60014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brian Maples**
**239 Fourth Ave, Ste 1401**
**Pittsburgh, PA 15222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brian Morgan**
**142 Lowell Rd., Unite 17 #135**
**Hudson, NH 03051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Brock and Kristi Brokway**
**67 E Madison St, Ste 1603A 1021**
**Chicago, IL 60603-3014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Bryan Cook**
**2349 W N**
**Vernal, UT 84078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Burnette Avakian**
**524 Main St #364**
**Columbus, MS 39701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carlos Diaz**
**90 E Halsey Rd Ste 333**
**Parsippany, NJ 07054-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carlos Engel**
**9719 Parkview Ave**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carlos Hernandez Clavijo**
**15660 Meadow Wood Dr**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carmelino Seaton**
**Seatons Amazon Shop**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carmen Gonzalez**
**Mustard Seed Investments LLC**
**2001 E Jackson Blvd**
**Elkhart, IN 46516-4647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Carson Butcher**
**141 Neese Dr, Apt P356**
**Nashville, TN 37211-2748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Casey Ross**
**10271 S Freeman Gulch Way**
**Bingham Canyon, UT 84006-5522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Catalina Balasi & Ian Bugeja**
**Narciset St, No. 3**
**Cumpana, Bonstanta**
**Romania**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Cate Hoist**
**Tinguish**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Cath Atkin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Catherine Yang**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Cathy Mai**
**16872 Debra Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Cemeo Hawthorne**
**15421 Gale Ave**
**City of Industry, CA 91715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Chad Clark**
**212 Lake Shore Circle**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Chad Provost**
**108 Meadow Lake Dr**
**Youngsville, LA 70592-5530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Chad Sutterer**
**770 Market St #90-516**
**Farmington, MO 63640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Chad Vlaeminck**
**2779 Chesterbrook Ct**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Chaim Korman**
**44 Monroe Ave**
**Toms River, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Charles Bailey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Charles Correia**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Charter Communications, Inc.**
**PO Box 60074**
**City of Industry, CA 91716-0074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Office Internet_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,240.09 |

**Chase Visa Credit Card**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _
Last 4 digits of account number _5005_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Cheong-Ming Thomas Wai**
**3dubs**
**500 University Ave., Apt 2009**
**Honolulu, HI 96826**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Chirag Shah**
**936 Doral Dr**
**Bartlett, IL 60103-2021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Chris Field and Emily Field**
**Crane Mercantile**
**16430 Spruell St**
**Huntersville, NC 28078**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,500.00 |

**Chris Gimenz**
**3035 SE Maricamp Rd**
**Unit 104 PMB 207**
**Ocala, FL 34471**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Chris Hook**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Chris Lam aka Crazy Clam**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Chris Rempe**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Chris Taylor**
**5 Landsdowne Rd**
**Whitby, North Yorkshire YO21 3FD**
**UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christian Achilli**
**The Brightest Vibes Limited**
**United Kingdom SF3 8PI**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christian Sanabria**
**4955 Collesium Dr**
**Lake Worth, FL 33463-7248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christine Besa**
**11373 Pearl St., Apt 101**
**Los Angeles, CA 90064-2055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Christine Proctor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christine Reed**
**649 Woodlands Rd**
**Charlottesville, VA 22901-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christopher BAker**
**The Baker Organization**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Christopher Vincent**
**30 N Gould St., Ste 20369**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Cindy Benavides, Bufete Rodriguez**
**Heredia 40101**
**Costa Rica**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Cindy Hotel**
**130 Williams St**
**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Austin Utilities**
**PO Box 1088**
**Austin, TX 78767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Office Utilities_

Is the claim subject to offset? ■ No ☐ Yes

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Claudio Maese**
**2601 Fort Blvd**
**El Paso, TX 79930-2115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Clint Hoopes**
**709 E 1000 South Cir**
**Saint George, UT 84790-5644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Cody Pope**
**5309 Bella Pl**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$20,000.00** |
|---|---|---|---|

**Colette and Gaurav Kapoor**
**Infinity One / Corav**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Colin Henderson**
**307-2223A Oak Bay Ave**
**Victoria BX V8R1G4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Colt Easley**
**2455 Fairway Wood Circle**
**Castle Rock, CO 80109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Colton McKnight**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Conner Antley**
**11850 Dr Maratin Luther King Jr St N**
**Saint Petersburg, FL 33716-1632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |
|---|---|---|---|

**Cris Cuevas**
**12955 Willow Place Dr W**
**Box 690971**
**Houston, TX 77070-5651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Cynthia Walker**
**2102 W Fairway Dr**
**Brandon, MS 39047-8628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Dakota Lee**
**1309 Coffeen Ave, Ste 2807**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dakota Plaza Baceline, LLC**
**1391 Speer Blv, Ste 800**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Dale Jones**
**113 Seclusion Ct**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Dameron Batson**
**444 Victory Lane**
**Moore, SC 29369-8483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Damjan Chudo**
**Netherlands 1087KP**
**Amsterdame**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dana Bokhowa**
**95 Star St**
**London W2 1QF**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Della**
**3661 White Rose Loop**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Gamon**
**5400 Johnson Dr., Ste 264**
**Mission, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Godsey**
**6809 Main St. #1095**
**Cincinnati, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Daniel Jung (PLP)**
**893 Centerra Hills Cir**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Daniel Lee**
**9875 Cameron Parc Circle**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Murren**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Partsch**
**4108 Main St**
**Erie, PA 16511-1968**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Rot**
**Calle Pardo 30 B**
**Alico 4a 08016**
**Barcelona Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniel Sawyer**
**403 Soapberry Tree Ct**
**Willis, TX 77318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniela Georgescu**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Daniele Cordaro**
**Mio Brands**
**790 N Milwaukee St., Ste 300**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danndy LLC**
**c/o Andy Chen**
**2887 Paddock Way**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Litigation:  Danndy LLC v. JODC; Case No.**
**J2-CV-22-005046; JP Court, Precinct 3, Travis County, TX**

Is the claim subject to offset? ■ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Darlene Rencher**
**Dabco Designs**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Darnell Gibbons**
**525 Route 73 N, Ste 104**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Darren Keith**
**Ardrossan**
**Alberta, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Daryl Bonnell**
**138 E 12300 S**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Dave Smithers**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**David Chin-Jew**
**1908 Las Montanas Ct**
**Brentwood, CA 94513-6602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**David Cox & Divinity Cox**
**2121 Union Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David Franco**
**Dar Ecommerce**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David Kim**
**20 English Path**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David Rios Jr.**
**1537 W 104th St**
**Chicago, IL 60643-2815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David Torres**
**1110 Harmon Ln**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David Tsai**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Dawn Larrabee**
**Dawnlarra**
**107 N Pasture Cove**
**Hutto, TX 78634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Dawn Young**
**Shuweihat 2 IWPP**
**Jebel Dhanna 62501**
**Ruwais**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Dean Diallo**
**5452 Rohden Dr**
**Canal Winchester, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Deenesh Gupta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Denice Subach**
**300 Summit Ave**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Dennis Velkhovoy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Derek Wada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Dex Lipovic**
**Trifecta Marketing**
**1846 Innovation Way, Ste 100**
**Tucson, AZ 85755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Dianne Smith**
**Destiny Life Products**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dilmun International**
**Ammar Albaqali and Seyedeh Elinaz Kazemz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Diogo Moreira**
**Pink and Green**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dmitry Chorine**
**2254 79th St**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dmitry Kitaychik**
**69-07 198th St**
**Fresh Meadows, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dominic Cortinas**
**1211 Prairie River Dr**
**Casper, WY 82604-2102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Dominic Harriott**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Donard Meejia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Donna Gilberto; Kevin Smith**
**50 Wellington Village Dr, Unit 24**
**Bristol, NH 03222-3665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Douglas Tanner**
**574 W 1250 S**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Douglas Williams**
**2049 Charter Oaks Dr**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Drissa Dao**
**10770 Columbia Pke, Ste 300**
**Silver Spring, MD 20901-4439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Dwayne and Michelle Somerszaule**
**19 Knight House Huntsman St**
**Greater London**
**UK SE17 1QN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Eddy Contreras**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Eddy Palermo**
**18117 Biscayne Blvd, Ste 2454**
**Miami, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,000.00 |
|---|---|---|---|

**Edward Kolankiewicz**
**984 Suscon Rd**
**Pittston, PA 18640-9540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Ekbal Hussain, Khalil Megherbi,**
**Shazel Choudhury (Ampass)**
**Garden Lond**
**UK WC2H 9JQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $40,000.00 |
|---|---|---|---|

**Elena Kova and Chris McCraley**
**347 5th Ave., Ste 1402**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Eli Lebowitz**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Elizabeth Myers**
**Wonderland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Elizabeth Simpson**
**236 Market St., Ste 100**
**PMB 1001**
**Locust, NC 28097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Ellen Willekens**
**39 Vanderstract**
**Pelt 3900**
**Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Emeka Edemcord**
**3125 Avondale Point**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Emily Iwata**
**503-256 2nd Avenue East**
**Vancouver V5T 0A7**
**BC, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Enrico Bersamin**
**4-2 Donald Street**
**Winnipeg**
**R3L 0K5 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ephraim Te'o**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,500.00** |
|---|---|---|---|

**Eran Sivan**
**8907 139th Ave SE**
**Renton, WA 98059-3487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Eric and Karin Semler**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Eric Brownell**
**5277 S. Sicily Way**
**Aurora, CO 80015-6590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

3.771 **Nonpriority creditor's name and mailing address**

**Eric Garcia**
**15033 N US Highway 281 #9308**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.772 **Nonpriority creditor's name and mailing address**

**Eric Huang**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.773 **Nonpriority creditor's name and mailing address**

**Eric Poon**
**Kaneston Group**
**PO Box 430 NSW Riverwood**
**Australia 2210**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.774 **Nonpriority creditor's name and mailing address**

**Eric Seidelman**
**374 W Spring St**
**Plymouth, MI 48170-1328**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.775 **Nonpriority creditor's name and mailing address**

**Erik Hagman**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.776 **Nonpriority creditor's name and mailing address**

**Ernso St Lot**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.777 **Nonpriority creditor's name and mailing address**

**Eva Pijuan**
**Avds de les Marqueses**
**11A 43761 La Pobla de Montornes**
**Spain**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**3.778**

**Nonpriority creditor's name and mailing address**

**Evan and Stacy Thorson**
**955 Gabbert Road**
**Cantrall, IL 62625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.779**

**Nonpriority creditor's name and mailing address**

**Evan Herbsman**
**182 Bennett Ave, Apt 3G**
**New York, NY 10040-3846**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.780**

**Nonpriority creditor's name and mailing address**

**Fahad Anis**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.781**

**Nonpriority creditor's name and mailing address**

**Federica Caltagirone**
**1065 SW 8th St - Unite #162**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.782**

**Nonpriority creditor's name and mailing address**

**Federico Ramos**
**TXMerchant**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.783**

**Nonpriority creditor's name and mailing address**

**Fekjan de Boer**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.784**

**Nonpriority creditor's name and mailing address**

**Fernando Glenn LaBrada**
**2364 Paseo De Las Americas 104-922**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Fernando Martinez**
**FM North Store Inc.**
**810 Wilson Ave, Unit 101**
**Toronto, QB, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Firas Hammami**
**13475 Atlantic Blvd, Unit 8**
**Ste M165**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Flavio Espinal**
**Bubu Group**
**1799 Grange Cir**
**Longwood, FL 32750-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Florentina Strainu**
**Porro-Fab, Inc.**
**St. Catherines 10 Ellis**
**Strainu, Ontario, Canada L2P 0E6**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Foster Chambers**
**1173 Highland Ave**
**Oak Park, IL 60304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Fraidy Braun**
**522 N Sycamore Ave**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Francis Johnson and Sahar Johnson**
**Voyage Investment**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Franck Gavi**
**Franab Enterprise**
**US 2425 Redbridge Lane**
**McKinney, TX 75071-1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Frankie Mendoza**
**848 N Rainbow Blvd Unit #8318**
**Las Vegas, NV**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Fred Brisker**
**10809 NW 81 St**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Gabriel Shalmi**
**680 E Main St Unit #1158**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Gabriella Garabo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Garrett Edge**
**3259 Gatsby Ln**
**Montgomery, AL 36106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Gary Martiner**
**Lido Properties**
**5821 Jackson Lane**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Gaurav Kapoor and Eric Storey**
**Paniq 1**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Gene Haney**
**589 Palisade Dr**
**44 Brunswick**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**George Nevrodis and Sunilda Vasquez**
**Source Vortex**
**8 Front St Unit 968**
**Croton Falls, NY 10519-7582**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Ghazala Kauser**
**352 Queens Rd**
**Halifax HX1 4PH**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Gillie Matsumoto**
**842B 8th Ave**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Gina Rosensweig**
**8374 Hawks Gully Ave**
**Delray Beach, FL 33446-9677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Glenn Liebegott**
**1101 Holland Dr, Ste 8**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Gloria Lam and Geoff Wong**
**236 Mossbrook Square**
**Pickering L1V 6P8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Gokhan Basaran**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Gracie Gonzalez**
**13899 Biscayne Bld**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Graeme McCormick**
**6 Allard Ave**
**Roseville Chase 2069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Grant Thackray and Lynne McMaster**
**12 Beckfield Dr**
**Glasgow G331SR LK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Grayson Golka**
**401-1066 Hamilton St**
**Vancouver BC**
**Canada V6B 2R9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Greg Irvine**
**9554 S Wells Circle Ste A**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Gregory Armstrong**
**312 W 2nd St #1548**
**Casper, WY 82601-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$20,000.00** |

**Gunalan Nadarajah**
**1108-260 Consumer Rd #253**
**North York, Ontario**
**Canada M2J 4V6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Gustavo & Gloria Fuchs**
**Bare Colors**
**8213 Edgepoint Trl**
**Hurst, TX 76053-7439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Gustavo Leszczynski**
**LCG Innovations**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hafso Hasan**
**59 Third Ave**
**Bordesley, Green Birmingham**
**UK B9 5RW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hairo Sime**
**1317 Edgewater Dr # 3637**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hairo Sime**
**1317 EDGEWATER DR # 3637**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hamad Almudhi**
**Mishref Block 5 St**
**10 House 25**
**Kuwait City, Kuwait 40005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hammad Razzaq and Gurdeep Basra**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hannah Denton**
**3022 Bienville Dr**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hannah Rivard**
**6917 Benjamin Blvd**
**Joshua, TX 76058-5085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Harold Caicedo**
**Pereira Carrera 19 #9 -110**
**Risaralda, Colombia 660003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Harry Patel**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,000.00** |

**Hasan Binyar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Hassan Ahmad**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Hassan Janoudi**
**210 Morris St**
**Pawtucket, RI 02861**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Heath Porretta**
**2045 W Northview Ave**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Hector Leon**
**10526 Green Ivy Ln**
**Orlando, FL 32832-5922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Heidy Galvan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Helenor Luna**
**12112 N Rancho Vistoso Blvd**
**Ste 150 #469**
**Oro Valley**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Henry Seet**
**Pixieland Products, LLC**
**5830 East 2nd St #97152**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Herman Amaya**
**4511 Fountainbleau Rd**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Hermela Teshome**
**30 N Gould St, Ate N**
**Sheridan, WY 82801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Hernan Montenegro**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Hicham Oukayou**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Hilda Torres**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Ian Kelley**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Iannique Renaud**
**Groupe Kandy Inc.**
**GA**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Igor Yankin**
**Leon Christopher LLC**
**3515-B Longmire Dr**
**PMB 184**
**College Station, TX 77845-4059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ijeje Eno**
**3114 Blair Oak Dr.**
**Rowlett, TX 75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ike Emeji**
**Gavike Ventures LLD**
**23626 Starbridge Lake Ln**
**Richmond, TX 77407-2884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Ilie Morar**
**17600 N Bay Rd., Apt 508**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Inna Pelzman**
**3736 SW 30th Ave**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Irine and Eugene Mambo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Isaac Novoa / Isla Del Cortes, Int**
**134 Colonia El Tezal**
**Privada Ventanas Del Mar Fase 2**
**Los Cabos, Baja CA Sur MX 23467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Israel Cuevas**
**Lignarius Ventures**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jaba Kerdzaia**
**109 Carment Ave**
**Trenton, NJ 08610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jackson Huggett**
**299 Manchester St**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jacob Bopst**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jacquie Murrell**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jake Rader**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jakub Tuma**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jamal Afzaly**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**James Garner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**James Gass**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**James Moise**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jan Acherman**
**Sallenbachstrasse 8 8055**
**Zurich Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Janelle Coluccio**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Janice Tetherow**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jansen Ling**
**Blk 1C Cantonment Road #44**
**Ling KokHeng**
**Singapore 085301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jared Black**
**215 N New Riv Dr EA**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jaren Cooper**
**6278 S Westridge St**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jaret Mead**
**Leapin LLC**
**25 W Telegraph St, Unit 47**
**Washington, UT 84780-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason and Cathleen**
**The Sosebee Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason and Emily Keene**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason Baker**
**300 S Madison Ave, Ste 9**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jason Csiszar**
**New World Distribution, LLC**
**312 W 2nd St 1140**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason Dirks**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason Meador**
**454 Las Galinas Ave**
**PMB 187**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jason Tempio**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Jawa and Mano**
**Healway USA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jay Mistry**
**JDM Tech 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jayme Mudrow**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Jean Paule Desenne**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jeff Aimee Wilson**
**5754 Nubbin Creek Rd**
**Lenoir, NC 28645-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jeff Mease**
**101 Market Side Ave, Ste 404-152**
**Ponte Vedra**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jeff Sankey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jeffrey Ciolino**
**143 Chardonnay Dr East**
**East Quogue, NY 11942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jeffrey Lopez**
**9772 NW 131 St**
**Hialeah, FL 33018-1857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jennie Park**
**17360 E Lake Dr**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Jennifer Braxton**
**2332 N 29th St**
**Phoenix, AZ 85008-2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Jennifer Cook**
**270 Breezy Point**
**Eclectic, AL 36024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |

**Jennifer Rodgers**
**PO Box 1335**
**Caldwell, ID 83606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |

**Jennifer Wilson**
**100 East Tryon Road**
**Raleigh, NC 27611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Jeremy Byrne**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Jeremy Long**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Jeremy Pittman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jermaine Powell**
**Web Goods**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jerome Holcomb, Jr.**
**222 Rainbow Dr #12207**
**Livingston, TX 77399-2022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jerry Howard**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jerry Iavarone**
**Anjomi**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Jesse McLaughlin**
**five_lives**
**6275 NW Poverty Bend Rd**
**McMinnville, OR 97128-8119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jessica Bui**
**30093 Sanctuary Blvd. LA**
**Denham Springs, LA 70726**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jessica Clifton**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jessica Cronan**
**7034 Oak View Dr**
**Dickinson, TX 77539-8295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jesus Contreras**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jia Smith**
**Mode Inverse**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jill Parrish**
**4825 Mt. Evans St**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jillian Dillon**
**1955 Bechell Ln**
**Redding, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Jinkyoung "Jin" Lim**
**319 Foothill Dr**
**Cedar City, UT 84721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**JJ De Leon**
**KNGCOPIT, LLC**
**202 N Shady Oaks**
**Lake Jackson, TX 77566-5927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Joanie Grife**
**124 360th Ave**
**Grinnell, IA 50112-8210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Joe Hegseth**
**10556 Combie Rd #10**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Joel Levy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Joelito Alimurung**
**23 G Flora Road #02-05**
**Estella Gardins**
**509739 Singapore**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Joey Fontanilla**
**281 Sierra Dr**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**John Chi**
**3308 Preston Rd, Ste 350-122**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**John Ezra Dew**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Gentile**
**1216 Crescent Dr**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Harvey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Huang**
**17595 Harvard Ave., Ste C-689**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Molhoek**
**Jarlon Properties**
**5235 W River Dr NE**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Pulis; Nancy Rote**
**5 N Keyston Dr**
**Clearwater, FL 33755-6121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John White**
**5130 South Fort Apache Rd #215213**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Johnathan Vo**
**Kaizen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$100,000.00** |

**Johnny Chang**
**AMZ DFY, LLC**
**12425 Enchanted Forest Dr**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jomael Ortiz Perez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jon and Michelle De Los Reyes**
**17350 State Highway 249, Ste 220 #5125**
**Houston, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jon Payumo**
**150 Maple Ave, Ste 278**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jonathan Lee**
**Northeastern Alliance LLC**
**6015 Boulevard East Apt. AA1**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jordan Jones**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$30,000.00** |

**Jorie Steed**
**478 Naomi Dr**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Banda**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Luis Mendez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Navarro**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Nunez**
**Freedom2021 LLC**
**2363 James St 519**
**Syracuse, NY 13206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Ponce-Lopez**
**Ponce, LLC**
**107 Congress Ave Apt 1**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Jose Roberto Castillo**
**7317 El Cajon Blvd, Ste 100 LA**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Josebelo Gamboa**
**26732 Lindengate Cir**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Joseph Chima**
**1776 Bicentennial Way Apt J12**
**North Providence, RI 02911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Joseph Fradelakis**
**61 Edgewood Rd Apt A**
**North Providence, RI 02911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Josephine Youdeowei**
**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 Pembina Highway**
**Richmond West Plaza**
**Winnipeg MB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Josh & Jen Gessele**
**647 188th Ave NE**
**Baldwin, ND 58521-9804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Josh Anderson**
**8 The GRN, Ste 4000**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Josh Brantley**
**800 Barclift St NW**
**Hartselle, AL 35640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Josh Eight**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Josh Gessele ; Jen Gessele**
**"647 188th Ave NE**
**Baldwin, ND 58521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Joshua King**
**1582 Merit Ln**
**Liberty, MO 64068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Joshua Smith**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Josue Vazquez**
**Gray City Market Place, Inc.**
**200 Presidential Way Apt. 2311**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Juan Jacome**
**662 Eva Kennedy Rd**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Juan Jacome**
**c/o Rain Udall**
**Minns Law Firm PC dba Rains Minn Law Fir**
**4412 Spicewood Springs Rd, Ste 500**
**Austin, TX 78759-8583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation: Jacome v. JOD et al.; Case No._
_1:22-cv-1196-LY; Western District of Texas_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Juan Pablo Gonzalez**
**Red Peach LLC**
**220 Emerald Vista Way**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address**<br>**Juan Pablo Munive**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.947 | **Nonpriority creditor's name and mailing address**<br>**Julian Suppo**<br>**30 North Gould St**<br>**Sheridan, WY 82801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.948 | **Nonpriority creditor's name and mailing address**<br>**Juliet Palfi**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.949 | **Nonpriority creditor's name and mailing address**<br>**Julius and Diane Wu**<br>**Stockholm Innovations**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address**<br>**Justin Allen**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.951 | **Nonpriority creditor's name and mailing address**<br>**Justin Bowman**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.952 | **Nonpriority creditor's name and mailing address**<br>**Justin Pilakka**<br>**31645 Green Meadow Ln**<br>**Warren, MI 48093**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Justin Rogers**
**RNR Products**
**6204 Foley Square St**
**Amarillo, TX 79119-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Justin VanOmmen**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Justine Wong**
**17 Moon Gate Ct**
**Pacifica, CA 94044-1017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Kamil Adamski**
**4432 N Oriole Ave**
**Harwood Heights, IL 60706-4511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Karekin Kzanjian**
**25350 Magic Mountain Pkwy, Ste 300**
**Valencia, CA 91355-1356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Karem Hadad**
**230 Bellavista Plus**
**23050 Baja Calfornia Sure la Paz**
**Santo Domingo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Karina Toro**
**129 Pinehaven Court**
**McDonough, GA 30262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Kate and Blazej**
**(Bkd Improvements)**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Katherine Carias**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Ke-Huey Liu**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Keith McGuinness**
**9407 NE Vancouver Mail Dr, Ste 104 #561**
**Vancouver, WA 98662**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Keith Weiske**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Kelley Pacifico**
**1336 Forest Ave**
**Staten Island, NY 10302**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Kelly Foydl**
**Edgey3 LLC**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kelly Foydl**
**LucyLuu**
**3903 Fairway Dr**
**Shingle Springs, CA 95682-8628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ken Toms**
**4041 Shatzer St**
**Chambersburg, PA 17202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ken Wallace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kenneth and Kenny Breeze**
**Breezango**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kenneth Brown**
**Bestprodx**
**20 N Gould St**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kenneth Hogg**
**5046 SA Warradale 22A**
**Woodfield Avenue South**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kevin and Genelle Trombley**
**Tombley Ventures LLC**
**4604 LeBlanc Ct**
**Brighton, MI 48116-4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kevin Coleman**
**9612 Woodland Rd**
**New Market, MD 21774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kevin Lin**
**Luminscent Clouds**
**9826 6th Dt**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kevin Owens**
**1607 Spring Glen Ln**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kevin Rascol**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kevin Vachhani and Vijeta Patel**
**7 Tobins Court**
**Hartford, CT 06180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Khurram Khalid**
**1925 Landridge Dr**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |

**Kidist Atnafu**
**2401 Fountainview Dr, Ste 416B #2236**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Kim Anaya**
**4960 S Gilbert Rd, Suite 1-313**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Kim Cook**
**870 W Apache St**
**Emmett, ID 83617-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Kirsten Giacci**
**2703 14th Ave**
**Vienna, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Knara Saribekyan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Koni Tamratzi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Kris Land**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Kristi Amunson**
**95 Royal Rd**
**Brockton, MA 02302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Kyle and Kate McBride**
**Shade Tree Consulting**
**3006 Saint Germain Dr**
**McKinney, TX 75070-4714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Kyle Logsdon**
**2316 Belleview Dr**
**Oklahoma City, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Lan Tran**
**Red 21, LLC**
**2214 Sandburg St**
**Dunn Loring, VA 22027-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Lanette Glass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Laren Tolentino**
**91-1066 Paaoloulu Way**
**Kapolei, HI 96707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Larry Steiner**
**1940 225th St**
**Fort Dodge, IA 50501-8444**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**LaShonda Lewis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Latha Nayak**
**22005 Birds Eye Dr**
**Diamond Bar, CA 91765-3902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,000.00 |
|---|---|---|---|

**Laura Caceres & Ariel Torres**
**15820 sw 43 st**
**Miami, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Laura Jilke**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Laura Nunez Elicerio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Laura Viana**
**Kemp House**
**160 City Rd**
**EC1V 2NX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lauren Tolentino**
**91-1066 Paaoloulu Way**
**Kapolei, HI 96707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Laurie and Emily Ker**
**Knolls Lodge, Plantatio Road**
**Leighton Buzzard LU7 3JB**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Laurie Nervig**
**10103 Prescott Dr**
**Monticello, MN 55362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lazaro Anias**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Le Ngo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Leann Truong**
**Jolcma**
**4150 Reigents Park Row**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lee Griffith and Tonia Griffith**
**115 Ridge Rd**
**Florissant, CO 80816-9092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Leo Serman**
**California Sunrise**
**7405 Greenback Ln, Ste 246**
**Citrus Heights, CA 95610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Leonard Giaquinto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Leonardo Scamparini**
**1309 Coffeen Ave., Ste 3166**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Les Simon**
**Manunda Investments Pty, Ltd**
**20 Wreckyn St**
**Victoria North Melbourne Australia 3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lestarianna Saragih-Parrish**
**29598 Day Road**
**McArthur, CA 96056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lina Barriga**
**Tasked**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Linda Ferrell**
**16 Ramsgate Dr**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lloyd Dennis**
**12 Red Hawk Ct**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Lokinder and Kartik Kaushik (lokart)**
**7635 10 Ave NW**
**Edmonton, Alberta**
**Canada T6K 2T8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Loren Holzem**
**417 Gough St**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Loren Tarquinio and Anna Vocino**
**QV Ranch, Inc.**
**2750 Quail Valley Rd**
**Solvang, CA 93463-9614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Louis Kosnosky**
**5900 Balcones Dr Ste 100**
**Austin, TX 78731-4298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lucas and Levi Sankey**
**Sankey Brohers LLC**
**930 Coggins St**
**Redding, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Lucia Muhi**
**LGM Imports and Exports**
**101 Ethyl Way**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucid Link Corp. dba LucidLink**
**3500 South DuPont Highway**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Software as a Service - cloud file storage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Luigi Fenzo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Luis Fernando Chavarriaga**
**unique_quality**
**5911 Star Grass Ln**
**Naples, FL 34116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Lukas Szewczyk**
**3501 Hovenweep Ave**
**Austin, TX 78744-1769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Lynn Groden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Mahmod Jaber**
**1839 Bankstown Way**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Mahsa Karavan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Malathy Sundaram**
**2504 Coventry Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Malisa Leung**
**1053-2560 Shell Road**
**Richmond BC**
**Glen Mills, PA 19342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.103 0 | |

**Nonpriority creditor's name and mailing address**
**Manal Jaffer**
**Biz Hunt**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 1 | |

**Nonpriority creditor's name and mailing address**
**Mandar Bandekar**
**808 West San Carlos St Unit 521**
**San Jose, CA 95126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 2 | |

**Nonpriority creditor's name and mailing address**
**Manfred Zepeda**
**138 Rivermill Place**
**Piedmont, SC 29673-7353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 3 | |

**Nonpriority creditor's name and mailing address**
**Manny Cabezas**
**Adelante Enterprises**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 4 | |

**Nonpriority creditor's name and mailing address**
**Marcelle Robidoux**
**Home Says**
**11012 Hemingway Ct**
**Silver Spring, MD 20902-3367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 5 | |

**Nonpriority creditor's name and mailing address**
**Marcello Schmidt**
**42 VAnderhoof Ave**
**Toronto ON M4G2H1**
**Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.103 6 | |

**Nonpriority creditor's name and mailing address**
**Marco Lizardo**
**Rua de Curral n 109**
**4405-764 Madalena**
**Portugal**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Maria Agosto and Shani Ma**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Marie Docteur**
**Man Gaelle M Docteur**
**6801 NW 8th St**
**Pompano Beach, FL 33063-4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Marie Doucet-Lambert & Maxime Lahaie**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Marina Loukine**
**roilli_corp**
**1576 Ocean Ave Apt. #3B**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Marisa Kua**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Mark Bronner**
**Markell Global LLC**
**4 S Orange Ave #354**
**South Orange, NJ 07079-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Mark Davison**
**136 Kodiak Dr**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104
4**

**Nonpriority creditor's name and mailing address**

**Mark Desanctis
Ashark Family Enterprises, LLC
4645 S Delphine Dr
Vacaville, CA 95687**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.104
5**

**Nonpriority creditor's name and mailing address**

**Mark Oxborough
Unit 22/10 Sedge St
Sippy Downs, Queensland
Australia 4556**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.104
6**

**Nonpriority creditor's name and mailing address**

**Marko Sarc
30 N Gould St, Ste R
Sheridan, WY 82801-6317**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.104
7**

**Nonpriority creditor's name and mailing address**

**Marla Fields
73 Moore Rd
Novato, CA 94949**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.104
8**

**Nonpriority creditor's name and mailing address**

**Martin Villanueva and Facundo Mana
The Fama Company
9381 E Bay Harbor Dr Apt 501N
Miami Beach, FL 33154-2359**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.104
9**

**Nonpriority creditor's name and mailing address**

**Martynas Kersys
MB Journey
Merkio 27
Pamerkiu km, Lithuania LT-65476**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

**3.105
0**

**Nonpriority creditor's name and mailing address**

**Mary Anne Marquez**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$30,000.00**

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Masum Ahmed**
**779/2 West Kazipara**
**Mirpur, Dhaka-12-16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Matt Coombes**
**gncp**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Matt Gediman**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Matt Stark and Sheri Robinson**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Matteo Sorato**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Matthew Rollins**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Mattis Kovalenko**
**9422-7733 Quebec**
**Canada H2V 3W(**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Maurice Young**
**100 N Howard St, Ste R**
**Spokane, WA 99201-0508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Max Aviles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Maxine Morgan**
**Synergywise**
**31 Dartmouth St**
**Valley Stream, NY 11581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mayank Solanki**
**28 Cuckoo Hill Dr**
**Pinner HA5 3PJ GB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Megan Taft**
**6900 E Gold Dust Ave. Unit 119**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mehdi Moussafir**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mehdi Tajeddini**
**13 Darrock Park**
**Aberdeen**
**UK AB15 9HE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,061.08** |
|---|---|---|---|

**Melinda Molnaar**
**Relax n' Glow**
**3025 Escob Dr**
**Palm Springs, CA 92264-5547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepayment for Products either partially or not fulfilled (See SOFA #21)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Melinda Molnar**
**Relax n' Glow**
**3025 Escob Dr**
**Palm Springs, CA 92264-5547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Melvin Cosely**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Meredith Schumacher**
**2108 N St Ste N**
**Sacramento, CA 95816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michael & Pia Oakes**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Michael Battung**
**9677 Davona Dr**
**San Ramon, CA 94583-4059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Michael Buslov**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Michael Chang**
**10004 Upton Ct**
**Indianapolis, IN 46280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Michael Chen**
**2217 120th St**
**College Point, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Michael Clayton**
**Clayton Private Consulting LLC**
**818 Woodson Dr**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Michael Durnil**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Gediman**
**3765 Milam St.**
**San Diego, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation: Gediman v. JODC; Case No. J2-CV-22-004153; JP Court, Precinct 2, Travis County, Texas**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Michael Heimbeck**
**Heimbeck Gmbh Ig**
**Hotzegweidstrasse 54, Pfaffikon ZH**
**Switzerland 8330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Michael Herrigel**
**H3 Legacy Partners**
**PO Box 201**
**Palestine, TX 75802-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Michael Logan**
**4934 Dartford Dr**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Michael Lynch**
**5908 Alenion Way**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Michael Oakes**
**c/o Rain Udall**
**Minns Law Firm PC dba Rains Minns Lawfir**
**4412 Spicewood Springs Rd.**
**Austin, TX 78759-8583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation - Oakes v. JOD, et al.; Case No. 1:22-cv-0145-LY; Michael Oakes vs. JOD, et al.; Western District of Texas 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Michael Ruetten**
**255 Double Oaks Dr**
**Lewisville, TX 75077-8268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Michael Saleh Azab**
**Superkero LLC**
**14668 Sailboat Cir**
**Midlothian, VA 23112-4375**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Speagle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Stone**
**Bellemart a Florida**
**7613 Lake Angelina Dr**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Vahdat**
**20 Fitch Way**
**Princeton, NJ 08540-7609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Victor Durante**
**3104 E Camelback Rd #2676**
**Phoenix, AZ 85016-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michael Werner**
**Lit Loot**
**317 Enterprise Dr**
**Forked River, NJ 08731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Michelle Coriell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Mike and Shelayne Mathieu**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mike Campise** **8325 W Berwyn Ave, Apt 2** **Chicago, IL 60656** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
| **Mike Gibson** **164 Walkden Rd** **Worsley Manchester** **UK M28 7DP** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mike Huyers** **513 Moo 5, Soi 11, Sai 15** **Rayong Nikhom Phatthana 21180** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mike Klingshirn** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mike Marchand** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mike White** **175 Bearclaw Circle** **Aledo, TX 76008-1245** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Mikhail Nasimov** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mikhail Sinenko**
**1439 Cambridge Dr**
**Coquitlam BC V3J 2P9**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Mildred Alvayero**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Miriam Ewang**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**MLM Holdings, Mohamad Aoun, Ali Aoude**
**6117 Argyle St**
**Dearborn, MI 48126-2180**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mohammad Zaman**
**1 Pleasnat View Way**
**Flemington, NJ 08822**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Mohammed Belrhiti, Malak Belrhiti**
**502-5785 Cote Des Neiges Rd**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mohsen Baghazal**
**30 N Gould St, Ste R**
**Sheridan, WY 82801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Moisey Kulangiyev** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Muhammad Rohaizak /MMR Impex**<br>**54200 WP Kuala Lumpur Kuala**<br>**Lumpur No 1 Jallan 24/58**<br>**Off Taman Setiawapgsa** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Muneer Safi**<br>**182-21 150th Ave**<br>**11413 Abu Dhabi**<br>**United Arab Emirate** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Mustafa Seker**<br>**3400 Cottage Wat, Ste G**<br>**Sacramento, CA 95825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00** |
|---|---|---|---|
| | **Nam Milimo** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,000.00** |
|---|---|---|---|
| | **Nancy Cabrera**<br>**10820 Northeast 10th Place**<br>**Miami, FL 33161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Nancy Smith**<br>**22080 Juniper Rd**<br>**Perris, CA 92570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Nathalie Hong and Urmila Aigner** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Natsuko Oshiro**<br>**N Inspiration, LLC**<br>**11331 183rd St 1204**<br>**Cerritos, CA 90703-5434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Neil Jorgenson**<br>**3390 Sikes Dr**<br>**Kempner, TX 76539-6913** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Nelly Gopal**<br>**9011 Ridgepointe Way**<br>**Henderson, NV 89074-6980** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Nelson Pagtolonan**<br>**600 N Broad St, Ste 5**<br>**Newark, DE 19702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Nenev**<br>**Easamax** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| **Nergish Udwadia**<br>**1 Elora Rd**<br>**Vic Oakleigh South 3167**<br>**Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nestor David**
**Powerqueue Solutions**
**6138 Native Woods Dr**
**Tampa, FL 33625-3296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ngoc Ta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nhu Hoang**
**Kemp House, 160 City Road**
**London EC1V 2NX**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nichole & Peter Moller**
**105 Westbrook Ct**
**Collinsville, IL 62234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nick Aalerud**
**25 Carriage Chase Rd**
**North Andover, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nick Loxton**
**Belle Angelic Pty Ltd**
**Level 1, 10-12 South Melbourn**
**Australia 3205 VIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nicole Carrier**
**7 Day Weekend**
**7 Hobbs Road**
**North Hampton, NH 03862-2120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nicole Sande**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nik Lysiuk**
**4 Arthog Drive**
**Hale**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nikki Stinson**
**1449 Rider Circle**
**Grapevine, TX 76051-4965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nikoi Nimcova**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nilesh Patel**
**707 Crestridge Circle**
**Euless, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Nina Pozegija**
**2360 Avenida Helecho**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Nirajkumar Patel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Nisar Bhatti**
**Emray Inc.**
**3601 Town Blvd #1008**
**Franklin, OH 45005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Nishad Patel**
**1900 W Chandler Blvd, Ste 15 #194**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Nissa Ophaso**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Noah Cavitt**
**3079 S Baldwin Rd #1014**
**Lake Orion, MI 48359**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Noe Portilla**
**18785 Siskiyou Rd**
**Apple Valley, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Nurul Amin**
**Atlantis Babys**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Obed Shahid**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Oksana Kamyshin**
**30523 Aldine Westfield Rd**
**Spring, TX 77386**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Oleksandr Hostyuk**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Olga Perdomo and Carolina Rivera**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Olga Pilkowska**
**M8V 0C4 ON Toronto 59**
**ANNIE CRAIG DRIVE 902**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Oliver Arreola**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Olivia Tanada**
**1004 W. West Covina Parkway Unit 444**
**West Covina, CA 91790**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Omar Attaa**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114
7**

**Nonpriority creditor's name and mailing address**

**Orlando Santos**
**1984 Howell Mill Rd # 20102**
**Atlanta, GA 30325**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.114
8**

**Nonpriority creditor's name and mailing address**

**Oscar Dominguez**
**1008 E Pecan Blvd Ste D OFC2**
**McAllen, TX 78501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.114
9**

**Nonpriority creditor's name and mailing address**

**Osman Dean; Jamshed Ahmad**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.115
0**

**Nonpriority creditor's name and mailing address**

**Osman Sheiba**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.115
1**

**Nonpriority creditor's name and mailing address**

**Pacifique "David Iremizi"**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.115
2**

**Nonpriority creditor's name and mailing address**

**Pascal Kinduelo**
**4030 Wake Forest Suite 300**
**Raleigh, NC 27609**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.115
3**

**Nonpriority creditor's name and mailing address**

**Patrice "Patty" Gray**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrice Gray**
**c/o Rain Udall**
**Minns law Firm PC dba Rain Minns Law Fir**
**4412 Spicewood Springs Rd., Ste 500**
**Austin, TX 78759-8583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Litigation: Patrice Gray v. JOD, et al.; Case No.**
**1:22-cv-1105LY; Western District of TX**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Patricio Giron (Southlife Partners)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Patrick Barbeau**
**169 Warm Wind Drive North**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Patrick Bursey (Universal Intentions)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Patrick Odia**
**5680 highway 6 suite 374**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Paul Fife**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Paul Griffiths**
**Westbourne Park Road**
**17B Westbourne Park Road**
**Dorset, England BH4 8HQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Igoh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Kisucky**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Nelhart**
**5349 N Kenmore Ave., Unit 4N**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Okimura**
**Altergear**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Santos**
**62 Orient St**
**Malden, MA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Paul Smit**
**1968 S. Coast Hwy #5151**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Paul Snow**
**pds_consulting**
**pin consulting llc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Pawel Babiarz**
**2734 Shettler Rd**
**Muskegon, MI 49444**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | | $30,000.00 |
|---|---|---|---|

**Pedro Santos**
**Ontario, Canada L4L0A4**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**People Center, Inc. dba Rippling**
**55 Second St, Ste 1500**
**San Francisco, CA 94105**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Software as a Service - HR, employee payroll and benefits management plan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | | $30,000.00 |
|---|---|---|---|

**Peter Erickson**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | | $30,000.00 |
|---|---|---|---|

**Peter Noble**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | | $30,000.00 |
|---|---|---|---|

**Peter Palms**
**1691 Tampa Dr**
**Honolulu, HI 96819-1154**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | | $30,000.00 |
|---|---|---|---|

**Pieter de Villiers**
**KT3 4SF New Malden 15**
**The Chesters**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Ping Tsui; Kevin Chen, Jinfu Chen**
**1267 Edgewood Way**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Pranavan Sinmayanandan**
**3225 McLeod Dr, Ste 100**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Punit Govind**
**AEON VEK Ltd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Punit Govind**
**DEEVION LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Punit Govind**
**LAKKH LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Purple Doonya**
**1303 Dunleigh Dr**
**Burlington, NC 27215-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Putera Camaro**
**7398 Yonge St, Unit 6D-688**
**Thornhill, Ontario**
**Canada L4J 8J2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Quazzi and Shanaz
Anne Trading LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Quinton Crabb
5681 Sweetwater Dr
Midlothian, TX 76065-6080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Rajesh Nakrani
6658B Mill Creek Dr
Kalamazoo, MI 49009-5308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ramy & Amanda Masuod
81 Luzon Avenue
Markham ON L6B 1N7
Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Randal Carson and Christopher Miller
40087 Mission Blvd #351
Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Randy Parcher**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Randy Rantz
1620 Ambria Ln
Mundelein, IL 60060-4801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,000.00 |

**Rangarirai Nybemba**
**Gods of Essentials**
**31 Alfrin Ct**
**Hamilton, ON L9B2K2 Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Ray Lee**
**Boom B12 BC 11/E**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Rene Liivak**
**Voisfluse 6/1-13**
**Harju Maakood**
**Tallinn Kesklinna 10132**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Rhesa Nathanael**
**Celestial Bird LLC**
**1883 W Royal Hunte Dr, Ste 200A**
**Cedar City, UT 84720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Ricardo Berolo**
**Trovendi**
**22659 Clarksburg Rd**
**Clarksburg, MD 20871**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Richard Aumaitre**
**2743 NW 42nd Ave**
**Pompano Beach, FL 33066-2107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Richard Dando**
**Odnado**
**La Ligne**
**LeClos Orange, La Routh Orange**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Richard DiMartino**
**5134 S Sandstone St**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Richard Lee**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Richard Mutendereki**
**539 W Commerce St, Ste 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Richard Pringle**
**Coolnahinch, Moynalty**
**Kells, Co Meath**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Richard Silva**
**4941 Hose Creek Ln**
**El Paso, TX 79938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Ricky Martin / Luma Global**
**Planta 1 Puerta F**
**Calle Vinas da Babilonia**
**Porto de Santa Cruz, Spain 15179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Roajer Gilbert**
**Antos Kitchen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Rob Schmitt**
**90 E Halsey Rd, Ste 333 #1395**
**Parsippany, NJ 07054-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Rob Schwarz**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Rob Snyder**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Rob Strickland**
**RTS Commerce LLC**
**2806 N Columbia St Unit A #130**
**Milledgeville, GA 31061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Robert Abbey**
**PO Box 126**
**York, NY 14592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Robert Crouch**
**706 Joel Dr**
**Tyler, TX 75703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Robert Kim**
**19 Ramona Ave, Apt 6**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Robert Nail**
**2515 Waukegan Rd 320**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Robert Ortiz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Robert Paradis**
**102 Old Turnpike Rd**
**Southington, CT 06489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Robert Wright**
**539 W Commerce St #2888**
**Dallas, TX 75208-1953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Rocelyn Torres**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Rodalys Rivera-Martinez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Rodrigo Rodrigues Gil**
**9704 Fox Trap Ave**
**Las Vegas, NV 89145-8863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Roland Fewell**
**20 Collins Lane**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ronald Evans**
**Evanfoster LLC**
**4471 W 64th St**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Rosemary Madagwa**
**Shelton Street 71-75**
**London WC2H SJQ GB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ross Johnson**
**47 Park Road Milton, Ste 1100**
**Brisbane 4064 QLD**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ross Johnson**
**47 Park Road Milton, Ste 1100**
**Brisbane 4064 QLD**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ross Swearingen**
**14111 N 69th East Ave**
**Collinsville, OK 74021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Roun Roeun**
**444 Broadway Unit B #1013**
**Saugus, MA 01906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Roy & Ellen Vegter**
**7 Glen Eagles Crescent**
**Terrigal, NSW 2260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Roy Collins**
**TR 3040 6th Avenue LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Rubin Bruer**
**15 Triebie Ave, Ste 5**
**PMB 1033**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Runo Onosode**
**Vinesquare Trades**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Russel Curtis**
**11800 Bellinger St**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ruth Johansson**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ryan Cummings**
**2235 Kingsbury Dr**
**Montgomery, AL 36106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ryan Eula**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Ryan Morse**
**5013 Parkside Ct**
**Warrenton, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Saai Manooranjan**
**30 N Gould St, Ste R**
**Sheridan, WY 82801-6317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Sabrina Looper**
**2701 Heatherside Ave**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Sage Callon**
**Dragon's Treasures LLC**
**5403 NE 11th Ave**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Sajid Palomares**
**Sapalomares LLC**
**404 E 1st St #332**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Salman Baseer**
**2636 Courtland Park Circle**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.123 8** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Sam Ciancio**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123 9** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Sandilya Garimella**
**320 Gold Ave, Ste 620**
**Albuquerque, NM 87102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124 0** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Sandra Lipe**
**Ausekla pr 8-48**
**Ogre LV-5001,Latvia**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124 1** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Sandra Miller**
**4351 15th Ave S Unit 203**
**Seattle, WA 98108-1474**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124 2** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Sarah Naughton**
**925a Block 8/9 Europort**
**Gibraltar, GX11 1AA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124 3** | **Nonpriority creditor's name and mailing address** | **$70,000.00** |

**Sarvan Sumra / Cortona_group_pty**
**134 Judds Road**
**Glasshouse Mountains, Queensland 4518**
**Australia**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.124 4** | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Savneet Kaur**
**3400 Cottage Way Ste G2-7506**
**Sacramento, CA 95825-1474**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Scott Buchanan**
**Senexe**
**1309 Clleen Ave., Ste 1200**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Scott Stratton**
**10800 Lakeline Blvd Apt 11302**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Sean Cook**
**4698 Hearthstone Dr**
**Frisco, TX 75034-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Seon and Fiona Winn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Serene Ang**
**No. 3 Jalan Tran Piring**
**Singapore 799157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Sergio and Cynthia Davis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Shahzad Ahmed**
**55 Village Centre PL, Suite 100**
**L4Z 1V9 On Mississauga**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Shamica Lamar**
**9856 Woolworth Ct**
**Wellington, FL 33414-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Shane Stanfill**
**Dakota Creek Digital**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Shari and Joe Criso**
**Light of Sol**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Sharon Hutchins**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Sharon Ma**
**450 Lexington Ave #1190**
**New York, NY 10163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Shawn Petras**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Sherard & Andrea Lier**
**6088 West 8400 S Payson**
**Payson, UT 84651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Shereen Razick**
**10200 Mulberry Ln**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Sherri Hill**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Sherry Carey and Kylie Grant**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Shmoon Asghar**
**Zona Malik**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Silvia Siordia**
**2008 Anacapa**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Simon Au-Yeung**
**13822 Ward St**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Sina Arhamsadr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 6 | Nonpriority creditor's name and mailing address<br>**Sinenhlanhia Mbhele** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 7 | Nonpriority creditor's name and mailing address<br>**Sion Hughes and Dan Madigan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 8 | Nonpriority creditor's name and mailing address<br>**Smita Malekoo<br>5804 El Dorado Ave<br>El Cerrito, CA 94530** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __ | |

| 3.126 9 | Nonpriority creditor's name and mailing address<br>**Sofia Passariello** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 0 | Nonpriority creditor's name and mailing address<br>**Sonny Yuen<br>8701 Delgany Ave, Unit 209<br>Playa Del Rey, CA 90293** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 1 | Nonpriority creditor's name and mailing address<br>**Sonya Fukeda<br>4133 12th Ave S<br>Seattle, WA 98108** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 2 | Nonpriority creditor's name and mailing address<br>**Spencer Ladin; Jay Beatty<br>JABSBL, LLC<br>9998 Jamestown St<br>Ventura, CA 93004-3746** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Sreenivasan Jayapal**
**5705 Red Anchor CV**
**Sanford, FL 32771**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Stanley Musilia**
**5356 Persimmon Trail**
**Kansas City, MO 64129**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Stephanie Dollmann**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Stephen Van**
**SV Items**
**19700 Vallco Pkwy, Ste 130**
**Cupertino, CA 95014-7132**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Steve and Lisa Richards**
**Tilston House Broad Street**
**Hatfield Broad Oak**
**CM22 7JE Hertfordshire**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Steve and Stefani Arnold**
**YGW Associates**
**3350 Grant Cove Circle Apt 101**
**Cape Coral, FL 33991**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Steve Fielding**
**Old Post Office**
**Hampton**
**Malpas**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Steve Huszar**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Steve McNair**
**DREAM VESTORS LLC,**
**3902 LEANETT WAY CT**
**Pearland, TX 77584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Steve Miller**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** | **$20,000.00** |

**Steven "Kale" Deonarain**
**304 E 5TH ST**
**Brooklyn, NY 11218**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Steven Anderson**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Steven Iverson**
**TRUTH MOUNTAIN INVESTMENTS LLC**
**898 W INDEPENDENCE WAY**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **$30,000.00** |

**Steven Kenyon**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | Nonpriority creditor's name and mailing address **Steven Martinez** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address **Steven Pirovolikos John Fuller** **2492 MERRICK RD** **Bellmore, NY 11710** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address **Stuart Trem** **2300 New South Wales The Hill 12/116** **Tyrrell Street // 12/108 -118 Tyrrell St** **The Hill NSW Australia 2300** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address **Subodh Khatiwada & Manish & Ichhuk Karki** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address **Sumana Sanjeeva** **HBHS LLC, United States, 6012 Bayfield Parkway, Ste 190, NC, Concord, 28027** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address **Susan Armenta** **SLAMD eCom Enterprises LLC** **6148 GARRISON DR** **Los Angeles, CA 90042** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address **Susan Campbell** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.129<br>4 | **Nonpriority creditor's name and mailing address**<br>**Susan Strassman (Jovode)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>5 | **Nonpriority creditor's name and mailing address**<br>**Susanna Alves**<br>**ER 222 N 391 9360 - 535 Ponta Do Sol**<br>**Madeira Portugal** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>6 | **Nonpriority creditor's name and mailing address**<br>**Suzy Tung**<br>**GARDEN STATE COTTAGE USA LLC**<br>**24 BLOSSOM DR,**<br>**Basking Ridge, NJ 07920** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>7 | **Nonpriority creditor's name and mailing address**<br>**Svetlana "Lana" Morosyuk**<br>**535 Rt 73N STE 104**<br>**Marlton, NJ 08053** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>8 | **Nonpriority creditor's name and mailing address**<br>**Tania and Clement "JD" Dickson (JTD4 Inv** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>9 | **Nonpriority creditor's name and mailing address**<br>**Tanya "Tee" Quincy** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130<br>0 | **Nonpriority creditor's name and mailing address**<br>**Tanya Kitamura**<br>**304 S Jones Blvd #6562**<br>**Las Vegas, NV 89107** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.130 1 | |

**Nonpriority creditor's name and mailing address**

**Tasha Wallage**
**Natasha Nicole Wallage**
**1602 151st Pl SW**
**Lynnwood, WA 98087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 2 | |

**Nonpriority creditor's name and mailing address**

**Tashdayne Knight**
**939 Sidney Ter NW**
**Port Charlotte, FL 33948**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 3 | |

**Nonpriority creditor's name and mailing address**

**Taylor Tassone**
**3449 S Nucla Way**
**Aurora, CO 80013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 4 | |

**Nonpriority creditor's name and mailing address**

**Ted Lick**
**TWL Brands LLC, 1718 Capitol Ave**
**Cheyenne, WY 82001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 5 | |

**Nonpriority creditor's name and mailing address**

**Teny Simonians**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 6 | |

**Nonpriority creditor's name and mailing address**

**Teresa Mccumber**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| 3.130 7 | |

**Nonpriority creditor's name and mailing address**

**Terry Ringering**
**2355 State St Ste101**
**Salem, OR 97301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thamar & Benoit (Thamar Kabayiza)**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Baker Organization LLC**
**c/o Gregory F. Harmon**
**Weursch & Gerring LLP**
**100 Wall St, 10th FL**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigatiion:  The Baker Organization LLC v. JODC; Case No. 01-22-0004-6287: AAA

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thomas (Georgina Sanni)**
**1124 LAKE CYPRESS LN.**
**Little Elm, TX 75068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thomas Gerard**
**112 Perry St**
**Billericay CM12 0NH, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thomas Leong**
**539 W. Commerce, Ste# 523**
**Dallas, TX 75208**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thomas Nguyen (Hegemone Company)**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Thomas Sarro**
**1727 ROARING FRK**
**San Antonio, TX 78260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 5 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tiffany Knudsen**
**TK CAPITALCO LLC 21186 E 45TH AVE**
**Denver, CO 80249-7030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 6 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tim Burnette**
**2718 Magnolia Ct NW Cleveland**
**Cleveland, TN 37312-2095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 7 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tim Springer**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 8 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Timothy Edwards**
**8 The Green STE B**
**JOD4ME LLC**
**Dover, DE 19901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 9 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tina Ford**
**4580 Shannon Creek Rd**
**Goodspring, TN 38460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.132 0 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tina Schumaker**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.132 1 | **$30,000.00** |

**Nonpriority creditor's name and mailing address**

**Tina Xu**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Todd Moeller**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tom Griffiths**
**34 Kenwyn Road, Ground Floor Flat,**
**London, Uk, United Kingdom, SW4 7LH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tom Huizar**
**6012 Graywood Ave**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tom Loi**
**84 New Forest Square**
**Scarborough, ON M1V 2Z8, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tom Yoo and Joseph**
**Suite 350-1231 Pacific Blvd,**
**Vancouver, BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tommy and Ken Muller**
**100 Orange Blossom Cir**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30,000.00 |
|---|---|---|---|

**Tong Jiang**
**7116 Shannon Dr.**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Tony Araque**
1213 14Th Street lot 8 F
Key West, FL 33040-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Tony Chen (Gementi)**
614 E HWY 50 #239,
Clermont, FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Tony Sacoto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Tracy Lane; Michael Bernert**
3225 MCLEOD DR STE 100
Las Vegas, NV 89121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Tracy Oullaya**
3 Corey Lane
Mendham, NJ 07945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Tracy Yamamoto**
4960 S GILBERT RD STE 1-316
Chandler, AZ 85249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Travis Hoopes**
2282 South 1570 East Circle
Saint George, UT 84790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Travis Krichman**
990 cedarbridge ave
Brick, NJ 08723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Krichman, et al.**
c/o Rain Udal
Minns Law Firm PC dba Rain Minns Law Fir
4412 Spicewood Springs Rd, Ste 500
Austin, TX 78759-8583

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Litigation: Travis Krichman, et al. v. JOD, et al.; Case No. 1:22-CV-1146; Western District of TX**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Troy Trinh (Trinh Design)**
2836 Regina Ave.
Thousand Oaks, CA 91360

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Turgut Kapisiz**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Ty Stewart**
3330 Dumas Street
San Diego, CA 92106

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Tyler Hightree**
800 County Road 468
Elgin, TX 78621

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Tyson Feller**
208 W 3930 S
Washington, UT 84780

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Tyson Gallant (Typro Innovations)**
**64 Deermont rd Se Calgary**
**Alberta, Canada T2j-5t5**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Umer Razi**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Umesh Desai**
**ph mont royale, panama city, panama**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Usman Mian**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Val Fiott**
**1032 wheatfield dr**
**Lake Orion, MI 48362**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Valeria Lifanova**
**JODDFYSTORE INC, Canada, V6G 1C9,**
**British Columbia, VANCOUVER, 1339-1771**
**ROBSON ST,**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Veena Krishna Kumar**
**560042 Karnataka Bengaluru WARD NO 85,**
**SARVAGNA NAGAR, KALLAHALLI BDA**
**QUARTERS**
**B6-167**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Veneta Glavcheva**
**30 N Gould ST Ste R.**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Venkat Jayanti (Maven Ventures)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Vesa (Vestamor Consulting)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Victor Garcia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Victor Gonzalez Lugo (vggl_holdings)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Victor Yuen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Viktor Marinov**
**585 Wetumka Ct**
**Wheeling, IL 60090-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.135 7 | **Nonpriority creditor's name and mailing address**<br>**Vince Grieco**<br>**1403a/275 Alfred St N**<br>**Bayer Building, North Sydney NSW 2060, A**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.135 8 | **Nonpriority creditor's name and mailing address**<br>**Vincent Nieuwenhoven**<br>**30 North Gould Street**<br>**Sheridan, WY 82801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.135 9 | **Nonpriority creditor's name and mailing address**<br>**Vinh Trinh**<br>**1463 Hawkcrest Dr**<br>**Corona, CA 92879**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.136 0 | **Nonpriority creditor's name and mailing address**<br>**Vitaly Pikarevich**<br>**440 Davis Ct. Apt.511**<br>**San Francisco, CA 94111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |

| | | |
|---|---|---|
| 3.136 1 | **Nonpriority creditor's name and mailing address**<br>**Volkan Samur (buzzdoora)**<br>**Buzzdoora Pte. Ltd., Singapore, 049422,**<br>**Singapore, 68 Circular Road, #02-01,**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.136 2 | **Nonpriority creditor's name and mailing address**<br>**Wahidullah Azimi**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|---|---|---|
| 3.136 3 | **Nonpriority creditor's name and mailing address**<br>**Wale Ajiboye**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Walt Foskey**
**947 Hitching Post Ln**
**Birmingham, AL 35210**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Walter "Everett" Silviera**
**7804 Fairview Rd Ste 287**
**Charlotte, NC 28226**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Walter Franco**
**722 S BIXEL ST APT 704**
**Los Angeles, CA 90017-2401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Walter Keirse**
**1 Les Chaumes 23270 St Dizier**
**les Domaines France**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Wassim Shoucair (Sparkpod)**
**30 N GOULD ST STE 5844**
**Sheridan, WY 82801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Wayne Wofford (Lens Swap)**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Werner Umali**
**Canada V2Y 0R9 BC langley 20671 85 ave**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Wes Hedden**
**100 KINCADE DR**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Wesley Batista De Oliveira**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Wiht Riollano**
**1317 Edgewater Dr. #3045**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Will Lockwood**
**2501 CHATHAM RD, SUITE N,**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**William Angel**
**5555 Agoura glen dr**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**William Elias**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**William Stoll**
**1968 S. COAST HWY**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.137 8**

**Nonpriority creditor's name and mailing address**
**WorkRamp, Inc. dba WorkRamp**
**340 S Lemon Ave #3840**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software as a Service - learning management system

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**
**Xavier Edokpa**
**1931 Market Center Blvd, apt 5117**
**Dallas, TX 75207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**
**Yann Fonseca Picquet**
**312 WEST 2ND STREET UNIT #A282**
**Casper, WY 82601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**
**Yann Huet**
**803/105 Stirling Street, Perth WA 6000,**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
**Yao Swee**
**10602 TUPPENCE CT ROCKVILLE**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
**Yasir Alani**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
**Yassir Alani, et al.**
**c/o Bryan T. Forman**
**Forman law Firm PC**
**248 Addie Ray Road, Bldg B, Ste 302**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation: Yasir Alani, et al. v. JODC et al. ; Case No. D-1-GN-22-006569; 345th JD of Travis County, TX

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yehia Aref**
**1309 Coffeen Avenue Suite 2262**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yoav Press (BYR Investments)**
**202 WILDACRE AVENUE**
**Lawrence, NY 11559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yohan Zimmermann**
**25010 NORTHERN BLVD # 292**
**Little Neck, NY 11363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Yoki and Dan (Sun Pen Ltd)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yolanda Padron**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yue Shen**
**N99 W14110 SEVEN PINES WAY, #C**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Yvonne and Shannon Wright-Burnett**
**76 Tansley Cresent Ajax, Ontario**
**Canada L1Z 1Y6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Yvonne Appea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Yvonne Makrucki**
**1817 TILTON DR**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Zach Saleh**
**107 E 80th St**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  (@lionz0413, aspireecom)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Zachary Herrera**
**22 Middlebury st**
**Lawrence, MA 01841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Zaeem Rehman**
**43473 foxgrove ct**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Zahra and Hossein Arastoo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Zainb Al-Shatib**
**34 FRANKLIN AVE STE 687**
**Pinedale, WY 82941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Zena Kandah**
**3220 Grand Park**
**Rochester, MI 48307**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Zhipeng Qu; Karen Qu**
**39116 FREMONT HUB # 1013**
**Fremont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Zia Popal**
**14 Slaidburn Street**
**London SW10 0JP**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Zoi Zeo**
**290 Pamela Cir**
**Harleysville, PA 19438**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Zondee Pagulayan and Ricardo Garcia**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ***The Baker Organization LLC**<br>**Christopher Baker**<br>**149 East 23rd St, Ste 1912**<br>**New York, NY 10010** | Line **3.1309**<br><br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | ***Y:asir Alani, et al.<br>c/o J. Hampton Skelton<br>Skelton & Woody<br>248 Addie Ray Rd, Ste B-302<br>Austin, TX 78746 | Line  3.1384<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Danndy LLC<br>1021 E Lincoln, Ste 178<br>Cheyenne, WY 82001 | Line  3.721<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 31,216,909.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 31,216,909.22 |

## United States Bankruptcy Court
### Western District of Texas

In re  **Just One Dime Coaching, LLC** _____   Case No. _____

                                Debtor(s)           Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **11/23/22** _____                      _____

                                          **Travis Seth Kniep/Manager and CEO**
                                          Signer/Title

***The Baker Organization LLC
Christopher Baker
149 East 23rd St, Ste 1912
New York, NY 10010


***Y:asir Alani, et al.
c/o J. Hampton Skelton
Skelton & Woody
248 Addie Ray Rd, Ste B-302
Austin, TX 78746


**Abramowicz, Demian


**Abrevaya, Diego


**Aguilar, Anays


**Alamilla, Xochitl


**Angulo, Jeanne


**Aparicio, Jhonatan


**Artiles, Leandro Bonilla


**Baro, Patricia


**BAÑUELO, SALDAÑA JOSE ANTONIO


**Caceres, Laura (Ariel Torres Ona - Hus


**Carballo, Gomez Rafael

**Caricola, Mario

**Carra, Rodolfo

**Collado, Jose M Valdez

**Colmenares, Ysi Ruben

**Compte, Octavio

**Contreras, Katerine

**CORBERA, MONICA

**Cruz, Yazmin

**Da Pozzo, Fabrizio

**De la Plaza, Myriam

**Delapena, Martha

**Delgado, Marcos

**Díaz, Angel S

**Enriquez, Noel

**Faria, Vanessa Chacin

**Ferrucho, Victor Francisco Ferrucho

**FORZANI, HUGO FORZANI

**Fuentes, Ruben

**Garlobo, Felix

**Gonzalez, Jorge

**Gonzalez, Santo G

**Guarneros, Alejandra

**Guillen, Ingri

**Guzman, Luisa

**Hammouch, Omar

**Hernandez, Daniel

**Hernandez, Joao

**Hoyos, Lili

**Hurtado, Juan y Carolina

**Lopez, Laura

**Maqueda, Enrique

**MARCHAN, ALY

**Medrano, Reyna Ivania Garcia

**Mendez, Jorge H.

**Mora, Vazquez Daniel

**Nava, Arturo

**Neira, Miguel Angel (Arbitrage)

**Olmos, Cesar

**Ona, Ariel Torres

**Ona, Tania

**Padrino, Yessica

**Palencia, Geovanni

**Perez de leon, Corin Yolanda

**Pernia, Rafael

**Posada, Javier

**Rabelo, Yanet

**Ramirez, Laura

**RAMIREZ, RAFAEL

**RAMIREZ, VICTOR MANUEL FELIX

**Ramon, Julian

**Rascon, Paola

**Reyes, Genier

**Ribera, Vania

**Rieumont, Perez Ana Bertha

**Rivas, Dinorah E

**Rodriguez, Crystal Healler

**RODRIGUEZ, Fabian

**Rodriguez, Juan

**Rodriguez, Raul

**Rodriguez, Romero David Leandro

**Rosario, Harinson Rosario

**Rutmann, Luis

**Saborio, Andrea

**Salazar, Martha

**Serna, Johana

**Siller, Edgar

**Sánchez Rivera, Miguel Raúl

**Telles, Jaime

**Torres, José Gregorio

**Uscanga, Ortega Priscilla Ivet

**Varela, Alexis Osvaldo Mora

**Vasquez, Jose

**Vega, Maria

**Vielma, Yesenia

**Zanotti, Braulio (Marca Privada)

**Zerpa, Armazol

*Alexander Germann
Suite 1239, 5328 Calgary Trail NW
Edmonton T6H4J8Canada

*AMNON MORRIS
PO Box 6902
Huntington Beach, CA 92615

*Arnold Dizon
1704 Talon Ave
Henderson, NV 89074

*Aseque Tareq
5731 Tuscany Way
Fort Lauderdale, FL 33321

*Benjamin Holter
3552 Upper Dr
Lake Oswego, OR 97035

*Brian Gilliam
6001 W Parmer Ln Ste 370 #88
Austin, TX 78727

```
*Charles Go
3900 DAUNTLESS DR
North Las Vegas, NV 89031


*Elva Belton
6209 Satinwood Drive
Columbia, MD 21044


*HIKMAT ULLAH KHAN
Al Mutil Street Zone#2MBZ, AZ 0000
United Arab Emirates


*Ion Cerevatii
str. Alba-Iulia 113, no.242 Chisinau, CU
Republic of Moldova


*Jon De Los Reyes
2416 Charleston St. Unit E
Houston, TX 77021


*Jonathon Vo
10498 Fountain Lake Dr Apt 123
Stafford, TX 77477


*Jose Hernandez
4824 Klamath St
Los Angeles, CA 90032


*Kamal Durrani
30 N Gould St, Ste 26272
Sheridan, WY 82801


*Kamila Kelly
907 South 1213 EastFruit
Kaysville, UT 84037


*Kevin Dubree
5592 Lago Villaggio Way
Naples, FL 34104


*Kobamelo Moremedi
27 Ivory Grove, Mustang Close
Johannesburg, GT 2162South Africa
```

*Marvin Corcoran
9641 north central avenue
Phoenix, AZ 85020


*Nicos Christodoulides
3124 35th street
Astoria, NY 11106


*Rachel Parker
2507 West 9435 South
South Jordan, UT 84095


*Resabeth Davis
10937 Furrow Hill Drive
Austin, TX 78754


*Ryan Santor
2104-9541 Erickson Drive
Burnaby, BC v3j7n8Canada


*Trudy Baidoo
3515 Koyla Lndg
Atlanta, GA 30341


*Vincenzo DiBartolo
1072 66th St
Brooklyn, NY 11219


*Yong Kim
14034 Orange Ave #3
Paramount, CA 90723


^Abuzar Bhatti
Abuzar Waleed Bhatti
2559 Transom PL
Woodbridge, VA 22191


^Adam Hertling
L'Jash Creative LLC
2090 Lawrenceville-Suwanee Rd
Ste A-603
Suwanee, GA 30024

^Adam Krusz
Life Choice Innovations LLC
88 Morningside Dr
Saint Paul, MN 55119


^Ahmed Alibrahim
Kanzanco LLC
312 W 3nd St #1574
Casper, WY 82601


^Ahmed Omar
30613 132nd Ct
Auburn, WA 98092


^Alan Smith
124 Excalibur Way
Dalton, GA 30720-6432


^Alexander Martin
4827 W Buena Vista Ct
Visalia, CA 93291-9115


^Alexandra Borlina and Frank Borlina
7C Clowance St
Plymouth
Devon PL1 4LG


^Alexei Gratchev
82 Gordon Circle
Newmarket
OC9 Ontario Canada


^Alfred Mahoney
210 Summer at Orange NSW
2800 Australia


^Alvaro Ruiz
Ayllu Group LLC
15800 Pine S Blvd 3065
Hollywood, FL 33027


^Amber Israelsen
1400 6th Ave
Seattle, WA 98101-2318

^Ammar Albaqali & Seyeden Elnaz Kazemza


^Amod Karve
Shrek LLC
1309 Coffeen Ave
Ste 1200
Sheridan, WY 82801


^Andre Carajeleascov
15823 Shorebird Ln
Winter Garden, FL 34787


^Andrea Chavero
117 SW St Apt 1404
Miami, FL 33130


^Andrew Musto
9 Penobscot Way
Andover, MA 01810


^Andrew Patten
7860 W Comm Blvd
Fort Lauderdale, FL 33351


^Andy Fee
3 Milsom Court Market
Lavington Eiltshire SN104AU
UK


^Andy Rendon
2751 Artillery Post Rd
San Antonio, TX 78234


^Angela Childress
600 Blvd South SW Ste 104 #1002
Huntsville, AL 36802


^Angela Hill
1955 CE Stewart Rd
Clover, SC 29710-6442


^Angela Yanes Diez & Jonathan Sharpe

^Anny Tay
3150 Montpelier Ct
Pleasanton, CA 94588


^Anthony Brown
114 W Magnolia St Ste 400-135
Bellingham, WA 98225


^Anthony Cerasuolo
Mount Sinai, NY 11766-1856


^Anthony Li
4148 Medoc Dr
Kenner, LA 70065-1923


^Anthony Rivano
Dr. Anthony Rivno, D.C. CCSP
135 Columbia Turnpike Ste 301
Florham Park, NJ 07932


^Anwar Chalabee
9952 Dewey Dr
Garden Grove, CA 92841


^Arian Hoxhah
3276 Stoney St
Mohegan Lake, NY 10547-1911


^Art Aguirre


^Asli Calma
Vienna, VA 22182


^Audrey Centeno
5737 Kana Rd #156
Agoura Hills, CA 91301-1601


^Aven Tsai
1147 Brook Forest Ave #342
Shorewood, IL 60404

^Axel Colon
466 Hackensack Ave #1035
Hackensack, NJ 07601


^Ayo Akande
539 W Commerce St #3016
Dallas, TX 75208-1953


^Baris Ergin
Susa
2101 N Lamar Blvd Apt. 5
Austin, TX


^Barron Panson
26 Reunion
Irvine, CA 92603-4243


^Bart Evans
3007 W Autumn Run Ctr
Sugar Land, TX 77479-2624


^Beau Wangler
522 W Riverside Ave, Ste 4267
Spokane, WA 99201


^Ben Cummings
11895 Duley Station Rd
Upper Marlboro, MD 20772


^Ben Galan
11575 SW Pacific Hwy #1044
Portland, OR 97223


^Ben Greve
It Counts
1439 Alivia Dr
Plainwell, MI 49080


^Benjamin Dodson
714 McCullough Ave 6107
San Antonio, TX 78257


^Bertrand Kum
6568 Joliet Ave S
Cottage Grove, MN 55016

^Boris Suban
2-2-66 Kamimonobe
Sumoto-shi
Hyogo


^Brad Jenkel
301 Mission St Apt 27E
San Francisco, CA 94105


^Brent Diamond
15 Marion Ave
Norwalk, CT 06855


^Brenton Almeida


^Brian Morgan
142 Lowell Rd., Unite 17 #135
Hudson, NH 03051


^Brock and Kristi Brockway
67 E Madison St, Ste 1603A 1021
Chicago, IL 60603-3014


^Bryan Cook
2349 W N
Vernal, UT 84078


^Carlos Diaz
90 E Halsey Rd Ste 333
Parsippany, NJ 07054-3713


^Carlos Hernandez Clavijo
15660 Meadow Wood Dr
Wellington, FL 33414


^Carmen Gonzalez
Mustard Seed Investments LLC
2001 E Jackson Blvd
Elkhart, IN 46516-4647


^Carson Butcher
141 Neese Dr, Apt P356
Nashville, TN 37211-2748

^Casey Ross
10271 S Freeman Gulch Way
Bingham Canyon, UT 84006-5522


^Catherine Yang


^Cathy Mai
16872 Debra Circle
Huntington Beach, CA 92647


^Chad Clark
212 Lake Shore Circle
Bloomington, IL 61704


^Chad Provost
108 Meadow Lake Dr
Youngsville, LA 70592-5530


^Chad Vlaeminck
2779 Chesterbrook Ct
Jacksonville, FL 32224


^Chaim Korman
44 Monroe Ave
Toms River, NJ 08755


^Chirag Shah
936 Doral Dr
Bartlett, IL 60103-2021


^Chris Gimenz
3035 SE Maricamp Rd
Unit 104 PMB 207
Ocala, FL 34471


^Christian Achilli
The Brightest Vibes Limited
United Kingdom SF3 8PI


^Christian Sanabria
4955 Collesium Dr
Lake Worth, FL 33463-7248

^Christine Besa
11373 Pearl St., Apt 101
Los Angeles, CA 90064-2055


^Christine Reed
649 Woodlands Rd
Charlottesville, VA 22901-5507


^Cindy Benavides
Heredia 40101
Costa Rica


^Cindy Hotel
130 Williams St
New York, NY


^Clint Hoopes
709 E 1000 South Cir
Saint George, UT 84790-5644


^Colin Henderson
307-2223A Oak Bay Ave
Victoria BX V8R1G4
Canada


^Conner Antley
11850 Dr Maratin Luther King Jr St N
Saint Petersburg, FL 33716-1632


^Cris Cuevas
12955 Willow Place Dr W
Box 690971
Houston, TX 77070-5651


^Cynthia Walker
2102 W Fairway Dr
Brandon, MS 39047-8628


^Dameron Batson
444 Victory Lane
Moore, SC 29369-8483


^Daniel Godsey
6809 Main St. #1095
Cincinnati, OH 45244

^Daniel Jung (PLP)
893 Centerra Hills Cir
Round Rock, TX 78665


^Daniel Partsch
4108 Main St
Erie, PA 16511-1968


^Daniel Sawyer
403 Soapberry Tree Ct
Willis, TX 77318


^Daryl Bonnell
138 E 12300 S
Draper, UT 84020


^David Chin-Jew
1908 Las Montanas Ct
Brentwood, CA 94513-6602


^David Cox & Divinity Cox
2121 Union Ave
Costa Mesa, CA 92627


^David Kim
20 English Path
Freehold, NJ 07728


^David Rios Jr.
1537 W 104th St
Chicago, IL 60643-2815


^David Torres
1110 Harmon Ln
Clermont, FL 34711


^Dawn Larrabee
Dawnlarra
107 N Pasture Cove
Hutto, TX 78634


^Dawn Young
Shuweihat 2 IWPP
Jebel Dhanna 62501
Ruwais

^Dean Diallo
5452 Rohden Dr
Canal Winchester, OH 43110


^Dmitry Chorine
2254 79th St
Brooklyn, NY 11214


^Dmitry Kitaychik


^Dominic Cortinas
1211 Prairie River Dr
Casper, WY 82604-2102


^Donna Gilberto; Kevin Smith
50 Wellington Village Dr, Unit 24
Bristol, NH 03222-3665


^Douglas Tanner
574 W 1250 S
Lehi, UT 84043


^Douglas Williams
2049 Charter Oaks Dr
Clearwater, FL 33763


^Drissa Dao
10770 Columbia Pke, Ste 300
Silver Spring, MD 20901-4439


^Dwayne and Michelle Somerszaule
19 Knight House Huntsman St
Greater London
UK SE17 1QN


^Edward Kolankiewicz
984 Suscon Rd
Pittston, PA 18640-9540


^Emily Iwata
503-256 2nd Avenue East
Vancouver V5T 0A7
BC, Canada

^Enrico Bersamin
4-2 Donald Street
Winnipeg
R3L OK5 Canada


^Eran Sivan
8907 139th Ave SE
Renton, WA 98059-3487


^Eric Garcia
15033 N US Highway 281 #9308


^Eric Poon
Kaneston Group
PO Box 430 NSW Riverwood
Australia 2210


^Eric Seidelman
374 W Spring St
Plymouth, MI 48170-1328


^Erik Hagman


^Evan Herbsman
182 Bennett Ave, Apt 3G
New York, NY 10040-3846


^Federica Caltagirone
1065 SW 8th St - Unite #162
Miami, FL 33130


^Fernando Martinez
FM North Store Inc.
810 Wilson Ave, Unit 101
Toronto, QB, Canada


^Firas Hammami
13475 Atlantic Blvd, Unit 8
Ste M165
Jacksonville, FL 32225

^Flavio Espinal
Bubu Group
1799 Grange Cir
Longwood, FL 32750-3319


^Florentina Strainu
Porro-Fab, Inc.
St. Catherines 10 Ellis
Strainu, Ontario, Canada L2P 0E6


^Fraidy Braun
522 N Sycamore Ave
Los Angeles, CA 90036


^Franck Gavi
Franab Enterprise
US 2425 Redbridge Lane
McKinney, TX 75071-1278


^Frankie Mendoza
848 N Rainbow Blvd Unit #8318
Las Vegas, NV


^Fred Brisker
10809 NW 81 St
Doral, FL 33178


^Gabriella Garabo


^Garrett Edge
3259 Gatsby Ln
Montgomery, AL 36106


^Gene Haney
589 Palisade Dr
44 Brunswick


^George Nevrodis and Sunilda Vasquez
Source Vortex
8 Front St Unit 968
Croton Falls, NY 10519-7582

^Ghazala Kauser
352 Queens Rd
Halifax HX1 4PH


^Gina Rosensweig
8374 Hawks Gully Ave
Delray Beach, FL 33446-9677


^Gloria Lam and Geoff Wong
236 Mossbrook Square
Pickering L1V 6P8


^Gracie Gonzalez
13899 Biscayne Bld
Miami, FL 33181


^Graeme McCormick
6 Allard Ave
Roseville Chase 2069


^Gregory Armstrong
312 W 2nd St #1548
Casper, WY 82601-2412


^Hairo Sime
1317 Edgewater Dr # 3637
Orlando, FL 32804


^Hannah Denton
3022 Bienville Dr
Smyrna, TN 37167


^Hannah Rivard
6917 Benjamin Blvd
Joshua, TX 76058-5085


^Harold Caicedo
Pereira Carrera 19 #9 -110
Risaralda, Colombia 660003


^Hector Leon
10526 Green Ivy Ln
Orlando, FL 32832-5922

^Heidy Galvan


^Helenor Luna
12112 N Rancho Vistoso Blvd
Ste 150 #469
Oro Valley


^Henry Seet
Pixieland Products, LLC
5830 East 2nd St #97152
Casper, WY 82609


^Hermela Teshome
30 N Gould St, Ate N
Sheridan, WY 82801


^Igor Yankin
Leon Christopher LLC
3515-B Longmire Dr
PMB 184
College Station, TX 77845-4059


^Ike Emeji
Gavike Ventures LLD
23626 Starbridge Lake Ln
Richmond, TX 77407-2884


^Inna Pelzman
3736 SW 30th Ave
Fort Lauderdale, FL 33312


^Isaac Novoa / Isla Del Cortes, Int
134 Colonia El Tezal
 Privada Ventanas Del Mar Fase 2
Los Cabos, Baja CA Sur MX 23467


^Jaba Kerdzaia
109 Carment Ave
Trenton, NJ 08610


^Jackson Huggett
299 Manchester St
Boca Raton, FL 33487

^Jacob Bopst


^Jan Acherman
Sallenbachstrasse 8 8055
Zurich Switzerland


^Jansen Ling
Blk 1C Cantonment Road #44
Ling KokHeng
Singapore 085301


^Jaren Cooper
6278 S Westridge St
Salt Lake City, UT 84107


^Jaret Mead
Leapin LLC
25 W Telegraph St, Unit 47
Washington, UT 84780-6001


^Jason and Cathleen
The Sosebee Group


^Jason Baker
300 S Madison Ave, Ste 9
Clearwater, FL 33756


^Jason Csiszar
New World Distribution, LLC
312 W 2nd St 1140
Casper, WY 82601


^Jason Meador
454 Las Galinas Ave
PMB 187
San Rafael, CA 94903


^Jason Tempio


^Jeff Aimee Wilson
5754 Nubbin Creek Rd
Lenoir, NC 28645-6578

^Jeff Mease
101 Market Side Ave, Ste 404-152
Ponte Vedra


^Jennifer Braxton
2332 N 29th St
Phoenix, AZ 85008-2012


^Jennifer Cook
270 Breezy Point
Eclectic, AL 36024


^Jennifer Rodgers
PO Box 1335
Caldwell, ID 83606


^Jennifer Wilson
100 East Tryon Road
Raleigh, NC 27611


^Jeremy Byrne


^Jeremy Pittman


^Jerry Howard


^Jerry Iavarone
Anjomi


^Jesse McLaughlin
five_lives
6275 NW Poverty Bend Rd
McMinnville, OR 97128-8119


^Jessica Bui
30093 Sanctuary Blvd. LA
Denham Springs, LA 70726


^Jessica Cronan
7034 Oak View Dr
Dickinson, TX 77539-8295

^Jill Parrish
4825 Mt. Evans St
Brighton, CO 80601


^Jillian Dillon
1955 Bechell Ln
Redding, CA 96002


^JJ De Leon
KNGCOPIT, LLC
202 N Shady Oaks
Lake Jackson, TX 77566-5927


^Joanie Grife
124 360th Ave
Grinnell, IA 50112-8210


^Joelito Alimurung
23 G Flora Road #02-05
Estella Gardins
509739 Singapore


^Joey Fontanilla
281 Sierra Dr
Walnut Creek, CA 94596


^John Chi
3308 Preston Rd, Ste 350-122
Plano, TX 75093


^John Gentile
1216 Crescent Dr
Tarrytown, NY 10591


^John Huang
17595 Harvard Ave., Ste C-689
Irvine, CA 92614


^John Molhoek
Jarlon Properties
5235 W River Dr NE
Comstock Park, MI 49321

^John Pulis; Nancy Rote
5 N Keyston Dr
Clearwater, FL 33755-6121


^Johnny Chang
AMZ DFY, LLC
12425 Enchanted Forest Dr
Austin, TX 78727


^Jon and Michelle De Los Reyes
17350 State Highway 249, Ste 220 #5125
Houston, TX


^Jon Payumo
150 Maple Ave, Ste 278
South Plainfield, NJ 07080


^Jonathan Lee
Northeastern Alliance LLC
6015 Boulevard East Apt. AA1
West New York, NJ 07093


^Jorie Steed
478 Naomi Dr
Sandy, UT 84070


^Jose Nunez
Freedom2021 LLC
2363 James St 519
Syracuse, NY 13206


^Jose Ponce-Lopez
Ponce, LLC
107 Congress Ave Apt 1
Chelsea, MA 02150


^Jose Roberto Castillo
7317 El Cajon Blvd, Ste 100 LA
La Mesa, CA 91942


^Joseph Fradelakis
61 Edgewood Rd Apt A
North Providence, RI 02911

^Josh & Jen Gessele
647 188th Ave NE
Baldwin, ND 58521-9804


^Josh Anderson
8 The GRN, Ste 4000
Dover, DE 19901


^Josh Brantley
800 Barclift St NW
Hartselle, AL 35640


^Joshua King
1582 Merit Ln
Liberty, MO 64068


^Josue Vazquez
Gray City Market Place, Inc.
200 Presidential Way Apt. 2311
Woburn, MA 01801


^Juan Pablo Gonzalez
Red Peach LLC
220 Emerald Vista Way
Las Vegas, NV 89144


^Julius and Diane Wu
Stockholm Innovations


^Justin Pilakka
31645 Green Meadow Ln
Warren, MI 48093


^Justin Rogers
RNR Products
6204 Foley Square St
Amarillo, TX 79119-1423


^Justine Wong
17 Moon Gate Ct
Pacifica, CA 94044-1017


^Karekin Kzanjian
25350 Magic Mountain Pkwy, Ste 300
Valencia, CA 91355-1356

^Karem Hadad
230 Bellavista Plus
23050 Baja Calfornia Sure la Paz
Santo Domingo


^Karina Toro
129 Pinehaven Court
McDonough, GA 30262


^Kate and Blazej
(Bkd Improvements)


^Keith McGuinness
9407 NE Vancouver Mail Dr, Ste 104 #561
Vancouver, WA 98662


^Kelley Pacifico
1336 Forest Ave
Staten Island, NY 10302


^Kelly Foydl
LucyLuu
3902 Fairway Dr
Shingle Springs, CA 95682-8628


^Kenneth Brown
Bestprodx
20 N Gould St
Sheridan, WY 82801


^Kenneth Hogg
5046 SA Warradale 22A
Woodfield Avenue South
Australia


^Kevin and Genelle Trombley
Tombley Ventures LLC
4604 LeBlanc Ct
Brighton, MI 48116-4769


^Kevin Coleman
9612 Woodland Rd
New Market, MD 21774

^Kevin Lin
Luminscent Clouds
9826 6th Dt
Rancho Cucamonga, CA 91730


^Kevin Owens
1607 Spring Glen Ln
Pearland, TX 77581


^Khurram Khalid
1925 Landridge Dr
Allen, TX 75013


^Kidist Atnafu
2401 Fountainview Dr, Ste 416B #2236
Houston, TX 77057


^Kim Anaya
4960 S Gilbert Rd, Suite 1-313
Chandler, AZ 85249


^Kim Cook
870 W Apache St
Emmett, ID 83617-4004


^Kirsten Giacci
2703 14th Ave
Vienna, WV 26105


^Kyle and Kate McBride
Shade Tree Consulting
3006 Saint Germain Dr
McKinney, TX 75070-4714


^Lan Tran
Red 21, LLC
2214 Sandburg St
Dunn Loring, VA 22027-1007


^Lanette Glass


^Larry Steiner
1940 225th St
Fort Dodge, IA 50501-8444

^Latha Nayak
22005 Birds Eye Dr
Diamond Bar, CA 91765-3902


^Laurie and Emily Ker
Knolls Lodge, Plantatio Road
Leighton Buzzard LU7 3JB
UK


^Laurie Nervig
10103 Prescott Dr
Monticello, MN 55362


^Lazaro Anias


^Leann Truong
Jolcma
4150 Reigents Park Row
La Jolla, CA 92037


^Lee Griffith and Tonia Griffith
115 Ridge Rd
Florissant, CO 80816-9092


^Leonardo Scamparini
1309 Coffeen Ave., Ste 3166
Sheridan, WY 82801


^Les Simon
Manunda Investments Pty, Ltd
20 Wreckyn St
Victoria North Melbourne Australia 3051


^Linda Ferrell
16 Ramsgate Dr
Clayton, NC 27520


^Lokinder and Kartik Kaushik (lokart)
7635 10 Ave NW
Edmonton, Alberta
Canada T6K 2T8

^Loren Tarquinio and Anna Vocino
QV Ranch, Inc.
2750 Quail Valley Rd
Solvang, CA 93463-9614


^Lucas and Levi Sankey
Sankey Brohers LLC
930 Coggins St
Redding, CA 96003


^Lucia Muhia
LGM Imports and Exports
101 Ethyl Way
Stoughton, MA 02072


^Lukas Szewczyk
3501 Hovenweep Ave
Austin, TX 78744-1769


^Malathy Sundaram
2504 Coventry Lane


^Malisa Leung
1053-2560 Shell Road
Richmond BC
Glen Mills, PA 19342


^Manfred Zepeda
138 Rivermill Place
Piedmont, SC 29673-7353


^Marcelle Robidoux
Home Says
11012 Hemingway Ct
Silver Spring, MD 20902-3367


^Marcello Schmidt
42 VAnderhoof Ave
Toronto ON M4G2H1
Canada


^Marco Lizardo
Rua de Curral n 109
4405-764 Madalena
Portugal

^Marie Docteur
Man Gaelle M Docteur
6801 NW 8th St
Pompano Beach, FL 33063-4400


^Mark Bronner
Markell Global LLC
4 S Orange Ave #354
South Orange, NJ 07079-1702


^Mark Davison
136 Kodiak Dr
Vacaville, CA 95687


^Mark Desanctis
Ashark Family Enterprises, LLC
4645 S Delphine Dr
Vacaville, CA 95687


^Marko Sarc
30 N Gould St, Ste R
Sheridan, WY 82801-6317


^Marla Fields
73 Moore Rd
Novato, CA 94949


^Martin Villanueva and Facundo Mana
The Fama Company
9381 E Bay Harbor Dr Apt 501N
Miami Beach, FL 33154-2359


^Mattis Kovalenko
9422-7733 Quebec
Canada H2V 3W(


^Maurice Young
100 N Howard St, Ste R
Spokane, WA 99201-0508


^Mayank Solanki
28 Cuckoo Hill Dr
Pinner HA5 3PJ GB

^Megan Taft
6900 E Gold Dust Ave. Unit 119
Paradise Valley, AZ 85253


^Meredith Schumacher
2108 N St Ste N
Sacramento, CA 95816


^Michael Battung
9677 Davona Dr
San Ramon, CA 94583-4059


^Michael Heimbeck
Heimbeck Gmbh lg
Hotzegweidstrasse 54, Pfaffikon ZH
Switzerland 8330


^Michael Herrigel
H3 Legacy Partners
PO Box 201
Palestine, TX 75802-0201


^Michael Logan
4934 Dartford Dr
Dallas, TX 75204


^Michael Ruetten
255 Double Oaks Dr
Lewisville, TX 75077-8268


^Michael Saleh Azab
Superkero LLC
14668 Sailboat Cir
Midlothian, VA 23112-4375


^Michael Stone
Bellemart a Florida
7613 Lake Angelina Dr
Mount Dora, FL 32757


^Michael Vahdat
20 Fitch Way
Princeton, NJ 08540-7609

^Michael Victor Durante
3104 E Camelback Rd #2676
Phoenix, AZ 85016-4502


^Michael Werner
Lit Loot
317 Enterprise Dr
Forked River, NJ 08731


^Mike Campise
8325 W Berwyn Ave, Apt 2
Chicago, IL 60656


^Mike Huyers
513 Moo 5, Soi 11, Sai 15
Rayong Nikhom Phatthana 21180


^Mike White
175 Bearclaw Circle
Aledo, TX 76008-1245


^Mikhail Sinenko
1439 Cambridge Dr
Coquitlam BC V3J 2P9
Canada


^MLM Holdings, Mohamad Aoun, Ali Aoude
6117 Argyle St
Dearborn, MI 48126-2180


^Mohsen Baghazal
30 N Gould St, Ste R
Sheridan, WY 82801


^Muneer Safi
182-21 150th Ave
11413 Abu Dhabi
United Arab Emirate


^Mustafa Seker
3400 Cottage Wat, Ste G
Sacramento, CA 95825

^Nancy Cabrera
10820 Northeast 10th Place
Miami, FL 33161


^Nancy Smith
22080 Juniper Rd
Perris, CA 92570


^Natsuko Oshiro
N Inspiration, LLC
11331 183rd St 1204
Cerritos, CA 90703-5434


^Neil Jorgenson
3390 Sikes Dr
Kempner, TX 76539-6913


^Nelly Gopal
9011 Ridgepointe Way
Henderson, NV 89074-6980


^Nhu Hoang
Kemp House, 160 City Road
London EC1V 2NX
UK


^Nichole & Peter Moller
105 Westbrook Ct
Collinsville, IL 62234


^Nicole Carrier
7 Day Weekend
7 Hobbs Road
North Hampton, NH 03862-2120


^Nik Lysiuk
4 Arthog Drive
Hale
England


^Nikki Stinson
1449 Rider Circle
Grapevine, TX 76051-4965

^Nilesh Patel
707 Crestridge Circle
Euless, TX 76040


^Nina Pozegija
2360 Avenida Helecho
Carlsbad, CA 92009


^Nisar Bhatti
Emray Inc.
3601 Town Blvd #1008
Franklin, OH 45005


^Noah Cavitt
3079 S Baldwin Rd #1014
Lake Orion, MI 48359


^Noe Portilla
18785 Siskiyou Rd
Apple Valley, CA 92392


^Olga Pilkowska
M8V 0C4 ON Toronto 59
ANNIE CRAIG DRIVE 902


^Omar Alhariri
8421 Broad St Unit1316
Mc Lean, VA 22102


^Oscar Dominguez
1008 E Pecan Blvd Ste D OFC2
McAllen, TX 78501


^Pascal Kinduelo
4030 Wake Forest Suite 300
Raleigh, NC 27609


^Patrick Barbeau
169 Warm Wind Drive North
Clayton, NC 27527


^Patrick Odia
5680 highway 6 suite 374
Missouri City, TX 77459

^Paul Griffiths
Westbourne Park Road
17B Westbourne Park Road
Dorset, England BH4 8HQ


^Paul Nelhart
5349 N Kenmore Ave., Unit 4N
Chicago, IL 60640


^Paul Smit
1968 S. Coast Hwy #5151
Laguna Beach, CA 92651


^Pawel Babiarz
2734 Shettler Rd
Muskegon, MI 49444


^Pedro Santos
Ontario, Canada L4L0A4


^Peter Palms
1691 Tampa Dr
Honolulu, HI 96819-1154


^Pieter de Villiers
KT3 4SF New Malden 15
The Chesters


^Ping Tsui; Kevin Chen, Jinfu Chen
1267 Edgewood Way
South San Francisco, CA 94080


^Pranavan Sinmayanandan
3225 McLeod Dr, Ste 100
Las Vegas, NV 89121


^Punit Patel
Ozvek LTD
Vision House 31 Kenton Park
29 Repton Road, Harrow HA3 9QD UK


^Punit Patel (Ozvek, Ltd.)
29 Repton Rd
Vision House 31 Kenton Park
Harrow HA3 9QD GB

^Purple Doonya
1303 Dunleigh Dr
Burlington, NC 27215-9548


^Putera Camaro
7398 Yonge St, Unit 6D-688
Thornhill, Ontario
Canada L4J 8J2


^Quinton Crabb
5681 Sweetwater Dr
Midlothian, TX 76065-6080


^Rajesh Nakrani
6658B Mill Creek Dr
Kalamazoo, MI 49009-5308


^Ramy & Amanda Masuod
81 Luzon Avenue
Markham ON L6B 1N7
Canada


^Randy Rantz
1620 Ambria Ln
Mundelein, IL 60060-4801


^Rangarirai Nybemba
Gods of Essentials
31 Alfrin Ct
Hamilton, ON L9B2K2 Canada


^Ray Lee
Boom B12 BC 11/E


^Rene Liivak
Voisfluse 6/1-13
Harju Maakood
Tallinn Kesklinna 10132


^Rhesa Nathanael
Celestial Bird LLC
1883 W Royal Hunte Dr, Ste 200A
Cedar City, UT 84720

^Richard Aumaitre
2743 NW 42nd Ave
Pompano Beach, FL 33066-2107


^Richard Dando
Odnado
La Ligne
LeClos Orange, La Routh Orange


^Richard Pringle
Coolnahinch, Moynalty
Kells, Co Meath
Ireland


^Richard Silva
4941 Hose Creek Ln
El Paso, TX 79938


^Ricky Martin / Luma Global
Planta 1 Puerta F
Calle Vinas da Babilonia
Porto de Santa Cruz, Spain 15179


^Rob Schmitt
90 E Halsey Rd, Ste 333 #1395
Parsippany, NJ 07054-3713


^Rob Strickland
RTS Commerce LLC
2806 N Columbia St Unit A #130
Milledgeville, GA 31061


^Robert Crouch
706 Joel Dr
Tyler, TX 75703


^Robert Kim
19 Ramona Ave, Apt 6
San Francisco, CA 94103


^Robert Nail
2515 Waukegan Rd 320
Deerfield, IL 60015

^Robert Ortiz


^Robert Wright
539 W Commerce St #2888
Dallas, TX 75208-1953


^Rodrigo Rodrigues Gil
9704 Fox Trap Ave
Las Vegas, NV 89145-8863


^Roland Fewell
20 Collins Lane
Sewell, NJ 08080


^Ronald Evans
Evanfoster LLC
4471 W 64th St
Los Angeles, CA 90043


^Rosemary Madagwa
Shelton Street 71-75
London WC2H SJQ GB


^Ross Johnson
 Australia, 4064, QLD, Brisbane,
Suite 1100, 47 Park Road, Milton


^Roun Roeun
444 Broadway Unit B #1013
Saugus, MA 01906


^Russel Curtis
11800 Bellinger St
Bakersfield, CA 93311


^Ryan Candelaria
31145 Danelaw Ave
Redlands, CA 92373


^Ryan Morse
5013 Parkside Ct
Warrenton, VA 20187

^Sage Callon
Dragon's Treasures LLC
5403 NE 11th Ave
Portland, OR 97211


^Sajid Palomares
Sapalomares LLC
404 E 1st St #332
Long Beach, CA 90802


^Sandilya Garimella
320 Gold Ave, Ste 620
Albuquerque, NM 87102


^Sandra Miller
4351 15th Ave S Unit 203
Seattle, WA 98108-1474


^Sarvan Sumra / Cortona_group_pty
134 Judds Road
Glasshouse Mountains, Queensland 4518
Australia


^Sasikanth Mamidi


^Savneet Kaur
3400 Cottage Way Ste G2-7506
Sacramento, CA 95825-1474


^Scott Buchanan
Senexe
1309 Clleen Ave., Ste 1200
Sheridan, WY 82801


^Scott Stratton
10800 Lakeline Blvd Apt 11302
Austin, TX 78717


^Sean Cook
4698 Hearthstone Dr
Frisco, TX 75034-2131

^Serene Ang
No. 3 Jalan Tran Piring
Singapore 799157


^Shahzad Ahmed
55 Village Centre PL, Suite 100
L4Z 1V9 On Mississauga


^Shamica Lamar
9856 Woolworth Ct
Wellington, FL 33414-6463


^Sharon Hutchins


^Shereen Razick
10200 Mulberry Ln
Bridgeview, IL 60455


^Simon Au-Yeung
13822 Ward St
Garden Grove, CA 92843


^Smita Malekoo
5804 El Dorado Ave
El Cerrito, CA 94530


^Sonny Yuen
8701 Delgany Ave, Unit 209
Playa Del Rey, CA 90293


^Sonya Fukeda
4133 12th Ave S
Seattle, WA 98108


^Spencer Ladin; Jay Beatty
JABSBL, LLC
9998 Jamestown St
Ventura, CA 93004-3746


^Stanley Musilia
5356 Persimmon Trail
Kansas City, MO 64129

^Stephen Van
SV Items
19700 Vallco Pkwy, Ste 130
Cupertino, CA 95014-7132


^Steve and Stefani Arnold
YGW Associates
3350 Grant Cove Circle Apt 101
Cape Coral, FL 33991


^Steve Fielding
Old Post Office
Hampton
Malpas


^Steve McNair
DREAM VESTORS LLC,
3902 LEANETT WAY CT
Pearland, TX 77584


^Steven Iverson
TRUTH MOUNTAIN INVESTMENTS LLC
898 W INDEPENDENCE WAY
Saratoga Springs, UT 84045


^Steven Pirovolikos John Fuller
2492 MERRICK RD
Bellmore, NY 11710


^Stuart Trem
2300 New South Wales The Hill 12/116
Tyrrell Street // 12/108 -118 Tyrrell St
The Hill NSW Australia 2300


^Sumana Sanjeeva
HBHS LLC, United States, 6012 Bayfield
Parkway, Ste 190, NC, Concord, 28027


^Susan Armenta
SLAMD eCom Enterprises LLC
6148 GARRISON DR
Los Angeles, CA 90042

^Suzy Tung
GARDEN STATE COTTAGE USA LLC
24 BLOSSOM DR,
Basking Ridge, NJ 07920


^Tanya Kitamura
304 S Jones Blvd #6562
Las Vegas, NV 89107


^Tasha Wallage
Natasha Nicole Wallage
1602 151st Pl SW
Lynnwood, WA 98087


^Taylor Tassone
3449 S Nucla Way
Aurora, CO 80013


^Terry Ringering
2355 State St Ste101
Salem, OR 97301


^Thomas (Georgina Sanni)
1124 LAKE CYPRESS LN.
Little Elm, TX 75068


^Thomas Gerard
112 Perry St
Billericay CM12 0NH, UK


^Thomas Leong
539 W. Commerce, Ste# 523
Dallas, TX 75208


^Thomas Sarro
1727 ROARING FRK
San Antonio, TX 78260


^Tim Burnette
2718 Magnolia Ct NW Cleveland
Cleveland, TN 37312-2095

^Timothy Edwards
8 The Green STE B
JOD4ME LLC
Dover, DE 19901


^Tom Griffiths
34 Kenwyn Road, Ground Floor Flat,
 London, Uk, United Kingdom, SW4 7LH


^Tommy and Ken Muller
100 Orange Blossom Cir
Altamonte Springs, FL 32714


^Tong Jiang
7116 Shannon Dr.
Minneapolis, MN 55439


^Tony Araque
1213 14Th Street lot 8 F
Key West, FL 33040-4640


^Tracy Lane; Michael Bernert
3225 MCLEOD DR STE 100
Las Vegas, NV 89121


^Tracy Oullaya
3 Corey Lane
Mendham, NJ 07945


^Tracy Yamamoto
4960 S GILBERT RD STE 1-316
Chandler, AZ 85249


^Travis Hoopes
2282 South 1570 East Circle
Saint George, UT 84790


^Troy Trinh (Trinh Design)
2836 Regina Ave.
Thousand Oaks, CA 91360


^Ty Stewart
3330 Dumas Street
San Diego, CA 92106

^Tyler Hightree
800 County Road 468
Elgin, TX 78621


^Tyson Feller
208 W 3930 S
Washington, UT 84780


^Tyson Gallant (Typro Innovations)
64 Deermont rd Se Calgary
Alberta, Canada T2j-5t5


^Valeria Lifanova
JODDFYSTORE INC, Canada, V6G 1C9,
British Columbia, VANCOUVER, 1339-1771
ROBSON ST,


^Veena Krishna Kumar
560042 Karnataka Bengaluru WARD NO 85,
SARVAGNA NAGAR, KALLAHALLI BDA QUARTERS
B6-167


^Veneta Glavcheva
30 N Gould ST Ste R.
Sheridan, WY 82801


^Viktor Marinov
585 Wetumka Ct
Wheeling, IL 60090-5153


^Vincent Nieuwenhoven
30 North Gould Street

Sheridan, WY 82801

^Vinh Trinh
1463 Hawkcrest Dr
Corona, CA 92879


^Vitaly Pikarevich
440 Davis Ct. Apt.511
San Francisco, CA 94111


^Volkan Samur (buzzdoora)
Buzzdoora Pte. Ltd., Singapore, 049422,
Singapore, 68 Circular Road, #02-01,

^Walt Foskey
947 Hitching Post Ln
Birmingham, AL 35210


^Walter Franco
722 S BIXEL ST APT 704
Los Angeles, CA 90017-2401


^Wes Hedden
100 KINCADE DR
Simpsonville, SC 29681


^Wiht Riollano
1317 Edgewater Dr. #3045
Orlando, FL 32804


^Will Lockwood
2501 CHATHAM RD, SUITE N,
Springfield, IL 62704


^William Stoll
1968 S. COAST HWY
Laguna Beach, CA 92651


^Xavier Edokpa
1931 Market Center Blvd, apt 5117
Dallas, TX 75207


^Yao Swee
10602 TUPPENCE CT ROCKVILLE
Rockville, MD 20850


^Yehia Aref
1309 Coffeen Avenue Suite 2262
Sheridan, WY 82801


^Yoav Press (BYR Investments)
202 WILDACRE AVENUE
Lawrence, NY 11559


^Yohan Zimmermann
25010 NORTHERN BLVD # 292
Little Neck, NY 11363

^Yue Shen
N99 W14110 SEVEN PINES WAY, #C
Germantown, WI 53022


^Yvonne and Shannon Wright-Burnett
76 Tansley Cresent Ajax, Ontario
Canada L1Z 1Y6


^Yvonne Makrucki
1817 TILTON DR
Pittsburgh, PA 15241


^Zachary Herrera
22 Middlebury st
Lawrence, MA 01841


^Zena Kandah
3220 Grand Park
Rochester, MI 48307


^Zhipeng Qu; Karen Qu
39116 FREMONT HUB # 1013
Fremont, CA 94538


^Zoi Zeo
290 Pamela Cir
Harleysville, PA 19438


Abdurrahman Mohammed
3839 Amanda St, Apt 116
West Covina, CA 91792


Abid Rasool
1619 Delaney Ave
Orlando, FL 32806


Abuzar Bhatti
Abuzar Waleed Bhatti
2559 Transom PL
Woodbridge, VA 22191


Adam Glick
169 Forest Ave
Glen Ridge, NJ 07028

Adam Hertling
L'Jash Creative LLC
2090 Lawrenceville-Suwanee Rd
Ste A-603
Suwanee, GA 30024


Adam Kowalik
UL Racula-Wincentego
Witosa 70A/1
Zieolina Gora 66-004


Adam Krusz
Life Choice Innovations LLC
88 Morningside Dr
Saint Paul, MN 55119


Adrian Rumble
Aura Pty, Ltd.
51 Lauminia Dr
Australia 4800 QLD


Adrian Spiga


Agot Agot
201 Meadow Lane
Harrisburg, PA 17112


Ahmed Alibrahim
Kanzanco LLC
312 W 3nd St #1574
Casper, WY 82601


Ahmed Omar
30613 132nd Ct
Auburn, WA 98092


Akin Atlanta
Click N Get Deals


Alagu Sundarrajan
27615 Guthrie Ride Ln
Katy, TX 77494

Alan Smith
124 Excalibur Way
Dalton, GA 30720-6432


Alberto Eiras and Brandon Barragan
A and B Capital Assets


Alberto Lugo
6823 Fort Hamilton Pkway, Suite 153
Brooklyn, NY 11219


Aldo Hernandez
APH Global Enterprises


Alex Richardson
49 Red Stone Circle
Reinholds, PA 17569


Alexander Martin
4827 W Buena Vista Ct
Visalia, CA 93291-9115


Alexandra Borlina and Frank Borlina
7C Clowance St
Plymouth
Devon PL1 4LG


Alexandra Golding
43260 Garfield Ste 280
Clinton Township, MI 48038


Alexei Gratchev
82 Gordon Circle
Newmarket
OC9 Ontario Canada


Alfred Mahoney
210 Summer at Orange NSW
2800 Australia


Ali Hemani
1345 Winnipeg Dr
Lewisville, TX 75077

Ali Masaad


Ali Sulaiman


Alina Trifonova
3809 Millcreek Dr
Annandale, VA 22003


Alvaro Ruiz
Ayllu Group LLC
15800 Pine S Blvd 3065
Hollywood, FL 33027


Amah Dunoh
1045 Yeadon Ave
Lansdowne, PA 19050


Amar Hussain and Assad Khan


Amber Israelsen
1400 6th Ave
Seattle, WA 98101-2318


Aminata Sacko
902 Woodlands Dr SE
Smyrna, GA 30080-2483


Amir Baluch, Sohail, Muhammad Sohail
2200 Victory Ave #902
Dallas, TX 75219


Ammar Albaqali and Seyeden Elnaz Kazemza


Amod Karve
Shrek LLC
1309 Coffeen Ave
Ste 1200
Sheridan, WY 82801

Andisheur Soleimanpour


Andre Carajeleascov
15823 Shorebird Ln
Winter Garden, FL 34787


Andre Woody
8635 W sahara Ave
Las Vegas, NV 89117


Andrea Chavero
117 SW St Apt 1404
Miami, FL 33130


Andreas Siljestroem
701 South Olive Ave Apt 1403
West Palm Beach, FL 33401


Andres Palacios
Global Talent Hunters


Andrew Alanis
539 W Commerce St
Dallas, TX 75208


Andrew Beckford
5173 Zachary Blvd
Pensacola, FL 32526


Andrew Edwards


Andrew Lawrence


Andrew Musto
9 Penobscot Way
Andover, MA 01810


Andrew Patten
7860 W Comm Blvd
Fort Lauderdale, FL 33351

Andy Chen
danndy


Andy Fee
3 Milsom Court Market
Lavington Eiltshire SN104AU
UK


Andy Rendon
2751 Artillery Post Rd
San Antonio, TX 78234


Angela Childress
600 Blvd South SW Ste 104 #1002
Huntsville, AL 36802


Angela Hill
1955 CE Stewart Rd
Clover, SC 29710-6442


Angela Yanes Diez & Jonathan Sharpe


Angelica Rodriguez


Angie Menegay


Anita Gerber
525 W 230 N
Smithfield, UT 84335


Anita Olusoga
Dominion Properties & Investment managem
9801 Apollo Rd, Unit 7121
Upper Marlboro, MD 20792


Anitra Preston and Eldridge Moore


Ann Lee
904 Baines St
Palo Alto, CA 94303-2524

Anna Kim


Anne Dela Torre


Annie Luong


Anny Tay
3150 Montpelier Ct
Pleasanton, CA 94588


Anouxay Sichanh


Anthony Benitez
8508 Park Rd Ste 219
Charlotte, NC 28210


Anthony Brown
114 W Magnolia St Ste 400-135
Bellingham, WA 98225


Anthony Cerasuolo
Mount Sinai, NY 11766-1856


Anthony Cipriano


Anthony Gaetano


Anthony Li
4148 Medoc Dr
Kenner, LA 70065-1923


Anthony Ong


Anthony Oquendo

Anthony Rivano
Dr. Anthony Rivno, D.C. CCSP
135 Columbia Turnpike Ste 301
Florham Park, NJ 07932


Anthony Vargas


Anton Bonnici
Beanstalk Ltd


Antonio Fragelli
34 Dolomite Dr
York, PA 17408


Antwon Dallas


Anwar Chalabee
9952 Dewey Dr
Garden Grove, CA 92841


Arian Hoxhaj
3276 Stoney St
Mohegan Lake, NY 10547-1911


Arman Kashaganov


Arshine Kidwai
13790 Bridgewater Crossings Blvd
Ste 1080
Windermere, FL 34786


Art Aguirre


Artur Nasimov


Asli Calma
Vienna, VA 22182

Audrey Centeno
5737 Kana Rd #156
Agoura Hills, CA 91301-1601


Aven Tsai
1147 Brook Forest Ave #342
Shorewood, IL 60404


Axel Colon
466 Hackensack Ave #1035
Hackensack, NJ 07601


Ayo Akande
539 W Commerce St #3016
Dallas, TX 75208-1953


Barb Kelly
304 S Jones Blvd #7879
Las Vegas, NV 89107


Baris Ergin
Susa
2101 N Lamar Blvd Apt. 5
Austin, TX


Barron Panson
26 Reunion
Irvine, CA 92603-4243


Barry Moran


Bart Evans
3007 W Autumn Run Ctr
Sugar Land, TX 77479-2624


Beau Wangler
522 W Riverside Ave, Ste 4267
Spokane, WA 99201


Beka Bekzhan
1800 Laurel Rd Spt 1302
Lindenwold

Belayneh Yiroshe
Weldarego
Cerro el Borego 132
Qro Qro76230
Mexico


Belkys Hernandez Mejias
2112 Adair Ave
Knoxville, TN 37917


Ben Cummings
11895 Duley Station Rd
Upper Marlboro, MD 20772


Ben Galan
11575 SW Pacific Hwy #1044
Portland, OR 97223


Ben Greve
It Counts
1349 Alivia Dr
Plainwell, MI 49080


Benjamin Dodson
714 McCullough Ave 6107
San Antonio, TX 78257


Bertrand Kum
6568 Joliet Ave S
Cottage Grove, MN 55016


Bilal Malik and Ahsan Saeed
7912 Yarnwood Ct
Springfield, VA 22153


Billy Machner
410 Kentucky Trail
Browns Mills, NJ 08015


Billy Mak


Billy Snyder
612 Teresa Lane
Grand Prairie, TX 75052

Bob Miller
123 South Main St., Ste 70
Houston, PA 15342


Bob Smith and Molly Claire
Simpe Pure Life
14049 Valley Mills Dr
Frisco, TX 75033-0479


Boris Suban
2-2-66 Kamimonobe
Sumoto-shi
Hyogo


Bouchra Tiouat and Aziz Hajjami
23338 Higbee Lane
Ashburn, VA 20148


Brad Jenkel
301 Mission St Apt 27E
San Francisco, CA 94105


Bradley Baker


Bradley Smith
1971 E Beltline Ave NE,
Ste 106 PMB 909
Grand Rapids, MI 49525


Branden Manoharan


Brandon and Chris Walden
Aspire Ecom, LLC
107 Cressfell Circle
Irmo, SC 29063


Braxton Walcott
2332 N 29th St
Phoenix, AZ 85008


Brenda and Vaughn
Infinite Success Institute

Brennan Tomasetti
51 N 3rd St #154
Philadelphia, PA 19106


Brent Diamond
15 Marion Ave
Norwalk, CT 06855


Brenton Almeida
1810 E SAHARA AVE STE 212 #1937
2720 Brookstone Ct
Las Vegas, NV 89117


Brett Brashear
(b2freedom)


Brian Chen


Brian Kaplan
820 E Terra Cotta Ave Ste 119
Crystal Lake, IL 60014


Brian Kelley
7 Willow St
Oxford, CT 06478


Brian Lehmann
8 Lyric Place
Crystal Lake, IL 60014


Brian Maples
239 Fourth Ave, Ste 1401
Pittsburgh, PA 15222


Brian Morgan
142 Lowell Rd., Unite 17 #135
Hudson, NH 03051


Brock and Kristi Brokway
67 E Madison St, Ste 1603A 1021
Chicago, IL 60603-3014

Bryan Cook
2349 W N
Vernal, UT 84078


Burnette Avakian
524 Main St #364
Columbus, MS 39701


Carlos Diaz
90 E Halsey Rd Ste 333
Parsippany, NJ 07054-3713


Carlos Engel
9719 Parkview Ave
Boca Raton, FL 33428


Carlos Hernandez Clavijo
15660 Meadow Wood Dr
Wellington, FL 33414


Carmelino Seaton
Seatons Amazon Shop


Carmen Gonzalez
Mustard Seed Investments LLC
2001 E Jackson Blvd
Elkhart, IN 46516-4647


Carson Butcher
141 Neese Dr, Apt P356
Nashville, TN 37211-2748


Casey Ross
10271 S Freeman Gulch Way
Bingham Canyon, UT 84006-5522


Catalina Balasi & Ian Bugeja
Narciset St, No. 3
Cumpana, Bonstanta
Romania


Cate Hoist
Tinguish

Cath Atkin


Catherine Yang


Cathy Mai
16872 Debra Circle
Huntington Beach, CA 92647


Cemeo Hawthorne
15421 Gale Ave
City of Industry, CA 91715


Chad Clark
212 Lake Shore Circle
Bloomington, IL 61704


Chad Provost
108 Meadow Lake Dr
Youngsville, LA 70592-5530


Chad Sutterer
770 Market St #90-516
Farmington, MO 63640


Chad Vlaeminck
2779 Chesterbrook Ct
Jacksonville, FL 32224


Chaim Korman
44 Monroe Ave
Toms River, NJ 08755


Charles Bailey


Charles Correia


Charter Communications, Inc.
PO Box 60074
City of Industry, CA 91716-0074

Chase Visa Credit Card
PO Box 6294
Carol Stream, IL 60197-6294


Cheong-Ming Thomas Wai
3dubs
500 University Ave., Apt 2009
Honolulu, HI 96826


Chirag Shah
936 Doral Dr
Bartlett, IL 60103-2021


Chris Field and Emily Field
Crane Mercantile
16430 Spruell St
Huntersville, NC 28078


Chris Gimenz
3035 SE Maricamp Rd
Unit 104 PMB 207
Ocala, FL 34471


Chris Hook


Chris Lam aka Crazy Clam


Chris Rempe


Chris Taylor
5 Landsdowne Rd
Whitby, North Yorkshire YO21 3FD
UK


Christian Achilli
The Brightest Vibes Limited
United Kingdom SF3 8PI


Christian Sanabria
4955 Collesium Dr
Lake Worth, FL 33463-7248

Christine Besa
11373 Pearl St., Apt 101
Los Angeles, CA 90064-2055


Christine Proctor


Christine Reed
649 Woodlands Rd
Charlottesville, VA 22901-5507


Christopher BAker
The Baker Organization


Christopher Vincent
30 N Gould St., Ste 20369
Sheridan, WY 82801


Cindy Benavides, Bufete Rodriguez
Heredia 40101
Costa Rica


Cindy Hotel
130 Williams St
New York, NY


City of Austin Utilities
PO Box 1088
Austin, TX 78767


Claudio Maese
2601 Fort Blvd
El Paso, TX 79930-2115


Clint Hoopes
709 E 1000 South Cir
Saint George, UT 84790-5644


Cody Pope
5309 Bella Pl
Midland, TX 79707


Colette and Gaurav Kapoor
Infinity One / Corav

Colin Henderson
307-2223A Oak Bay Ave
Victoria BX V8R1G4
Canada


Colt Easley
2455 Fairway Wood Circle
Castle Rock, CO 80109


Colton McKnight


Conner Antley
11850 Dr Maratin Luther King Jr St N
Saint Petersburg, FL 33716-1632


Contracts with Clients


Cris Cuevas
12955 Willow Place Dr W
Box 690971
Houston, TX 77070-5651


Cynthia Walker
2102 W Fairway Dr
Brandon, MS 39047-8628


Dakota Lee
1309 Coffeen Ave, Ste 2807
Sheridan, WY 82801


Dakota Plaza Baceline, LLC
1391 Speer Blv, Ste 800
Denver, CO 80204


Dakota Plaza Baceline, LLC
1391 Speer Blvd, Ste 800
Denver, CO 80204


Dale Jones
113 Seclusion Ct
Murfreesboro, TN 37129

Dameron Batson
444 Victory Lane
Moore, SC 29369-8483


Damjan Chudo
Netherlands 1087KP
Amsterdame


Dana Bokhowa
95 Star St
London W2 1QF
UK


Daniel Della
3661 White Rose Loop
Castle Rock, CO 80108


Daniel Gamon
5400 Johnson Dr., Ste 264
Mission, KS 66205


Daniel Godsey
6809 Main St. #1095
Cincinnati, OH 45244


Daniel Jung (PLP)
893 Centerra Hills Cir
Round Rock, TX 78665


Daniel Lee
9875 Cameron Parc Circle
Alpharetta, GA 30022


Daniel Murren


Daniel Partsch
4108 Main St
Erie, PA 16511-1968


Daniel Rot
Calle Pardo 30 B
Alico 4a 08016
Barcelona Spain

Daniel Sawyer
403 Soapberry Tree Ct
Willis, TX 77318


Daniela Georgescu


Daniele Cordaro
Mio Brands
790 N Milwaukee St., Ste 300
Milwaukee, WI 53202


Danndy LLC
c/o Andy Chen
2887 Paddock Way
San Mateo, CA 94403


Danndy LLC
1021 E Lincoln, Ste 178
Cheyenne, WY 82001


Darlene Rencher
Dabco Designs


Darnell Gibbons
525 Route 73 N, Ste 104
Marlton, NJ 08053


Darren Keith
Ardrossan
Alberta, Canada


Daryl Bonnell
138 E 12300 S
Draper, UT 84020


Dave Smithers


David Chin-Jew
1908 Las Montanas Ct
Brentwood, CA 94513-6602

David Cox & Divinity Cox
2121 Union Ave
Costa Mesa, CA 92627


David Franco
Dar Ecommerce


David Kim
20 English Path
Freehold, NJ 07728


David Rios Jr.
1537 W 104th St
Chicago, IL 60643-2815


David Torres
1110 Harmon Ln
Clermont, FL 34711


David Tsai


Dawn Larrabee
Dawnlarra
107 N Pasture Cove
Hutto, TX 78634


Dawn Young
Shuweihat 2 IWPP
Jebel Dhanna 62501
Ruwais


Dean Diallo
5452 Rohden Dr
Canal Winchester, OH 43110


Deenesh Gupta


Denice Subach
300 Summit Ave
Buffalo, NY 14214

Dennis Velkhovoy


Derek Wada


Dex Lipovic
Trifecta Marketing
1846 Innovation Way, Ste 100
Tucson, AZ 85755


Dianne Smith
Destiny Life Products


Dilmun International
Ammar Albaqali and Seyedeh Ellnaz Kazemz


Diogo Moreira
Pink and Green


Dmitry Chorine
2254 79th St
Brooklyn, NY 11214


Dmitry Kitaychik
69-07 198th St
Fresh Meadows, NY 11365


Dominic Cortinas
1211 Prairie River Dr
Casper, WY 82604-2102


Dominic Harriott


Donard Meejia


Donna Gilberto; Kevin Smith
50 Wellington Village Dr, Unit 24
Bristol, NH 03222-3665

Douglas Tanner
574 W 1250 S
Lehi, UT 84043


Douglas Williams
2049 Charter Oaks Dr
Clearwater, FL 33763


Drissa Dao
10770 Columbia Pke, Ste 300
Silver Spring, MD 20901-4439


Dwayne and Michelle Somerszaule
19 Knight House Huntsman St
Greater London
UK SE17 1QN


Eddy Contreras


Eddy Palermo
18117 Biscayne Blvd, Ste 2454
Miami, FL


Edward Kolankiewicz
984 Suscon Rd
Pittston, PA 18640-9540


Ekbal Hussain, Khalil Megherbi,
Shazel Choudhury (Ampass)
Garden Lond
UK WC2H 9JQ


Elena Kova and Chris McCraley
347 5th Ave., Ste 1402
New York, NY 10016


Eli Lebowitz


Elizabeth Myers
Wonderland

Elizabeth Simpson
236 Market St., Ste 100
PMB 1001
Locust, NC 28097


Ellen Willekens
39 Vanderstract
Pelt 3900
Belgium


Emeka Edemcord
3125 Avondale Point
Powder Springs, GA 30127


Emily Iwata
503-256 2nd Avenue East
Vancouver V5T 0A7
BC, Canada


Enrico Bersamin
4-2 Donald Street
Winnipeg
R3L OK5 Canada


Ephraim Te'o


Eran Sivan
8907 139th Ave SE
Renton, WA 98059-3487


Eric and Karin Semler


Eric Brownell
5277 S. Sicily Way
Aurora, CO 80015-6590


Eric Garcia
15033 N US Highway 281 #9308


Eric Huang

Eric Poon
Kaneston Group
PO Box 430 NSW Riverwood
Australia 2210


Eric Seidelman
374 W Spring St
Plymouth, MI 48170-1328


Erik Hagman


Ernso St Lot


Eva Pijuan
Avds de les Marqueses
11A 43761 La Pobla de Montornes
Spain


Evan and Stacy Thorson
955 Gabbert Road
Cantrall, IL 62625


Evan Herbsman
182 Bennett Ave, Apt 3G
New York, NY 10040-3846


Fahad Anis


Federica Caltagirone
1065 SW 8th St - Unite #162
Miami, FL 33130


Federico Ramos
TXMerchant


Fekjan de Boer


Fernando Glenn LaBrada
2364 Paseo De Las Americas 104-922
San Diego, CA 92154

Fernando Martinez
FM North Store Inc.
810 Wilson Ave, Unit 101
Toronto, QB, Canada


Firas Hammami
13475 Atlantic Blvd, Unit 8
Ste M165
Jacksonville, FL 32225


Flavio Espinal
Bubu Group
1799 Grange Cir
Longwood, FL 32750-3319


Florentina Strainu
Porro-Fab, Inc.
St. Catherines 10 Ellis
Strainu, Ontario, Canada L2P 0E6


Foster Chambers
1173 Highland Ave
Oak Park, IL 60304


Fraidy Braun
522 N Sycamore Ave
Los Angeles, CA 90036


Francis Johnson and Sahar Johnson
Voyage Investment


Franck Gavi
Franab Enterprise
US 2425 Redbridge Lane
McKinney, TX 75071-1278


Frankie Mendoza
848 N Rainbow Blvd Unit #8318
Las Vegas, NV


Fred Brisker
10809 NW 81 St
Doral, FL 33178

Gabriel Shalmi
680 E Main St Unit #1158
Stamford, CT 06901


Gabriella Garabo


Garrett Edge
3259 Gatsby Ln
Montgomery, AL 36106


Gary Martiner
Lido Properties
5821 Jackson Lane
Venice, FL 34293


Gaurav Kapoor and Eric Storey
Paniq 1


Gene Haney
589 Palisade Dr
44 Brunswick


George Nevrodis and Sunilda Vasquez
Source Vortex
8 Front St Unit 968
Croton Falls, NY 10519-7582


Ghazala Kauser
352 Queens Rd
Halifax HX1 4PH


Gillie Matsumoto
842B 8th Ave
Honolulu, HI 96816


Gina Rosensweig
8374 Hawks Gully Ave
Delray Beach, FL 33446-9677


Glenn Liebegott
1101 Holland Dr, Ste 8
Delray Beach, FL 33484

Gloria Lam and Geoff Wong
236 Mossbrook Square
Pickering L1V 6P8


Gokhan Basaran


Gracie Gonzalez
13899 Biscayne Bld
Miami, FL 33181


Graeme McCormick
6 Allard Ave
Roseville Chase 2069


Grant Thackray and Lynne McMaster
12 Beckfield Dr
Glasgow G331SR LK


Grayson Golka
401-1066 Hamilton St
Vancouver BC
Canada V6B 2R9


Greg Irvine
9554 S Wells Circle Ste A
West Jordan, UT 84081


Gregory Armstrong
312 W 2nd St #1548
Casper, WY 82601-2412


Gunalan Nadarajah
1108-260 Consumer Rd #253
North York, Ontario
Canada M2J 4V6


Gustavo & Gloria Fuchs
Bare Colors
8213 Edgepoint Trl
Hurst, TX 76053-7439


Gustavo Leszczynski
LCG Innovations

Hafso Hasan
59 Third Ave
Bordesley, Green Birmingham
UK B9 5RW


Hairo Sime
1317 Edgewater Dr # 3637
Orlando, FL 32804


Hamad Almudhi
Mishref Block 5 St
10 House 25
Kuwait City, Kuwait 40005


Hammad Razzaq and Gurdeep Basra


Hannah Denton
3022 Bienville Dr
Smyrna, TN 37167


Hannah Rivard
6917 Benjamin Blvd
Joshua, TX 76058-5085


Harold Caicedo
Pereira Carrera 19 #9 -110
Risaralda, Colombia 660003


Harry Patel


Hasan Binyar


Hassan Ahmad


Hassan Janoudi
210 Morris St
Pawtucket, RI 02861

Heath Porretta
2045 W Northview Ave
Phoenix, AZ 85021


Hector Leon
10526 Green Ivy Ln
Orlando, FL 32832-5922


Heidy Galvan


Helenor Luna
12112 N Rancho Vistoso Blvd
Ste 150 #469
Oro Valley


Henry Seet
Pixieland Products, LLC
5830 East 2nd St #97152
Casper, WY 82609


Herman Amaya
4511 Fountainbleau Rd
Tampa, FL 33634


Hermela Teshome
30 N Gould St, Ate N
Sheridan, WY 82801


Hernan Montenegro


Hicham Oukayou


Hilda Torres


Ian Kelley


Iannique Renaud
Groupe Kandy Inc.
GA

Igor Yankin
Leon Christopher LLC
3515-B Longmire Dr
PMB 184
College Station, TX 77845-4059


Ijeje Eno
3114 Blair Oak Dr.
Rowlett, TX 75089


Ike Emeji
Gavike Ventures LLD
23626 Starbridge Lake Ln
Richmond, TX 77407-2884


Ilie Morar
17600 N Bay Rd., Apt 508
North Miami Beach, FL 33160


Inna Pelzman
3736 SW 30th Ave
Fort Lauderdale, FL 33312


Irine and Eugene Mambo


Isaac Novoa / Isla Del Cortes, Int
134 Colonia El Tezal
 Privada Ventanas Del Mar Fase 2
Los Cabos, Baja CA Sur MX 23467


Israel Cuevas
Lignarius Ventures


Jaba Kerdzaia
109 Carment Ave
Trenton, NJ 08610


Jackson Huggett
299 Manchester St
Boca Raton, FL 33487


Jacob Bopst

Jacquie Murrell


Jake Rader


Jakub Tuma


Jamal Afzaly


James Garner


James Gass


James Moise


Jan Acherman
Sallenbachstrasse 8 8055
Zurich Switzerland


Janelle Coluccio


Janice Tetherow


Jansen Ling
Blk 1C Cantonment Road #44
Ling KokHeng
Singapore 085301


Jared Black
215 N New Riv Dr EA
Fort Lauderdale, FL 33301


Jaren Cooper
6278 S Westridge St
Salt Lake City, UT 84107

Jaret Mead
Leapin LLC
25 W Telegraph St, Unit 47
Washington, UT 84780-6001


Jason and Cathleen
The Sosebee Group


Jason and Emily Keene


Jason Baker
300 S Madison Ave, Ste 9
Clearwater, FL 33756


Jason Csiszar
New World Distribution, LLC
312 W 2nd St 1140
Casper, WY 82601


Jason Dirks


Jason Meador
454 Las Galinas Ave
PMB 187
San Rafael, CA 94903


Jason Tempio


Jawa and Mano
Healway USA


Jay Mistry
JDM Tech 100


Jayme Mudrow


Jean Paule Desenne

Jeff Aimee Wilson
5754 Nubbin Creek Rd
Lenoir, NC 28645-6578


Jeff Mease
101 Market Side Ave, Ste 404-152
Ponte Vedra


Jeff Sankey


Jeffrey Ciolino
143 Chardonnay Dr East
East Quogue, NY 11942


Jeffrey Lopez
9772 NW 131 St
Hialeah, FL 33018-1857


Jennie Park
17360 E Lake Dr
Aurora, CO 80016


Jennifer Braxton
2332 N 29th St
Phoenix, AZ 85008-2012


Jennifer Cook
270 Breezy Point
Eclectic, AL 36024


Jennifer Rodgers
PO Box 1335
Caldwell, ID 83606


Jennifer Wilson
100 East Tryon Road
Raleigh, NC 27611


Jeremy Byrne


Jeremy Long

Jeremy Pittman


Jermaine Powell
Web Goods


Jerome Holcomb, Jr.
222 Rainbow Dr #12207
Livingston, TX 77399-2022


Jerry Howard


Jerry Iavarone
Anjomi


Jesse McLaughlin
five_lives
6275 NW Poverty Bend Rd
McMinnville, OR 97128-8119


Jessica Bui
30093 Sanctuary Blvd. LA
Denham Springs, LA 70726


Jessica Clifton


Jessica Cronan
7034 Oak View Dr
Dickinson, TX 77539-8295


Jesus Contreras


Jia Smith
Mode Inverse


Jill Parrish
4825 Mt. Evans St
Brighton, CO 80601

Jillian Dillon
1955 Bechell Ln
Redding, CA 96002


Jinkyoung "Jin" Lim
319 Foothill Dr
Cedar City, UT 84721


JJ De Leon
KNGCOPIT, LLC
202 N Shady Oaks
Lake Jackson, TX 77566-5927


Joanie Grife
124 360th Ave
Grinnell, IA 50112-8210


Joe Hegseth
10556 Combie Rd #10
Auburn, CA 95602


Joel Levy


Joelito Alimurung
23 G Flora Road #02-05
Estella Gardins
509739 Singapore


Joey Fontanilla
281 Sierra Dr
Walnut Creek, CA 94596


John Chi
3308 Preston Rd, Ste 350-122
Plano, TX 75093


John Ezra Dew


John Gentile
1216 Crescent Dr
Tarrytown, NY 10591

John Harvey


John Huang
17595 Harvard Ave., Ste C-689
Irvine, CA 92614


John Molhoek
Jarlon Properties
5235 W River Dr NE
Comstock Park, MI 49321


John Pulis; Nancy Rote
5 N Keyston Dr
Clearwater, FL 33755-6121


John White
5130 South Fort Apache Rd #215213
Las Vegas, NV 89148


Johnathan Vo
Kaizen


Johnny Chang
AMZ DFY, LLC
12425 Enchanted Forest Dr
Austin, TX 78727


Jomael Ortiz Perez


Jon and Michelle De Los Reyes
17350 State Highway 249, Ste 220 #5125
Houston, TX


Jon Payumo
150 Maple Ave, Ste 278
South Plainfield, NJ 07080


Jonathan Lee
Northeastern Alliance LLC
6015 Boulevard East Apt. AA1
West New York, NJ 07093

Jordan Jones


Jorie Steed
478 Naomi Dr
Sandy, UT 84070


Jose Banda


Jose Luis Mendez


Jose Navarro


Jose Nunez
Freedom2021 LLC
2363 James St 519
Syracuse, NY 13206


Jose Ponce-Lopez
Ponce, LLC
107 Congress Ave Apt 1
Chelsea, MA 02150


Jose Roberto Castillo
7317 El Cajon Blvd, Ste 100 LA
La Mesa, CA 91942


Josebelo Gamboa
26732 Lindengate Cir
Plainfield, IL 60585


Joseph Chima
1776 Bicentennial Way Apt J12
North Providence, RI 02911


Joseph Fradelakis
61 Edgewood Rd Apt A
North Providence, RI 02911

Josephine Youdeowei
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 Pembina Highway
Richmond West Plaza
Winnipeg MB


Josh & Jen Gessele
647 188th Ave NE
Baldwin, ND 58521-9804


Josh Anderson
8 The GRN, Ste 4000
Dover, DE 19901


Josh Brantley
800 Barclift St NW
Hartselle, AL 35640


Josh Eight


Josh Gessele ; Jen Gessele
"647 188th Ave NE

Baldwin, ND 58521

Joshua King
1582 Merit Ln
Liberty, MO 64068


Joshua Smith


Josue Vazquez
Gray City Market Place, Inc.
200 Presidential Way Apt. 2311
Woburn, MA 01801


Juan Jacome
662 Eva Kennedy Rd
Suwanee, GA 30024


Juan Jacome
c/o Rain Udall
Minns Law Firm PC dba Rains Minn Law Fir
4412 Spicewood Springs Rd, Ste 500
Austin, TX 78759-8583

Juan Pablo Gonzalez
Red Peach LLC
220 Emerald Vista Way
Las Vegas, NV 89144


Juan Pablo Munive


Julian Suppo
30 North Gould St
Sheridan, WY 82801


Juliet Palfi


Julius and Diane Wu
Stockholm Innovations


Justin Allen


Justin Bowman


Justin Pilakka
31645 Green Meadow Ln
Warren, MI 48093


Justin Rogers
RNR Products
6204 Foley Square St
Amarillo, TX 79119-1423


Justin VanOmmen


Justine Wong
17 Moon Gate Ct
Pacifica, CA 94044-1017


Kamil Adamski
4432 N Oriole Ave
Harwood Heights, IL 60706-4511

Karekin Kzanjian
25350 Magic Mountain Pkwy, Ste 300
Valencia, CA 91355-1356


Karem Hadad
230 Bellavista Plus
23050 Baja Calfornia Sure la Paz
Santo Domingo


Karina Toro
129 Pinehaven Court
McDonough, GA 30262


Kate and Blazej
(Bkd Improvements)


Katherine Carias


Ke-Huey Liu


Keith McGuinness
9407 NE Vancouver Mail Dr, Ste 104 #561
Vancouver, WA 98662


Keith Weiske


Kelley Pacifico
1336 Forest Ave
Staten Island, NY 10302


Kelly Foydl
Edgey3 LLC


Kelly Foydl
LucyLuu
3903 Fairway Dr
Shingle Springs, CA 95682-8628


Ken Toms
4041 Shatzer St
Chambersburg, PA 17202

Ken Wallace


Kenneth and Kenny Breeze
Breezango


Kenneth Brown
Bestprodx
20 N Gould St
Sheridan, WY 82801


Kenneth Hogg
5046 SA Warradale 22A
Woodfield Avenue South
Australia


Kevin and Genelle Trombley
Tombley Ventures LLC
4604 LeBlanc Ct
Brighton, MI 48116-4769


Kevin Coleman
9612 Woodland Rd
New Market, MD 21774


Kevin Lin
Luminscent Clouds
9826 6th Dt
Rancho Cucamonga, CA 91730


Kevin Owens
1607 Spring Glen Ln
Pearland, TX 77581


Kevin Rascol


Kevin Vachhani and Vijeta Patel
7 Tobins Court
Hartford, CT 06180


Khurram Khalid
1925 Landridge Dr
Allen, TX 75013

Kidist Atnafu
2401 Fountainview Dr, Ste 416B #2236
Houston, TX 77057


Kim Anaya
4960 S Gilbert Rd, Suite 1-313
Chandler, AZ 85249


Kim Cook
870 W Apache St
Emmett, ID 83617-4004


Kirsten Giacci
2703 14th Ave
Vienna, WV 26105


Knara Saribekyan


Koni Tamratzi


Kris Land


Kristi Amunson
95 Royal Rd
Brockton, MA 02302


Kyle and Kate McBride
Shade Tree Consulting
3006 Saint Germain Dr
McKinney, TX 75070-4714


Kyle Logsdon
2316 Belleview Dr
Oklahoma City, OK 73112


Lan Tran
Red 21, LLC
2214 Sandburg St
Dunn Loring, VA 22027-1007

Lanette Glass


Laren Tolentino
91-1066 Paaoloulu Way
Kapolei, HI 96707


Larry Steiner
1940 225th St
Fort Dodge, IA 50501-8444


LaShonda Lewis


Latha Nayak
22005 Birds Eye Dr
Diamond Bar, CA 91765-3902


Laura Caceres & Ariel Torres
15820 sw 43 st
Miami, FL 33185


Laura Jilke


Laura Nunez Elicerio


Laura Viana
Kemp House
160 City Rd
EC1V 2NX


Lauren Tolentino
91-1066 Paaoloulu Way
Kapolei, HI 96707


Laurie and Emily Ker
Knolls Lodge, Plantatio Road
Leighton Buzzard LU7 3JB
UK

Laurie Nervig
10103 Prescott Dr
Monticello, MN 55362


Lazaro Anias


Le Ngo


Leann Truong
Jolcma
4150 Reigents Park Row
La Jolla, CA 92037


Lee Griffith and Tonia Griffith
115 Ridge Rd
Florissant, CO 80816-9092


Leo Serman
California Sunrise
7405 Greenback Ln, Ste 246
Citrus Heights, CA 95610


Leonard Giaquinto


Leonardo Scamparini
1309 Coffeen Ave., Ste 3166
Sheridan, WY 82801


Les Simon
Manunda Investments Pty, Ltd
20 Wreckyn St
Victoria North Melbourne Australia 3051


Lestarianna Saragih-Parrish
29598 Day Road
McArthur, CA 96056


Lina Barriga
Tasked

Linda Ferrell
16 Ramsgate Dr
Clayton, NC 27520


Lloyd Dennis
12 Red Hawk Ct
Oswego, IL 60543


Lokinder and Kartik Kaushik (lokart)
7635 10 Ave NW
Edmonton, Alberta
Canada T6K 2T8


Loren Holzem
417 Gough St
San Francisco, CA 94102


Loren Tarquinio and Anna Vocino
QV Ranch, Inc.
2750 Quail Valley Rd
Solvang, CA 93463-9614


Louis Kosnosky
5900 Balcones Dr Ste 100
Austin, TX 78731-4298


Lucas and Levi Sankey
Sankey Brohers LLC
930 Coggins St
Redding, CA 96003


Lucia Muhi
LGM Imports and Exports
101 Ethyl Way
Stoughton, MA 02072


Lucid Link Corp. dba LucidLink
3500 South DuPont Highway
Dover, DE 19901


Luigi Fenzo

Luis Fernando Chavarriaga
unique_quality
5911 Star Grass Ln
Naples, FL 34116


Lukas Szewczyk
3501 Hovenweep Ave
Austin, TX 78744-1769


Lynn Groden


Mahmod Jaber
1839 Bankstown Way
Perris, CA 92571


Mahsa Karavan


Malathy Sundaram
2504 Coventry Lane


Malisa Leung
1053-2560 Shell Road
Richmond BC
Glen Mills, PA 19342


Manal Jaffer
Biz Hunt


Mandar Bandekar
808 West San Carlos St Unit 521
San Jose, CA 95126


Manfred Zepeda
138 Rivermill Place
Piedmont, SC 29673-7353


Manny Cabezas
Adelante Enterprises

Marcelle Robidoux
Home Says
11012 Hemingway Ct
Silver Spring, MD 20902-3367


Marcello Schmidt
42 VAnderhoof Ave
Toronto ON M4G2H1
Canada


Marco Lizardo
Rua de Curral n 109
4405-764 Madalena
Portugal


Maria Agosto and Shani Ma


Marie Docteur
Man Gaelle M Docteur
6801 NW 8th St
Pompano Beach, FL 33063-4400


Marie Doucet-Lambert & Maxime Lahaie


Marina Loukine
roilli_corp
1576 Ocean Ave Apt. #3B
Brooklyn, NY 11230


Marisa Kua


Mark Bronner
Markell Global LLC
4 S Orange Ave #354
South Orange, NJ 07079-1702


Mark Davison
136 Kodiak Dr
Vacaville, CA 95687

Mark Desanctis
Ashark Family Enterprises, LLC
4645 S Delphine Dr
Vacaville, CA 95687


Mark Oxborough
Unit 22/10 Sedge St
Sippy Downs, Queensland
Australia 4556


Marko Sarc
30 N Gould St, Ste R
Sheridan, WY 82801-6317


Marla Fields
73 Moore Rd
Novato, CA 94949


Martin Villanueva and Facundo Mana
The Fama Company
9381 E Bay Harbor Dr Apt 501N
Miami Beach, FL 33154-2359


Martynas Kersys
MB Journey
Merkio 27
Pamerkiu km, Lithuania LT-65476


Mary Anne Marquez


Masum Ahmed
779/2 West Kazipara
Mirpur, Dhaka-12-16


Matt Coombes
gncp


Matt Gediman


Matt Stark and Sheri Robinson

Matteo Sorato


Matthew Rollins


Mattis Kovalenko
9422-7733 Quebec
Canada H2V 3W(


Maurice Young
100 N Howard St, Ste R
Spokane, WA 99201-0508


Max Aviles


Maxine Morgan
Synergywise
31 Dartmouth St
Valley Stream, NY 11581


Mayank Solanki
28 Cuckoo Hill Dr
Pinner HA5 3PJ GB


Megan Taft
6900 E Gold Dust Ave. Unit 119
Paradise Valley, AZ 85253


Mehdi Moussafir


Mehdi Tajeddini
13 Darrock Park
Aberdeen
UK AB15 9HE


Melinda Molnaar
Relax n' Glow
3025 Escob Dr
Palm Springs, CA 92264-5547

Melinda Molnar
Relax n' Glow
3025 Escob Dr
Palm Springs, CA 92264-5547


Melvin Cosely


Meredith Schumacher
2108 N St Ste N
Sacramento, CA 95816


Michael & Pia Oakes


Michael Battung
9677 Davona Dr
San Ramon, CA 94583-4059


Michael Buslov


Michael Chang
10004 Upton Ct
Indianapolis, IN 46280


Michael Chen
2217 120th St
College Point, NY 11356


Michael Clayton
Clayton Private Consulting LLC
818 Woodson Dr
Oakland, CA 94603


Michael Durnil


Michael Gediman
3765 Milam St.
San Diego, CA 92107

Michael Heimbeck
Heimbeck Gmbh lg
Hotzegweidstrasse 54, Pfaffikon ZH
Switzerland 8330


Michael Herrigel
H3 Legacy Partners
PO Box 201
Palestine, TX 75802-0201


Michael Logan
4934 Dartford Dr
Dallas, TX 75204


Michael Lynch
5908 Alenion Way
Mount Dora, FL 32757


Michael Oakes
c/o Rain Udall
Minns Law Firm PC dba Rains Minns Lawfir
4412 Spicewood Springs Rd.
Austin, TX 78759-8583


Michael Ruetten
255 Double Oaks Dr
Lewisville, TX 75077-8268


Michael Saleh Azab
Superkero LLC
14668 Sailboat Cir
Midlothian, VA 23112-4375


Michael Speagle


Michael Stone
Bellemart a Florida
7613 Lake Angelina Dr
Mount Dora, FL 32757


Michael Vahdat
20 Fitch Way
Princeton, NJ 08540-7609

Michael Victor Durante
3104 E Camelback Rd #2676
Phoenix, AZ 85016-4502


Michael Werner
Lit Loot
317 Enterprise Dr
Forked River, NJ 08731


Michelle Coriell


Mike and Shelayne Mathieu


Mike Campise
8325 W Berwyn Ave, Apt 2
Chicago, IL 60656


Mike Gibson
164 Walkden Rd
Worsley Manchester
UK M28 7DP


Mike Huyers
513 Moo 5, Soi 11, Sai 15
Rayong Nikhom Phatthana 21180


Mike Klingshirn


Mike Marchand


Mike White
175 Bearclaw Circle
Aledo, TX 76008-1245


Mikhail Nasimov

Mikhail Sinenko
1439 Cambridge Dr
Coquitlam BC V3J 2P9
Canada


Mildred Alvayero


Miriam Ewang


MLM Holdings, Mohamad Aoun, Ali Aoude
6117 Argyle St
Dearborn, MI 48126-2180


Mohammad Zaman
1 Pleasnat View Way
Flemington, NJ 08822


Mohammed Belrhiti, Malak Belrhiti
502-5785 Cote Des Neiges Rd


Mohsen Baghazal
30 N Gould St, Ste R
Sheridan, WY 82801


Moisey Kulangiyev


Muhammad Rohaizak /MMR Impex
54200 WP Kuala Lumpur Kuala
Lumpur No 1 Jallan 24/58
Off Taman Setiawapgsa


Muneer Safi
182-21 150th Ave
11413 Abu Dhabi
United Arab Emirate


Mustafa Seker
3400 Cottage Wat, Ste G
Sacramento, CA 95825

Nam Milimo


Nancy Cabrera
10820 Northeast 10th Place
Miami, FL 33161


Nancy Smith
22080 Juniper Rd
Perris, CA 92570


Nathalie Hong and Urmila Aigner


Natsuko Oshiro
N Inspiration, LLC
11331 183rd St 1204
Cerritos, CA 90703-5434


Neil Jorgenson
3390 Sikes Dr
Kempner, TX 76539-6913


Nelly Gopal
9011 Ridgepointe Way
Henderson, NV 89074-6980


Nelson Pagtolonan
600 N Broad St, Ste 5
Newark, DE 19702


Nenev
Easamax


Nergish Udwadia
1 Elora Rd
Vic Oakleigh South 3167
Australia


Nestor David
Powerqueue Solutions
6138 Native Woods Dr
Tampa, FL 33625-3296

Ngoc Ta


Nhu Hoang
Kemp House, 160 City Road
London EC1V 2NX
UK


Nichole & Peter Moller
105 Westbrook Ct
Collinsville, IL 62234


Nick Aalerud
25 Carriage Chase Rd
North Andover, MA 01845


Nick Loxton
Belle Angelic Pty Ltd
Level 1, 10-12 South Melbourn
Australia 3205 VIC


Nicole Carrier
7 Day Weekend
7 Hobbs Road
North Hampton, NH 03862-2120


Nicole Sande


Nik Lysiuk
4 Arthog Drive
Hale
England


Nikki Stinson
1449 Rider Circle
Grapevine, TX 76051-4965


Nikoi Nimcova


Nilesh Patel
707 Crestridge Circle
Euless, TX 76040

Nina Pozegija
2360 Avenida Helecho
Carlsbad, CA 92009


Nirajkumar Patel


Nisar Bhatti
Emray Inc.
3601 Town Blvd #1008
Franklin, OH 45005


Nishad Patel
1900 W Chandler Blvd, Ste 15 #194
Chandler, AZ 85224


Nissa Ophaso


Noah Cavitt
3079 S Baldwin Rd #1014
Lake Orion, MI 48359


Noe Portilla
18785 Siskiyou Rd
Apple Valley, CA 92392


Nurul Amin
Atlantis Babys


Obed Shahid


Oksana Kamyshin
30523 Aldine Westfield Rd
Spring, TX 77386


Oleksandr Hostyuk


Olga Perdomo and Carolina Rivera

Olga Pilkowska
M8V 0C4 ON Toronto 59
ANNIE CRAIG DRIVE 902


Oliver Arreola


Olivia Tanada
1004 W. West Covina Parkway Unit 444
West Covina, CA 91790


Omar Attaa


Orlando Santos
1984 Howell Mill Rd # 20102
Atlanta, GA 30325


Oscar Dominguez
1008 E Pecan Blvd Ste D OFC2
McAllen, TX 78501


Osman Dean; Jamshed Ahmad


Osman Sheiba


Pacifique "David Iremizi"


Pascal Kinduelo
4030 Wake Forest Suite 300
Raleigh, NC 27609


Patrice "Patty" Gray


Patrice Gray
c/o Rain Udall
Minns law Firm PC dba Rain Minns Law Fir
4412 Spicewood Springs Rd., Ste 500
Austin, TX 78759-8583

Patricio Giron (Southlife Partners)


Patrick Barbeau
169 Warm Wind Drive North
Clayton, NC 27527


Patrick Bursey (Universal Intentions)


Patrick Odia
5680 highway 6 suite 374
Missouri City, TX 77459


Paul Fife


Paul Griffiths
Westbourne Park Road
17B Westbourne Park Road
Dorset, England BH4 8HQ


Paul Igoh


Paul Kisucky


Paul Nelhart
5349 N Kenmore Ave., Unit 4N
Chicago, IL 60640


Paul Okimura
Altergear


Paul Santos
62 Orient St
Malden, MA


Paul Smit
1968 S. Coast Hwy #5151
Laguna Beach, CA 92651

Paul Snow
pds_consulting
pin consulting lic


Pawel Babiarz
2734 Shettler Rd
Muskegon, MI 49444


Pedro Santos
Ontario, Canada L4L0A4


People Center, Inc. dba Rippling
55 Second St, Ste 1500
San Francisco, CA 94105


Peter Erickson


Peter Noble


Peter Palms
1691 Tampa Dr
Honolulu, HI 96819-1154


Pieter de Villiers
KT3 4SF New Malden 15
The Chesters


Ping Tsui; Kevin Chen, Jinfu Chen
1267 Edgewood Way
South San Francisco, CA 94080


Pranavan Sinmayanandan
3225 McLeod Dr, Ste 100
Las Vegas, NV 89121


Punit Govind
AEON VEK Ltd


Punit Govind
DEEVION LTD

Punit Govind
LAKKH LTD


Purple Doonya
1303 Dunleigh Dr
Burlington, NC 27215-9548


Putera Camaro
7398 Yonge St, Unit 6D-688
Thornhill, Ontario
Canada L4J 8J2


Quazzi and Shanaz
Anne Trading LLC


Quinton Crabb
5681 Sweetwater Dr
Midlothian, TX 76065-6080


Rajesh Nakrani
6658B Mill Creek Dr
Kalamazoo, MI 49009-5308


Ramy & Amanda Masuod
81 Luzon Avenue
Markham ON L6B 1N7
Canada


Randal Carson and Christopher Miller
40087 Mission Blvd #351
Fremont, CA 94539


Randy Parcher


Randy Rantz
1620 Ambria Ln
Mundelein, IL 60060-4801


Rangarirai Nybemba
Gods of Essentials
31 Alfrin Ct
Hamilton, ON L9B2K2 Canada

Ray Lee
Boom B12 BC 11/E


Rene Liivak
Voisfluse 6/1-13
Harju Maakood
Tallinn Kesklinna 10132


Rhesa Nathanael
Celestial Bird LLC
1883 W Royal Hunte Dr, Ste 200A
Cedar City, UT 84720


Ricardo Berolo
Trovendi
22659 Clarksburg Rd
Clarksburg, MD 20871


Richard Aumaitre
2743 NW 42nd Ave
Pompano Beach, FL 33066-2107


Richard Dando
Odnado
La Ligne
LeClos Orange, La Routh Orange


Richard DiMartino
5134 S Sandstone St
Gilbert, AZ 85298


Richard Lee


Richard Mutendereki
539 W Commerce St, Ste 350


Richard Pringle
Coolnahinch, Moynalty
Kells, Co Meath
Ireland


Richard Silva
4941 Hose Creek Ln
El Paso, TX 79938

Ricky Martin / Luma Global
Planta 1 Puerta F
Calle Vinas da Babilonia
Porto de Santa Cruz, Spain 15179


Roajer Gilbert
Antos Kitchen


Rob Schmitt
90 E Halsey Rd, Ste 333 #1395
Parsippany, NJ 07054-3713


Rob Schwarz


Rob Snyder


Rob Strickland
RTS Commerce LLC
2806 N Columbia St Unit A #130
Milledgeville, GA 31061


Robert Abbey
PO Box 126
York, NY 14592


Robert Crouch
706 Joel Dr
Tyler, TX 75703


Robert Kim
19 Ramona Ave, Apt 6
San Francisco, CA 94103


Robert Nail
2515 Waukegan Rd 320
Deerfield, IL 60015


Robert Ortiz

Robert Paradis
102 Old Turnpike Rd
Southington, CT 06489


Robert Wright
539 W Commerce St #2888
Dallas, TX 75208-1953


Rocelyn Torres


Rodalys Rivera-Martinez


Rodrigo Rodrigues Gil
9704 Fox Trap Ave
Las Vegas, NV 89145-8863


Roland Fewell
20 Collins Lane
Sewell, NJ 08080


Ronald Evans
Evanfoster LLC
4471 W 64th St
Los Angeles, CA 90043


Rosemary Madagwa
Shelton Street 71-75
London WC2H SJQ GB


Ross Johnson
47 Park Road Milton, Ste 1100
Brisbane 4064 QLD
Australia


Ross Swearingen
14111 N 69th East Ave
Collinsville, OK 74021


Roun Roeun
444 Broadway Unit B #1013
Saugus, MA 01906

Roy & Ellen Vegter
7 Glen Eagles Crescent
Terrigal, NSW 2260


Roy Collins
TR 3040 6th Avenue LLC


Rubin Bruer
15 Triebie Ave, Ste 5
PMB 1033
Ballston Spa, NY 12020


Runo Onosode
Vinesquare Trades


Russel Curtis
11800 Bellinger St
Bakersfield, CA 93311


Ruth Johansson


Ryan Cummings
2235 Kingsbury Dr
Montgomery, AL 36106


Ryan Eula


Ryan Morse
5013 Parkside Ct
Warrenton, VA 20187


Saai Manooranjan
30 N Gould St, Ste R
Sheridan, WY 82801-6317


Sabrina Looper
2701 Heatherside Ave
Orlando, FL 32824

Sage Callon
Dragon's Treasures LLC
5403 NE 11th Ave
Portland, OR 97211


Sajid Palomares
Sapalomares LLC
404 E 1st St #332
Long Beach, CA 90802


Salman Baseer
2636 Courtland Park Circle
Marietta, GA 30068


Sam Ciancio


Sandilya Garimella
320 Gold Ave, Ste 620
Albuquerque, NM 87102


Sandra Lipe
Ausekla pr 8-48
Ogre LV-5001,Latvia


Sandra Miller
4351 15th Ave S Unit 203
Seattle, WA 98108-1474


Sarah Naughton
925a Block 8/9 Europort
Gibraltar, GX11 1AA


Sarvan Sumra / Cortona_group_pty
134 Judds Road
Glasshouse Mountains, Queensland 4518
Australia


Savneet Kaur
3400 Cottage Way Ste G2-7506
Sacramento, CA 95825-1474

Scott Buchanan
Senexe
1309 Clleen Ave., Ste 1200
Sheridan, WY 82801


Scott Stratton
10800 Lakeline Blvd Apt 11302
Austin, TX 78717


Sean Cook
4698 Hearthstone Dr
Frisco, TX 75034-2131


Seon and Fiona Winn


Serene Ang
No. 3 Jalan Tran Piring
Singapore 799157


Sergio and Cynthia Davis


Shahzad Ahmed
55 Village Centre PL, Suite 100
L4Z 1V9 On Mississauga


Shamica Lamar
9856 Woolworth Ct
Wellington, FL 33414-6463


Shane Stanfill
Dakota Creek Digital


Shari and Joe Criso
Light of Sol


Sharon Hutchins


Sharon Ma
450 Lexington Ave #1190
New York, NY 10163

Shawn Petras


Sherard & Andrea Lier
6088 West 8400 S Payson
Payson, UT 84651


Shereen Razick
10200 Mulberry Ln
Bridgeview, IL 60455


Sherri Hill


Sherry Carey and Kylie Grant


Shmoon Asghar
Zona Malik


Silvia Siordia
2008 Anacapa
Irvine, CA 92602


Simon Au-Yeung
13822 Ward St
Garden Grove, CA 92843


Sina Arhamsadr


Sinenhlanhia Mbhele


Sion Hughes and Dan Madigan


Smita Malekoo
5804 El Dorado Ave
El Cerrito, CA 94530


Sofia Passariello

Sonny Yuen
8701 Delgany Ave, Unit 209
Playa Del Rey, CA 90293


Sonya Fukeda
4133 12th Ave S
Seattle, WA 98108


Spencer Ladin; Jay Beatty
JABSBL, LLC
9998 Jamestown St
Ventura, CA 93004-3746


Sreenivasan Jayapal
5705 Red Anchor CV
Sanford, FL 32771


Stanley Musilia
5356 Persimmon Trail
Kansas City, MO 64129


Stephanie Dollmann


Stephen Van
SV Items
19700 Vallco Pkwy, Ste 130
Cupertino, CA 95014-7132


Steve and Lisa Richards
Tilston House Broad Street
Hatfield Broad Oak
CM22 7JE Hertfordshire


Steve and Stefani Arnold
YGW Associates
3350 Grant Cove Circle Apt 101
Cape Coral, FL 33991


Steve Fielding
Old Post Office
Hampton
Malpas

Steve Huszar


Steve McNair
DREAM VESTORS LLC,
3902 LEANETT WAY CT
Pearland, TX 77584


Steve Miller


Steven "Kale" Deonarain
304 E 5TH ST
Brooklyn, NY 11218


Steven Anderson


Steven Iverson
TRUTH MOUNTAIN INVESTMENTS LLC
898 W INDEPENDENCE WAY
Saratoga Springs, UT 84045


Steven Kenyon


Steven Martinez


Steven Pirovolikos John Fuller
2492 MERRICK RD
Bellmore, NY 11710


Stuart Trem
2300 New South Wales The Hill 12/116
Tyrrell Street // 12/108 -118 Tyrrell St
The Hill NSW Australia 2300


Subodh Khatiwada & Manish & Ichhuk Karki


Sumana Sanjeeva
HBHS LLC, United States, 6012 Bayfield
Parkway, Ste 190, NC, Concord, 28027

Susan Armenta
SLAMD eCom Enterprises LLC
6148 GARRISON DR
Los Angeles, CA 90042


Susan Campbell


Susan Strassman (Jovode)


Susanna Alves
ER 222 N 391 9360 - 535 Ponta Do Sol
Madeira Portugal


Suzy Tung
GARDEN STATE COTTAGE USA LLC
24 BLOSSOM DR,
Basking Ridge, NJ 07920


Svetlana "Lana" Morosyuk
535 Rt 73N STE 104
Marlton, NJ 08053


Tania and Clement "JD" Dickson (JTD4 Inv


Tanya "Tee" Quincy


Tanya Kitamura
304 S Jones Blvd #6562
Las Vegas, NV 89107


Tasha Wallage
Natasha Nicole Wallage
1602 151st Pl SW
Lynnwood, WA 98087


Tashdayne Knight
939 Sidney Ter NW
Port Charlotte, FL 33948

Taylor Tassone
3449 S Nucla Way
Aurora, CO 80013


Ted Lick
TWL Brands LLC, 1718 Capitol Ave
Cheyenne, WY 82001


Teny Simonians


Teresa Mccumber


Terry Ringering
2355 State St Ste101
Salem, OR 97301


Thamar & Benoit (Thamar Kabayiza)


The Baker Organization LLC
c/o Gregory F. Harmon
Weursch & Gerring LLP
100 Wall St, 10th FL
New York, NY 10005


Thomas (Georgina Sanni)
1124 LAKE CYPRESS LN.
Little Elm, TX 75068


Thomas Gerard
112 Perry St
Billericay CM12 0NH, UK


Thomas Leong
539 W. Commerce, Ste# 523
Dallas, TX 75208


Thomas Nguyen (Hegemone Company)

Thomas Sarro
1727 ROARING FRK
San Antonio, TX 78260


Tiffany Knudsen
TK CAPITALCO LLC 21186 E 45TH AVE
Denver, CO 80249-7030


Tim Burnette
2718 Magnolia Ct NW Cleveland
Cleveland, TN 37312-2095


Tim Springer


Timothy Edwards
8 The Green STE B
JOD4ME LLC
Dover, DE 19901


Tina Ford
4580 Shannon Creek Rd
Goodspring, TN 38460


Tina Schumaker


Tina Xu


Todd Moeller


Tom Griffiths
34 Kenwyn Road, Ground Floor Flat,
 London, Uk, United Kingdom, SW4 7LH


Tom Huizar
6012 Graywood Ave
Lakewood, CA 90712


Tom Loi
84 New Forest Square
Scarborough, ON M1V 2Z8, Canada

Tom Yoo and Joseph
Suite 350-1231 Pacific Blvd,
Vancouver, BC


Tommy and Ken Muller
100 Orange Blossom Cir
Altamonte Springs, FL 32714


Tong Jiang
7116 Shannon Dr.
Minneapolis, MN 55439


Tony Araque
1213 14Th Street lot 8 F
Key West, FL 33040-4640


Tony Chen (Gementi)
614 E HWY 50 #239,
Clermont, FL 34711


Tony Sacoto


Tracy Lane; Michael Bernert
3225 MCLEOD DR STE 100
Las Vegas, NV 89121


Tracy Oullaya
3 Corey Lane
Mendham, NJ 07945


Tracy Yamamoto
4960 S GILBERT RD STE 1-316
Chandler, AZ 85249


Travis Hoopes
2282 South 1570 East Circle
Saint George, UT 84790


Travis Krichman
990 cedarbridge ave
Brick, NJ 08723

Travis Krichman, et al.
c/o Rain Udal
Minns Law Firm PC dba Rain Minns Law Fir
4412 Spicewood Springs Rd, Ste 500
Austin, TX 78759-8583


Travis Seth Kniep
13492 Research Blvd
Ste 120 #779
Austin, TX 78750


Troy Trinh (Trinh Design)
2836 Regina Ave.
Thousand Oaks, CA 91360


Turgut Kapisiz


Ty Stewart
3330 Dumas Street
San Diego, CA 92106


Tyler Hightree
800 County Road 468
Elgin, TX 78621


Tyson Feller
208 W 3930 S
Washington, UT 84780


Tyson Gallant (Typro Innovations)
64 Deermont rd Se Calgary
Alberta, Canada T2j-5t5


Umer Razi


Umesh Desai
ph mont royale, panama city, panama


Usman Mian

Val Fiott
1032 wheatfield dr
Lake Orion, MI 48362


Valeria Lifanova
JODDFYSTORE INC, Canada, V6G 1C9,
British Columbia, VANCOUVER, 1339-1771
ROBSON ST,


Veena Krishna Kumar
560042 Karnataka Bengaluru WARD NO 85,
SARVAGNA NAGAR, KALLAHALLI BDA QUARTERS
B6-167


Veneta Glavcheva
30 N Gould ST Ste R.
Sheridan, WY 82801


Venkat Jayanti (Maven Ventures)


Vesa (Vestamor Consulting)


Victor Garcia


Victor Gonzalez Lugo (vggl_holdings)


Victor Yuen


Viktor Marinov
585 Wetumka Ct
Wheeling, IL 60090-5153


Vince Grieco
1403a/275 Alfred St N
Bayer Building, North Sydney NSW 2060, A


Vincent Nieuwenhoven
30 North Gould Street
Sheridan, WY 82801

Vinh Trinh
1463 Hawkcrest Dr
Corona, CA 92879


Vitaly Pikarevich
440 Davis Ct. Apt.511
San Francisco, CA 94111


Volkan Samur (buzzdoora)
Buzzdoora Pte. Ltd., Singapore, 049422,
Singapore, 68 Circular Road, #02-01,


Wahidullah Azimi


Wale Ajiboye


Walt Foskey
947 Hitching Post Ln
Birmingham, AL 35210


Walter "Everett" Silviera
7804 Fairview Rd Ste 287
Charlotte, NC 28226


Walter Franco
722 S BIXEL ST APT 704
Los Angeles, CA 90017-2401


Walter Keirse
1 Les Chaumes 23270 St Dizier
les Domaines France


Wassim Shoucair (Sparkpod)
30 N GOULD ST STE 5844
Sheridan, WY 82801


Wayne Wofford (Lens Swap)


Werner Umali
Canada V2Y 0R9 BC langley 20671 85 ave

Wes Hedden
100 KINCADE DR
Simpsonville, SC 29681


Wesley Batista De Oliveira


Wiht Riollano
1317 Edgewater Dr. #3045
Orlando, FL 32804


Will Lockwood
2501 CHATHAM RD, SUITE N,
Springfield, IL 62704


William Angel
5555 Agoura glen dr
Agoura Hills, CA 91301


William Elias


William Stoll
1968 S. COAST HWY
Laguna Beach, CA 92651


WorkRamp, Inc. dba Work Ramp
340 S Lemon Ave #3840
Walnut, CA 91789


WorkRamp, Inc. dba WorkRamp
340 S Lemon Ave #3840
Walnut, CA 91789


Xavier Edokpa
1931 Market Center Blvd, apt 5117
Dallas, TX 75207


Yann Fonseca Picquet
312 WEST 2ND STREET UNIT #A282
Casper, WY 82601

Yann Huet
803/105 Stirling Street, Perth WA 6000,
Australia


Yao Swee
10602 TUPPENCE CT ROCKVILLE
Rockville, MD 20850


Yasir Alani


Yassir Alani, et al.
c/o Bryan T. Forman
Forman law Firm PC
248 Addie Ray Road, Bldg B, Ste 302
Austin, TX 78746


Yehia Aref
1309 Coffeen Avenue Suite 2262
Sheridan, WY 82801


Yoav Press (BYR Investments)
202 WILDACRE AVENUE
Lawrence, NY 11559


Yohan Zimmermann
25010 NORTHERN BLVD # 292
Little Neck, NY 11363


Yoki and Dan (Sun Pen Ltd)


Yolanda Padron


Yue Shen
N99 W14110 SEVEN PINES WAY, #C
Germantown, WI 53022


Yvonne and Shannon Wright-Burnett
76 Tansley Cresent Ajax, Ontario
Canada L1Z 1Y6

Yvonne Appea


Yvonne Makrucki
1817 TILTON DR
Pittsburgh, PA 15241


Zach Saleh
107 E 80th St
Kansas City, MO 64114


Zachary Herrera
22 Middlebury st
Lawrence, MA 01841


Zaeem Rehman
43473 foxgrove ct
Ashburn, VA 20147


Zahra and Hossein Arastoo


Zainb Al-Shatib
34 FRANKLIN AVE STE 687
Pinedale, WY 82941


Zena Kandah
3220 Grand Park
Rochester, MI 48307


Zhipeng Qu; Karen Qu
39116 FREMONT HUB # 1013
Fremont, CA 94538


Zia Popal
14 Slaidburn Street
London SW10 0JP


Zoi Zeo
290 Pamela Cir
Harleysville, PA 19438


Zondee Pagulayan and Ricardo Garcia

# United States Bankruptcy Court
## Western District of Texas

In re   **Just One Dime Coaching, LLC** _____   Case No. _____

Debtor(s)                      Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **11/23/22** _____   _____

**Travis Seth Kniep/Manager and CEO**
Signer/Title