# SCHEDULE A/B
# EXHIBIT #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Igor Yankin | $4,000.00 | $90 | $3,910.01 |
| Abuzar Bhatti | $4,000.00 | $0 | $4,000.00 |
| Adam Hertling | $4,000.00 | $0 | $4,000.00 |
| Adam Krusz | $4,000.00 | $80 | $3,920.01 |
| Ahmed Alibrahim | $4,040.70 | $2,187 | $1,853.66 |
| Ahmed Omar | $9,040.70 | $4,484 | $4,556.39 |
| Alan Smith | $4,000.00 | $0 | $4,000.00 |
| Alex Richardson | $4,000.00 | $0 | $4,000.00 |
| Alexander Martin | $4,000.00 | $0 | $4,000.00 |
| Alexei Gratchev | $4,000.00 | $0 | $4,000.00 |
| Alfred Mahoney | $4,000.00 | $0 | $4,000.00 |
| Alvaro Ruiz | $4,000.00 | $0 | $4,000.00 |
| Amber Israelsen | $4,040.70 | $186 | $3,854.70 |
| Ammar Albaqali and Seyedeh Elnaz Kazemzadehvatani ("Elina") (Dilmun International) | $4,000.00 | $96 | $3,903.71 |
| Amod Karve | $4,000.00 | $0 | $4,000.00 |
| Andre Carajeleascov | $4,000.00 | $0 | $4,000.00 |
| Andrea Chavero | $9,040.70 | $6,848 | $2,192.36 |
| Andrew Musto | $9,040.70 | $4,045 | $4,995.89 |
| Andrew Patten | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Andy Fee | $14,040.70 | $9,089 | $4,951.91 |
| Andy Rendon | $4,000.00 | $0 | $4,000.00 |
| Angela Childress | $4,000.00 | $0 | $4,000.00 |
| Angela Hill | $9,040.70 | $4,200 | $4,840.62 |
| Angela Yanes Diez & Jonathan Sharpe | $6,000.00 | $0 | $6,000.00 |
| Anny Tay | $4,000.00 | $0 | $4,000.00 |
| Anthony Brown | $6,000.00 | $0 | $6,000.00 |
| Anthony Cerasuolo | $9,040.70 | $5,553 | $3,487.39 |
| Anthony Li | $4,000.00 | $0 | $4,000.00 |
| Anthony Rivano ; Dr. Anthony Rivano, D.C., CCSP | $4,000.00 | $0 | $4,000.00 |
| Anwar Chalabee | $4,000.00 | $553 | $3,446.76 |
| Arian Hoxhaj | $4,040.70 | $3,028 | $1,012.68 |
| Art Aguirre | $4,000.00 | $0 | $4,000.00 |
| Asli Calma | $4,000.00 | $385 | $3,614.86 |
| Audrey Centeno | $4,000.00 | $0 | $4,000.00 |
| Aven Tsai | $4,000.00 | $0 | $4,000.00 |
| Axel Colon | $4,040.70 | $0 | $4,040.70 |
| Ayo Akande | $4,000.00 | $0 | $4,000.00 |
| Baris Ergin (Susa) | $4,000.00 | $687 | $3,313.31 |

# EXHIBIT A/B #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Barron Panson | $4,000.00 | $236 | $3,763.56 |
| Bart Evans | $4,000.00 | $0 | $4,000.00 |
| Beau Wangler | $4,000.00 | $0 | $4,000.00 |
| Ben Cummings | $9,040.70 | $6,303 | $2,737.96 |
| Ben Galan | $4,000.00 | $899 | $3,100.70 |
| Ben Greve (It Counts) | $4,000.00 | $1,172 | $2,827.54 |
| Benjamin Dodson | $4,000.00 | $0 | $4,000.00 |
| Bertrand Kum | $4,040.70 | $862 | $3,179.14 |
| Boris Suban | $9,040.70 | $5,126 | $3,914.36 |
| Brad Jenkel | $4,000.00 | $0 | $4,000.00 |
| Brent Diamond | $4,040.70 | $2,283 | $1,757.46 |
| Brenton Almeida | $4,040.70 | $1,281 | $2,759.61 |
| Brian Morgan | $9,040.70 | $3,945 | $5,095.62 |
| Brock and Kristi Brockway | $4,000.00 | $2,025 | $1,974.73 |
| Bryan Cook | $4,000.00 | $0 | $4,000.00 |
| Carlos Diaz | $4,000.00 | $0 | $4,000.00 |
| Carlos Hernandez Clavijo | $4,000.00 | $0 | $4,000.00 |
| Carmen Gonzalez | $4,000.00 | $0 | $4,000.00 |
| Carson Butcher | $4,000.00 | $0 | $4,000.00 |

# EXHIBIT A/B #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|------|------|------|------|
| Casey Ross | $4,000.00 | $0 | $4,000.00 |
| Catherine Yang | $4,000.00 | $0 | $4,000.00 |
| Cathy Mai | $4,000.00 | $0 | $4,000.00 |
| Chad Clark | $4,000.00 | $0 | $4,000.00 |
| Chad Provost | $4,040.70 | $1,142 | $2,898.93 |
| Chad Vlaeminck | $4,000.00 | $0 | $4,000.00 |
| Chaim Korman | $4,000.00 | $0 | $4,000.00 |
| Chirag Shah | $4,000.00 | $0 | $4,000.00 |
| Chris Gimenez | $4,040.70 | $2,895 | $1,145.61 |
| Christian Achilli | $4,000.00 | $0 | $4,000.00 |
| Christian Sanabria | $4,000.00 | $0 | $4,000.00 |
| Christine Besa | $9,040.70 | $4,658 | $4,382.97 |
| Christine Reed | $9,040.70 | $5,228 | $3,812.31 |
| Cindy Benavides | $3,999.30 | $0 | $3,999.30 |
| Cindy Hotel | $4,000.00 | $110 | $3,889.80 |
| Clint Hoopes | $4,040.70 | $544 | $3,496.98 |
| Colin Henderson | $4,020.00 | $427 | $3,593.34 |
| Conner Antley | $4,040.70 | $2,069 | $1,971.58 |
| Cris Cuevas | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Cynthia Walker | $9,038.40 | $5,149 | $3,889.90 |
| Dameron Batson | $4,000.00 | $0 | $4,000.00 |
| Daniel Godsey | $4,000.00 | $0 | $4,000.00 |
| Daniel Jung (PLP) | $500.00 | $434 | $66.46 |
| Daniel Partsch | $4,000.00 | $0 | $4,000.00 |
| Daniel Sawyer | $9,040.70 | $5,788 | $3,252.87 |
| Daryl Bonnell | $14,040.70 | $7,889 | $6,151.93 |
| David Chin-Jew | $4,000.00 | $1,439 | $2,560.52 |
| David Cox and Divinity Cox | $4,000.00 | $0 | $4,000.00 |
| David Kim | $9,040.70 | $6,521 | $2,520.14 |
| David Rios Jr | $4,000.00 | $0 | $4,000.00 |
| David Torres | $4,040.70 | $503 | $3,537.89 |
| Dawn Larrabee (DAWNLARRA) | $9,040.70 | $4,112 | $4,928.68 |
| Dawn Young | $4,040.70 | $357 | $3,683.37 |
| Dean Diallo | $9,040.70 | $5,822 | $3,218.90 |
| Dmitry Chorine | $4,000.00 | $343 | $3,656.85 |
| Dmitry Kitaychik | $4,000.00 | $90 | $3,910.02 |
| Dominic Cortinas | $4,000.00 | $0 | $4,000.00 |
| Donna Gilberto; Kevin Smith | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Douglas Tanner | $9,040.70 | $4,828 | $4,212.60 |
| Douglas Williams | $9,040.70 | $3,784 | $5,256.83 |
| Drissa Dao | $4,000.00 | $0 | $4,000.00 |
| Dwayne and Michelle Somerszaule (Dwelle Solutions) | $4,040.70 | $1,696 | $2,345.15 |
| Edward Kolankiewicz | $4,000.00 | $318 | $3,682.03 |
| Emily Iwata | $4,000.00 | $0 | $4,000.00 |
| Enrico "Rico" Bersamin | $3,980.00 | $0 | $3,980.00 |
| Eran Sivan | $4,000.00 | $0 | $4,000.00 |
| Eric Garcia | $4,000.00 | $0 | $4,000.00 |
| Eric Poon (Kaneston Group) | $4,000.00 | $0 | $4,000.00 |
| Eric Seidelman | $4,040.70 | $4,015 | $25.48 |
| Erik Hagman | $4,000.00 | $0 | $4,000.00 |
| Evan Herbsman | $4,040.70 | $2,130 | $1,911.17 |
| Federica Caltagirone | $4,040.70 | $2,833 | $1,207.34 |
| Fernando Martinez (FM North Store Inc) | $4,000.00 | $62 | $3,937.58 |
| Firas Hammami | $4,000.00 | $0 | $4,000.00 |
| Flavio Espinal (Bubu Group) | $9,040.70 | $4,523 | $4,517.26 |
| Florentina Strainu | $4,040.70 | $0 | $4,040.70 |
| Fraidy Braun | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Franck Gavi (Franab Enterprise) | $6,000.00 | $0 | $6,000.00 |
| Frankie Mendoza | $4,000.00 | $273 | $3,726.67 |
| Fred Brisker | $9,040.70 | $3,870 | $5,170.70 |
| Gabriella Garabo | $4,000.00 | $27 | $3,972.80 |
| Garrett Edge | $4,000.00 | $0 | $4,000.00 |
| Gene Haney | $4,000.00 | $558 | $3,442.14 |
| George Nevrodis and Sunilda Vasquez (Source Vortex) | $9,040.70 | $5,775 | $3,266.09 |
| Ghazala Kauser | $4,000.00 | $206 | $3,793.92 |
| Gina Rosensweig | $4,000.00 | $0 | $4,000.00 |
| Gloria Lam and Geoff Wong | $4,040.70 | $1,290 | $2,750.22 |
| Gracie Gonzalez | $4,040.70 | $870 | $3,170.40 |
| Graeme McCormick | $4,000.00 | $239 | $3,760.82 |
| Gregory Armstrong | $4,000.00 | $229 | $3,770.84 |
| Hairo Sime | $4,000.00 | $0 | $4,000.00 |
| Hannah Denton | $4,000.00 | $1,039 | $2,960.91 |
| Hannah Rivard | $4,000.00 | $0 | $4,000.00 |
| Harold Caicedo | $4,000.00 | $0 | $4,000.00 |
| Hector Leon | $4,000.00 | $0 | $4,000.00 |
| Heidy Galvan | $4,000.00 | $0 | $4,000.00 |

# EXHIBIT A/B #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Helenor Luna | $4,000.00 | $1,795 | $2,204.63 |
| Henry Seet | $4,000.00 | $0 | $4,000.00 |
| Hermela Teshome | $4,000.00 | $852 | $3,148.40 |
| Ike Emeji | $6,000.00 | $0 | $6,000.00 |
| Inna Pelzman | $9,040.70 | $3,495 | $5,545.58 |
| Isaac Novoa | $4,000.00 | $0 | $4,000.00 |
| Jaba Kerdzaia | $4,000.00 | $0 | $4,000.00 |
| Jackson Huggett | $4,000.00 | $0 | $4,000.00 |
| Jacob Bopst | $4,040.70 | $1,192 | $2,848.38 |
| Jan Achermann | $9,040.70 | $5,932 | $3,108.83 |
| Jansen Ling | $9,040.70 | $4,756 | $4,285.05 |
| Jared Black | $4,040.70 | $4,044 | -$3.00 |
| Jaren Cooper | $9,040.70 | $4,787 | $4,253.68 |
| Jaret Mead | $4,040.70 | $1,866 | $2,174.99 |
| Jason and Cathleen (The Sosebee Group) | $4,000.00 | $0 | $4,000.00 |
| Jason Baker | $4,000.00 | $0 | $4,000.00 |
| Jason Csiszar | $4,040.70 | $592 | $3,449.03 |
| Jason Meador | $4,000.00 | $79 | $3,920.90 |
| Jason Tempio | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Jeff Aimee Wilson ; Aimee Wilson | $9,040.70 | $7,222 | $1,818.32 |
| Jeff Mease | $4,040.70 | $1,651 | $2,389.89 |
| Jennifer Braxton | $4,000.00 | $0 | $4,000.00 |
| Jennifer Cook | $4,000.00 | $0 | $4,000.00 |
| Jennifer Rodgers | $4,040.70 | $537 | $3,504.12 |
| Jennifer Wilson | $4,000.00 | $0 | $4,000.00 |
| Jeremy Byrne | $4,000.00 | $0 | $4,000.00 |
| Jeremy Pittman | $4,000.00 | $0 | $4,000.00 |
| Jerry Howard | $4,000.00 | $0 | $4,000.00 |
| Jerry Iavarone (anjomi) | $4,000.00 | $0 | $4,000.00 |
| Jesse McLaughlin (five_lives) | $9,040.70 | $6,555 | $2,485.50 |
| Jessica Bui | $4,000.00 | $0 | $4,000.00 |
| Jessica Cronan | $9,040.70 | $4,239 | $4,801.45 |
| Jill Parrish | $4,000.00 | $0 | $4,000.00 |
| Jillian Dillon | $4,000.00 | $0 | $4,000.00 |
| JJ De Leon | $4,040.70 | $1,409 | $2,631.73 |
| Joanie Grife | $4,000.00 | $190 | $3,810.50 |
| Joelito Alimurung | $4,000.00 | $0 | $4,000.00 |
| Joey Fontanilla | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| John Chi | $4,040.70 | $1,230 | $2,810.87 |
| John Gentile | $4,000.00 | $0 | $4,000.00 |
| John Huang | $4,000.00 | $0 | $4,000.00 |
| John Molhoek | $4,000.00 | $0 | $4,000.00 |
| John Pulis; Nancy Rote | $4,000.00 | $0 | $4,000.00 |
| Johnny Chang | $4,000.00 | $0 | $4,000.00 |
| Jon De Los Reyes; Jon and Michelle De Los Reyes | $4,040.70 | $86 | $3,955.11 |
| Jon Payumo | $9,000.00 | $0 | $9,000.00 |
| Jonathan Lee ; Lawrence | $4,000.00 | $0 | $4,000.00 |
| Jorie Steed | $4,000.00 | $0 | $4,000.00 |
| Jose Nunez | $4,000.00 | $0 | $4,000.00 |
| Jose Ponce-Lopez | $6,000.00 | $0 | $6,000.00 |
| Jose Roberto Castillo | $3,000.00 | $0 | $3,000.00 |
| Joseph Fradelakis "Joey" | $9,040.70 | $6,968 | $2,072.52 |
| Josh Anderson | $4,040.70 | $2,877 | $1,163.91 |
| Josh Brantley | $4,000.00 | $0 | $4,000.00 |
| Josh Gessele ; Jen Gessele | $9,040.70 | $6,014 | $3,026.55 |
| Joshua King | $4,000.00 | $460 | $3,540.05 |
| Josue Vazquez | $6,000.00 | $0 | $6,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Juan Pablo Gonzalez | $4,040.70 | $2,327 | $1,713.57 |
| Julius Wu and Diane Wu (Stockholm Innovations) | $4,000.00 | $0 | $4,000.00 |
| Justin Pilakka | $9,040.70 | $3,212 | $5,828.31 |
| Justin Rogers | $4,000.00 | $0 | $4,000.00 |
| Justine Wong | $4,000.00 | $0 | $4,000.00 |
| Karekin Kazanjian; Karekin ( Karl ) Kazanjian | $4,000.00 | $0 | $4,000.00 |
| Karem Hadad | $4,000.00 | $0 | $4,000.00 |
| Karina Toro | $4,000.00 | $0 | $4,000.00 |
| Kate and Blazej (Bkd Improvements) | $4,000.00 | $0 | $4,000.00 |
| Keith McGuinness | $4,000.00 | $0 | $4,000.00 |
| Kelley Pacifico | $4,000.00 | $0 | $4,000.00 |
| Kelly Foydl (LucyLuu) | $4,000.00 | $0 | $4,000.00 |
| Kenneth Brown (Bestprodx) | $4,000.00 | $0 | $4,000.00 |
| Kenneth Hogg | $4,000.00 | $0 | $4,000.00 |
| Kevin and Genelle Trombley | $4,000.00 | $0 | $4,000.00 |
| Kevin Coleman | $4,000.00 | $0 | $4,000.00 |
| Kevin Lin | $4,000.00 | $0 | $4,000.00 |
| Kevin Owens | $4,000.00 | $0 | $4,000.00 |
| Khurram Khalid | $4,040.70 | $3,652 | $388.82 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Kidist Atnafu | $4,000.00 | $0 | $4,000.00 |
| Kim Anaya | $4,040.70 | $825 | $3,215.23 |
| Kim Cook | $4,000.00 | $0 | $4,000.00 |
| Kirsten Giacci | $4,000.00 | $579 | $3,421.20 |
| Kyle and Kate McBride (Shade Tree Consulting) | $4,040.70 | $810 | $3,230.80 |
| Lan Tran | $4,000.00 | $0 | $4,000.00 |
| Lanette Glass | $6,000.00 | $0 | $6,000.00 |
| Larry Steiner | $4,040.70 | $3,210 | $830.87 |
| Latha Nayak | $4,040.70 | $1,494 | $2,546.36 |
| Laurie Ker; Emily Ker | $4,000.00 | $0 | $4,000.00 |
| Laurie Nervig | $4,000.00 | $0 | $4,000.00 |
| Leann Truong (Jolcma) | $9,040.70 | $6,665 | $2,375.74 |
| Lee Griffith and Tonia Griffith | $4,000.00 | $90 | $3,910.01 |
| Leonardo Scamparini | $4,000.00 | $0 | $4,000.00 |
| Les Simon | $6,000.00 | $0 | $6,000.00 |
| Linda Ferrell | $4,000.00 | $0 | $4,000.00 |
| Lokinder and Kartik (Lokart) | $4,040.70 | $280 | $3,760.83 |
| Loren Tarquinio; Anna Vocino | $4,040.70 | $273 | $3,767.83 |
| Lucas Sankey; Levi Sankey | $4,040.70 | $326 | $3,714.41 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|------|------|------|------|
| Lucia Muhia (LGM Imports and Exports) | $9,040.00 | $4,104 | $4,935.89 |
| Lukas Szewczyk | $4,000.00 | $0 | $4,000.00 |
| Malathy Sundaram | $4,000.00 | $0 | $4,000.00 |
| Malisa Leung | $4,000.00 | $0 | $4,000.00 |
| Manfred Zepeda | $9,040.70 | $4,891 | $4,149.73 |
| Marcelle "Mouse" Robidoux (Home Says) | $4,000.00 | $1,732 | $2,267.53 |
| Marcello Schmidt | $9,040.70 | $5,457 | $3,583.83 |
| Marco Lizardo | $9,040.70 | $5,838 | $3,202.60 |
| Marie Docteur | $4,000.00 | $0 | $4,000.00 |
| Mark Bronner | $4,000.00 | $0 | $4,000.00 |
| Mark Davison | $4,000.00 | $0 | $4,000.00 |
| Mark Desanctis | $4,000.00 | $0 | $4,000.00 |
| Marko Sarc | $4,000.00 | $0 | $4,000.00 |
| Marla Fields | $20,040.70 | $14,239 | $5,801.75 |
| Martin Villanueva and Facundo Maña (The Fama Company) | $4,000.00 | $295 | $3,704.87 |
| Mattis Kovalenko (9422-7733 Quebec) | $4,040.70 | $1,834 | $2,207.08 |
| Maurice Young | $4,000.00 | $0 | $4,000.00 |
| Mayank Solanki | $4,040.70 | $1,306 | $2,735.11 |
| Megan Taft | $9,040.70 | $3,813 | $5,227.73 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Melinda Molnar (Relax 'n Glow) | $9,040.70 | $4,980 | $4,061.08 |
| Meredith Schumacher | $4,000.00 | $0 | $4,000.00 |
| Michael Battung | $4,000.00 | $0 | $4,000.00 |
| Michael Heimbeck (Heimbeck Gmbh lg) | $4,000.00 | $0 | $4,000.00 |
| Michael Herrigel (H3 Legacy Partners) | $9,040.70 | $3,826 | $5,214.22 |
| Michael Logan | $4,000.00 | $0 | $4,000.00 |
| Michael Ruetten | $4,040.70 | $327 | $3,714.18 |
| Michael Saleh Azab | $4,000.00 | $0 | $4,000.00 |
| Michael Stone (Bellemart a florida) | $4,000.00 | $0 | $4,000.00 |
| Michael Vahdat | $4,040.70 | $1,328 | $2,713.01 |
| Michael Victor Durante | $4,040.70 | $1,931 | $2,109.49 |
| Michael Werner (Lit Loot) | $4,000.00 | $0 | $4,000.00 |
| Mike Campise | $4,000.00 | $0 | $4,000.00 |
| Mike Huyers | $4,000.00 | $181 | $3,819.02 |
| Mike White | $4,000.00 | $0 | $4,000.00 |
| Mikhail Sinenko | $9,040.70 | $5,186 | $3,854.56 |
| MLM_Holdings, Mohamad Aoun, Ali Aoude | $4,040.70 | $1,247 | $2,793.90 |
| Mohsen Baghazal | $4,000.00 | $0 | $4,000.00 |
| Muneer Safi | $6,000.00 | $0 | $6,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Mustafa Seker | $4,040.70 | $2,590 | $1,450.29 |
| Nancy Cabrera | $6,000.00 | $0 | $6,000.00 |
| Nancy Smith | $4,000.00 | $0 | $4,000.00 |
| Natsuko Oshiro | $9,040.70 | $3,982 | $5,058.99 |
| Neil Jorgenson | $4,000.00 | $0 | $4,000.00 |
| Nelly Gopal | $9,040.70 | $4,108 | $4,933.19 |
| Nhu Hoang | $4,000.00 | $0 | $4,000.00 |
| Nichole Moller and Peter Moller | $4,040.70 | $555 | $3,485.32 |
| Nicole Carrier (7DAYWEEKEND) | $9,040.70 | $7,346 | $1,695.16 |
| Nik Lysiuk | $9,040.07 | $3,754 | $5,286.29 |
| Nikki Stinson | $9,040.70 | $4,026 | $5,014.77 |
| Nilesh Patel | $4,040.70 | $2,118 | $1,922.73 |
| Nina Pozegija | $4,000.00 | $0 | $4,000.00 |
| Nisar Bhatti | $4,000.00 | $0 | $4,000.00 |
| Noah Cavitt | $4,000.00 | $0 | $4,000.00 |
| Noe Portilla | $4,000.00 | $0 | $4,000.00 |
| Olga Pilkowska | $4,000.00 | $0 | $4,000.00 |
| Omar Alhariri | $4,000.00 | $0 | $4,000.00 |
| Oscar Dominguez | $4,000.00 | $141 | $3,858.87 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Pascal Kinduelo | $4,000.00 | $90 | $3,910.01 |
| Patrick Barbeau | $4,000.00 | $0 | $4,000.00 |
| Patrick Odia | $4,000.00 | $0 | $4,000.00 |
| Paul Griffiths | $4,000.00 | $0 | $4,000.00 |
| Paul Nelhart | $6,000.00 | $0 | $6,000.00 |
| Paul Smit | $4,000.00 | $0 | $4,000.00 |
| Pawel Babiarz | $4,040.70 | $2,596 | $1,445.13 |
| Pedro Santos | $4,040.70 | $3,393 | $647.93 |
| Peter Palms | $4,040.70 | $877 | $3,163.28 |
| Pieter De Villiers | $4,000.00 | $0 | $4,000.00 |
| Ping Tsui;  Kevin Chen | $4,000.00 | $385 | $3,614.84 |
| Pranavan Sinmayanandan | $4,000.00 | $0 | $4,000.00 |
| Punit Patel (Ozvek LTD) | $4,000.00 | $372 | $3,628.09 |
| Purple Doonya | $9,040.70 | $4,252 | $4,789.19 |
| Putera Camaro | $4,040.70 | $391 | $3,649.36 |
| Quinton Crabb | $4,000.00 | $0 | $4,000.00 |
| Rajesh Nakrani | $4,040.70 | $3,104 | $936.47 |
| Ramy Masuod; Amanda Masoud | $9,040.70 | $3,869 | $5,171.69 |
| Randy Rantz | $9,040.70 | $3,728 | $5,312.60 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Rangarirai "Ranga" Nyemba (Gods of Essentials) | $9,040.70 | $3,441 | $5,600.12 |
| Ray Lee | $4,040.70 | $3,996 | $44.66 |
| Rene Liivak | $3,975.00 | $0 | $3,975.00 |
| Rhesa Nathanael | $4,040.70 | $624 | $3,417.16 |
| Richard Aumaitre | $9,040.70 | $5,587 | $3,453.78 |
| Richard Pringle | $4,040.70 | $736 | $3,304.89 |
| Richard Silva | $4,000.00 | $0 | $4,000.00 |
| Ricky Martin (Luma Global) | $9,040.70 | $4,179 | $4,861.91 |
| Rob Schmitt | $4,040.70 | $1,362 | $2,679.16 |
| Rob Strickland | $4,000.00 | $0 | $4,000.00 |
| Robert Crouch | $4,000.00 | $80 | $3,920.01 |
| Robert Kim | $4,040.70 | $2,285 | $1,755.75 |
| Robert Nail | $4,000.00 | $0 | $4,000.00 |
| Robert Ortiz | $4,000.00 | $0 | $4,000.00 |
| Robert Wright | $4,000.00 | $0 | $4,000.00 |
| Rodrigo Rodrigues Gil | $4,000.00 | $185 | $3,814.62 |
| Roland Fewell | $4,000.00 | $1,374 | $2,625.67 |
| Ronald Evans | $4,000.00 | $0 | $4,000.00 |
| Rosemary Madagwa | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Ross Johnson | $6,000.00 | $0 | $6,000.00 |
| Roun Roeun | $4,040.70 | $1,078 | $2,962.90 |
| Russel Curtis | $6,000.00 | $0 | $6,000.00 |
| Ryan Morse | $14,040.70 | $7,652 | $6,388.25 |
| Sage Callon | $4,000.00 | $0 | $4,000.00 |
| Sajid Palomares | $4,000.00 | $0 | $4,000.00 |
| Sandilya Garimella | $4,000.00 | $174 | $3,826.03 |
| Sandra Miller | $4,000.00 | $675 | $3,325.31 |
| Sarvan Sumra (cortona_group_pty) | $4,040.70 | $2,641 | $1,399.47 |
| Savneet Kaur | $4,000.00 | $0 | $4,000.00 |
| Scott Buchanan (senexe) | $9,040.70 | $4,411 | $4,629.82 |
| Scott Stratton | $9,040.70 | $4,255 | $4,785.69 |
| Sean Cook | $4,000.00 | $0 | $4,000.00 |
| Serene Ang | $4,000.00 | $0 | $4,000.00 |
| Shahzad Ahmed | $4,040.70 | $407 | $3,633.61 |
| Shamica Lamar | $4,040.70 | $3,843 | $197.72 |
| Sharon Hutchins | $4,000.00 | $0 | $4,000.00 |
| Shereen Razick | $9,040.70 | $4,309 | $4,731.68 |
| Simon Au-Yeung | $4,040.70 | $270 | $3,770.76 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Smita Malekoo | $4,000.00 | $0 | $4,000.00 |
| Sonny Yuen | $4,000.00 | $0 | $4,000.00 |
| Sonya Fukeda | $4,000.00 | $345 | $3,655.04 |
| Spencer Ladin; Jay Beatty | $4,000.00 | $0 | $4,000.00 |
| Stanley Musila | $4,000.00 | $134 | $3,865.51 |
| Stephen Van (SV Items) | $4,000.00 | $0 | $4,000.00 |
| Steve and Stefani Arnold (YGW Associates) | $4,000.00 | $0 | $4,000.00 |
| Steve Fielding | $9,040.70 | $6,306 | $2,734.64 |
| Steve McNair | $4,000.00 | $0 | $4,000.00 |
| Steven Iverson | $9,040.70 | $8,000 | $1,040.88 |
| Steven Pirovolikos John Fuller | $4,000.00 | $0 | $4,000.00 |
| Stuart Trem | $4,000.00 | $690 | $3,310.25 |
| Sumana Sanjeeva | $4,000.00 | $0 | $4,000.00 |
| Susan Armenta | $4,000.00 | $0 | $4,000.00 |
| Suzy Tung | $4,000.00 | $0 | $4,000.00 |
| Tanya Kitamura | $4,000.00 | $0 | $4,000.00 |
| Tasha Wallage | $4,040.70 | $0 | $4,040.70 |
| Taylor Tassone | $4,000.00 | $0 | $4,000.00 |
| Terry Ringering | $4,000.00 | $0 | $4,000.00 |

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Thomas (Georgina Sanni) | $9,040.70 | $4,074 | $4,966.27 |
| Thomas Gerard | $4,000.00 | $0 | $4,000.00 |
| Thomas Leong | $4,040.70 | $75 | $3,965.86 |
| Thomas Sarro | $4,000.00 | $0 | $4,000.00 |
| Tim Burnette | $4,000.00 | $0 | $4,000.00 |
| Timothy Edwards | $4,000.00 | $0 | $4,000.00 |
| Tom Griffiths | $4,000.00 | $614 | $3,385.94 |
| Tommy and Ken Muller | $4,040.70 | $716 | $3,324.78 |
| Tong Jiang | $4,000.00 | $0 | $4,000.00 |
| Tony Araque | $4,000.00 | $0 | $4,000.00 |
| Tracy Lane; Michael Bernert | $4,040.70 | $714 | $3,327.05 |
| Tracy Oullaya | $4,000.00 | $111 | $3,888.81 |
| Tracy Yamamoto | $4,000.00 | $100 | $3,900.02 |
| Travis Hoopes | $4,000.00 | $0 | $4,000.00 |
| Troy Trinh (Trinh Design) | $4,000.00 | $0 | $4,000.00 |
| Ty Stewart | $4,000.00 | $757 | $3,243.34 |
| Tyler Hightree | $4,000.00 | $0 | $4,000.00 |
| Tyson Feller | $9,040.70 | $5,091 | $3,949.68 |
| Tyson Gallant (Typro Innovations) | $9,040.70 | $4,972 | $4,068.58 |

# EXHIBIT A/B #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Valeria Lifanova | $4,000.00 | $0 | $4,000.00 |
| Veena Krishna Kumar | $4,000.00 | $0 | $4,000.00 |
| Veneta Glavcheva | $4,000.00 | $468 | $3,532.09 |
| Viktor Marinov | $4,000.00 | $0 | $4,000.00 |
| Vincent Nieuwenhoven | $4,040.70 | $2,060 | $1,980.71 |
| Vinh Trinh | $4,040.70 | $2,224 | $1,817.02 |
| Vitaly Pikarevich | $4,000.00 | $0 | $4,000.00 |
| Volkan Samur (buzzdoora) | $6,000.00 | $0 | $6,000.00 |
| Walt Foskey | $4,040.70 | $3,933 | $107.86 |
| Walter Franco | $4,000.00 | $0 | $4,000.00 |
| Wes Hedden | $4,040.70 | $0 | $4,040.70 |
| Wiht Riollano | $4,040.70 | $3,058 | $982.72 |
| Will Lockwood | $4,000.00 | $0 | $4,000.00 |
| William Stoll | $4,000.00 | $0 | $4,000.00 |
| Xavier Edokpa | $4,040.70 | $0 | $4,040.70 |
| Yao Swee | $4,000.00 | $0 | $4,000.00 |
| Yehia Aref | $4,000.00 | $0 | $4,000.00 |
| Yoav Press (BYR Investments) | $4,000.00 | $236 | $3,764.40 |
| Yohan Zimmermann | $6,000.00 | $0 | $6,000.00 |

# EXHIBIT A/B #3

| Name | Pre-payment for products paid | Amount used to buy products | Amount owed |
|---|---|---|---|
| Yue Shen | $4,040.70 | $3,037 | $1,003.30 |
| Yvonne and Shannon Wright-Burnett | $4,040.70 | $236 | $3,804.54 |
| Yvonne Makrucki | $4,000.00 | $0 | $4,000.00 |
| Zachary Herrera | $4,000.00 | $0 | $4,000.00 |
| Zena Kandah | $4,000.00 | $0 | $4,000.00 |
| Zhipeng Qu; Karen Qu | $4,000.00 | $0 | $4,000.00 |
| Zoi Zeo | $4,000.00 | $0 | $4,000.00 |
| TOTAL | | | $1,528,041.75 |

# SCHEDULE A/B
# EXHIBITS #39 AND 41

# A/B EXHIBIT #39 & #41

| General description | Net book value of debtor's interest | Valuation method used for current value |
|---|---|---|

Purpose: **Form 206A/B, #39-42**

| Office furniture | | |
|---|---|---|
| Uplift Desk V2 - Walnut Laminate 1" with flush keypad (15x) | $5,775 | 50% of original price |
| Poppin Max Task Office Chair, Mid Back (15x) | $1,350 | 30% of original price |
| Authentic Kentucky Bourbon/Whiskey Barrel (4x) | $460 | 50% of original price |
| Stained hard wood tabletop for long table | $400 | 50% of original price |
| Antique cash register | $200 | 50% of original price |
| Set of 2 Vintage Bar Stool | $182 | 50% of original price |
| Correll 48"x72" Kidney Shaped Classroom Activity Table | $160 | 50% of original price |
| Safavieh Polar Shag Collection PSG800D Rug | $116 | 50% of original price |
| Table | $100 | 50% of original price |
| HAPPYGRILL 6FT Artificial Greenery Fake Tree (2x) | $100 | 50% of original price |
| Coffee table | $75 | 50% of original price |
| Paymaster check stamping machine | $75 | 50% of original price |
| UPLIFT Desk Bamboo Motion-X Balance Board (4x) | $60 | ebay |
| Solid metal & wood chair | $50 | 50% of original price |
| Vintage paymaster | $50 | 50% of original price |
| Antique accounting machine | $50 | 50% of original price |
| Uplift Desk frame and keypad for for long table | $48 | 50% of original price |
| Uplift Desk heavy duty locking caster (4x) | $36 | 40% of original price |
| End tables | $30 | 50% of original price |
| Coffee table | $25 | 50% of original price |
| Metal gyro globe | $25 | 50% of original price |
| Decorative wooden stands | $20 | 50% of original price |
| Small table | $18 | 50% of original price |
| Ikea Langstead rug | $15 | 50% of original price |
| Plant / vase stand | $15 | 50% of original price |
| End table with white legs | $15 | 50% of original price |
| Cement lamp stand | $10 | 50% of original price |
| | $9,460 | |

| Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|
| Apple MacBook Pro 13" M1 16GB (15x) | $18,563 | ebay |
| MacBook Pro 15-Inch "Core i7" 2.2 Touch/2018 (2x) | $1,578 | ebay |
| LG 27MU88-W Monitor (11x) | $1,045 | ebay |
| Neat Bar (Video Conferencing for Zoom) | $1,000 | ebay |
| PC Part: MSI GeForce RTX 2080 SUPER GAMING X TRIO 8GB GDDR6 Graphics Card (3x) | $930 | ebay |
| PC Part: 4TB SSD Samsung 860 QVO SATA 3 (3x) | $795 | ebay |
| LG 75" 4K HDR Smart LED UHD TV 75UK6190PUB | $750 | 50% of original price |
| PC Part: AMD Ryzen 9 3900X 12-Core Processor 4.00 GHz ( | $690 | ebay |
| LG 27UK850-W Monitor (3x) | $540 | ebay |
| Uplift Desk Zilker Single Monitor Arm (12x) | $540 | 50% of original price |
| Apple Mac Mini (Late 2018) | $465 | ebay |
| PC Part: Corsair Vengeance LPX, 64GB (4 x 16gb) DDR4, 3600MHz RAM Memory (3x) | $450 | ebay |

# A/B EXHIBIT #39 & #41

| General description | Net book value of debtor's interest | Valuation method used for current value |
|---|---|---|
| iPhone 12 Pro 512 GB | $440 | 50% of original price |
| Apple TV 4th Generation, 32 GB (5x) | $300 | ebay |
| HP Color Laserjet Pro M479FDW Printer | $300 | 50% of original price |
| PC Part: ASUS Pro WS X570-ACE Motherboard (3x) | $270 | ebay |
| Creality CR-10S 3D Printer | $250 | 50% of original price |
| iPad 9.7" 6th Gen (Wi-Fi Only) (3x) | $225 | ebay |
| Dell Ultra HD 4k Monitor P2715Q 27-Inch | $218 | ebay |
| PC Part: Cooler Master MasterCase H500 Case (3x) | $210 | 50% of original price |
| iMac 21.5-inch Core i5 3.0, 8 GB memory, 250 GB, 4K, 2017 | $200 | ebay |
| Samsung M5300 50" Smart LED TV | $200 | 50% of original price |
| Insignia NS-43D420NA TV (3x) | $180 | 50% of original price |
| PC Part: 1TB SSD Samsung 970 EVO Plus NVMe M.2 (3x) | $174 | 50% of original price |
| PC Part: Corsair RMX Series 2018 RM650x Power Supply (3 | $165 | 50% of original price |
| TCL Roku TV 49S325 | $120 | ebay |
| PC Part: Be Quiet Dark Rock 4 CPU Cooler 200w TDP PC1183072 (3x) | $114 | 50% of original price |
| UtechSmart Venus MMO Wired Gaming mouse 16400DPI (3x) | $51 | 50% of original price |
| Black E-YOOSO K600 LED Keyboard with Blue Switches (3x) | $45 | 50% of original price |
| **TOTAL** | **$30,807.00** | |

# SCHEDULE A/B
# EXHIBIT #50

# EXHIBIT A/B #50

| General description | Net book value of debtor's interest | n method used for curre |
|---|---|---|

Purpose: **Form 206A/B, #50**

| Other machinery, fixtures, and equipment | | |
|---|---|---|
| Sony a7siii (Mirrorless Camera) (5x) | $12,800 | Ebay |
| Sony FE 50mm f/1.2 GM (Prime Lens) (3x) | $4,797 | Ebay |
| Kino Flo Image L40 DMX LED Panel (RGB Studio Panel Light) (3x) | $3,600 | Ebay |
| Sony FE 35mm f/1.4 GM (Prime Lens) (2x) | $2,380 | Ebay |
| Sony FE 24-70mm f/2.8 GM (Zoom Lens) (2x) | $2,190 | Ebay |
| Sachtler Aktiv 8 head w/ Flowtech75 | $2,025 | Ebay |
| Sony FE 12-24mm f/2.8 GM (Zoom Lens) | $1,949 | Ebay |
| SlingStudio Hub + 4 Camera Links (Live Video Editing) | $1,800 | Ebay |
| Aputure NOVA P300c (RGB Panel Light) (2x) | $1,700 | Ebay |
| Creamsource Micro Color (RGB Panel Light) | $1,600 | 50% of original price |
| Atomos Shogun 7 (Medium-sized Monitor) (2x) | $1,220 | Ebay |
| Shure SM7B Cardioid Studio Mic (Studio Mic) (4x) | $1,120 | Ebay |
| AcousitcART Panels with custom graphics | $1,100 | 50% of original price |
| K-Tek KEG-100CC Boompole (2x) | $1,064 | Ebay |
| Sony FE 85mm f/1.4 GM (Prime Lens) | $1,048 | Ebay |
| Rokinon Xeen 50mm T/1.5 Cine (Cine Lens) | $800 | Ebay |
| Sony a7rii (Mirrorless Camera) | $760 | Ebay |
| Irix 150mm T/3.0 Cine (Cine Lens) | $700 | Ebay |
| Ubiquiti UniFi UAP-AC-IW-PRO Access Point (10x) | $610 | Ebay |
| DJI Mavic Air 2 Drone Cam (Aerial Drone) | $600 | Ebay |
| Sennheiser MKE 416 (Shotgun Mic) (2x) | $550 | Ebay |
| Sony FE 16-35mm f/4 (Zoom Lens) | $530 | Ebay |
| Aputure 120d II (Daylight Single Source) (2x) | $480 | 50% of original price |
| Synology DiskStation DS1019+ (NAS) | $400 | ebay |
| Aputure 300D Lightstorm (Daylight Single Source) | $400 | 50% of original price |
| Dracast S-Series Plus Bi-Color LED Panel (RGB Panel Light) (4x) | $398 | 50% of original price |
| Manfrotto MVT502AM (3x) | $390 | 50% of original price |
| Sachtler Ace M System | $356 | 50% of original price |
| Ubiquiti UniFi US-24-250W Gigabit Ethernet Switch | $350 | Ebay |
| Atomos Ninja V (Miniature Recorder) | $345 | Ebay |
| Quasar Science Rainbow LED 4ft Tube (RGB Tube) | $333 | 50% of original price |
| Sennheiser G4 Lav Kit (Lav Transmitter & Reciever) | $300 | 50% of original price |
| Sennheiser G4 Lav Kit (Lav Transmitter & Reciever) | $300 | 50% of original price |
| CyberPower OR2200LCDRT2U 8 Outlet UPS | $300 | Ebay |
| PrompterPeople UltraFlex 12" iPad Pro Teleprompter | $300 | 50% of original price |
| Sony Zeiss FE 35mm f/2.8 (Prime Lens) | $299 | 50% of original price |
| GoPro HERO7, Black (Action Camera) (2x) | $280 | Ebay |
| Beyerdynamic DT 770 PRO Headphones (4x) | $280 | 50% of original price |
| Sony FE 85mm f/1.8 (Prime Lens) | $274 | 50% of original price |
| Sony BP-U60 | $265 | 50% of original price |
| Rokinon 8mm f/2.8 (Prime Lens) | $250 | Ebay |
| Ubiquiti UniFi USG-PRO-4 Enterprise Gateway Router | $230 | Ebay |
| ProGrade Digital 256GB UHS-II SDXC Memory Card | $225 | 50% of original price |
| Rode VideoMic NTG Shotgun Microphone (2x) | $200 | 50% of original price |
| Rode VideoMic NTG (Portable Shotgun Mic) (2x) | $200 | 50% of original price |
| Smith-Victor CoolLED Pro (Daylight Single Source) | $194 | 50% of original price |

# EXHIBIT A/B #50

| General description | Net book value of debtor's interest | n method used for curre |
|---|---|---|
| E-Image EG05A2 Two-Stage Aluminum Tripod with GH05 Head (75 | $180 | 50% of original price |
| Zhiyun Crane v2 (Stabilizer) | $175 | 50% of original price |
| E-Image EG05A2 Tripod System with Dolly | $175 | 50% of original price |
| Ruggard Electronic Dry Cabinet (120L) | $150 | 50% of original price |
| Ubiquiti UniFi US-24 Gigabit Ethernet Switch | $145 | Ebay |
| Digital Juice Pro Flag Kit (24x36") | $140 | 50% of original price |
| Neewer 3 Packs Professional Swivel Caster Wheels Set (4x) | $140 | 50% of original price |
| Ubiquiti UniFi Cloud Key Gen2 Plus Networking Controller | $140 | Ebay |
| Zhiyun Weebil S (Stabilizer) | $135 | 50% of original price |
| OneTakeOnly PadPrompter (Teleprompter) | $135 | 50% of original price |
| Manfrotto 427B-4 Boom Pole | $133 | 50% of original price |
| Saramonic UwMic9 2-Person Wireless Lav Mics w/ Receiver | $130 | 50% of original price |
| Pelican iM3100 Storm Case with Foam (Black) | $129 | 50% of original price |
| Lexar 128GB Professional 2000x UHS-II SDXC Memory Card (2-Pa | $125 | 50% of original price |
| Rokinon AF 24mm f/2.8 (Prime Lens) | $118 | 50% of original price |
| Quasar Science 2000/6000k LED 4ft Tube (Bi-color Tube) | $105 | 50% of original price |
| Kupo 20" Master C-Stand Turtle Base Kit (5.7', Black) | $100 | 50% of original price |
| Tascam DR-10L (Wired Lav) | $100 | 50% of original price |
| Tascam DR-10L (Wired Lav) | $100 | 50% of original price |
| ZOOM H4nPro Handy Recorder (Portable XLR Recorder) | $90 | 50% of original price |
| Mackie M48 Single-Channel 48V Phantom Power Supply (3x) | $90 | 50% of original price |
| 8K Fiber Optic HDMI Cable 75ft | $90 | 50% of original price |
| Impact Folding Wheeled Base Stand (Black/Chrome-plated, 11') | $90 | 50% of original price |
| Impact FOLDING WHEELED BASE STAND 11.1'/3.4M | $89 | 50% of original price |
| Auray Professional Windshield (2x) | $85 | 50% of original price |
| Sony BP-U60 Battery Charger | $85 | 50% of original price |
| Matthews C-Stand with Grip Head, Arm | $80 | 50% of original price |
| Matthews Floppy Cutter - 48x48" | $78 | 50% of original price |
| 9.SOLUTIONS VESA Mount to 5/8" Receptacle (2x) | $76 | 50% of original price |
| Datacolor SpyderCHECKR Color Chart | $70 | 50% of original price |
| Sony BP-U30 | $70 | 50% of original price |
| Ubiquiti UVC-G3-AF Video Camera G3 | $68 | 50% of original price |
| E-Image Lightweight Tripod Dolly | $65 | 50% of original price |
| Matthews Apple Box - Full (4x) | $60 | 50% of original price |
| Samsung 1TB 860 EVO SATA III 2.5" Internal SSD | $55 | 50% of original price |
| Inogeni HDMI to USB 3.0 | $50 | 50% of original price |
| Kupo Runway Stand Base | $50 | 50% of original price |
| Ubiquiti UniFi Cloud Key G2 Rack Mount Accessory | $50 | 50% of original price |
| Focusrite Clarette 4Pre USB (XLR Audio Interface) | $49 | 50% of original price |
| SmallRig Camera Cage with HDMI Cable Clamp for Sony a7S III (2x | $46 | 50% of original price |
| TRITON AUDIO FetHead | $45 | 50% of original price |
| ProGrade Digital Dual-Slot UHS-II SDXC USB 3.2 Gen 2 Type-C Ca | $40 | 50% of original price |
| Kupo Baby Receiver Wall Plate (2x) | $36 | 50% of original price |
| Quasar Science Daylight LED 4ft Tube (Daylight Tube) | $36 | 50% of original price |
| 128GB Sony V60 SD Card | $35 | 50% of original price |
| Green Extreme GXBPU60 | $30 | 50% of original price |
| Auray WSW-VMNTG Custom Windbuster (2x) | $30 | 50% of original price |
| 48 Pack 12"x12"x1" Studio Acoustic Panels | $28 | 50% of original price |
| BM Mini Converter Sync Generator | $25 | 50% of original price |
| Impact Heavy-Duty Light Stand | $25 | 50% of original price |
| Kupo Holder for Kino Flo Fluorescent Lamp | $24 | 50% of original price |
| 128GB SD Sandisk Extreme Pro | $20 | 50% of original price |

# EXHIBIT A/B #50

| General description | Net book value of debtor's interest | method used for curre |
|---|---|---|
| Manfrotto 504PLONG Long Quick Release Mounting Plate | $20 | 50% of original price |
| Auray DUSM-1 Universal Shockmount (2x) | $19 | 50% of original price |
| Sony NP-FW50 | $18 | 50% of original price |
| Rode DS1 Microphone Desktop Stand | $15 | 50% of original price |
| Sony NP-F770,NP-F550 Dual Charger | $15 | 50% of original price |
| Angelbird USB 3.2 Gen 2 Type-C to SATA 6 Gb/s Adapter | $15 | 50% of original price |
| Sony NP-F770 | $13 | 50% of original price |
| 128GB SD SanDisk Extreme Plus | $12 | 50% of original price |
| 64GB SanDisk Extreme Pro SD Card | $9 | 50% of original price |
| 64GB SanDisk Extreme Plus SD Card | $9 | 50% of original price |
| RAVPOWER NP-FW50 | $8 | 50% of original price |
| 32GB SanDisk Extreme Plus SD Card | $7 | 50% of original price |
| 32GB SanDisk Extreme Pro SD Card | $7 | 50% of original price |
| 32GB SanDisk Extreme Pro Micro SD Card | $7 | 50% of original price |
| Sony NP-F550 | $7 | 50% of original price |
| Sony BC-VW1 Battery Charger | $5 | 50% of original price |
| Sony NP-F770,NP-F550 Single Charger | $5 | 50% of original price |
| 32GB MICRO SD SanDisk Ultra | $5 | 50% of original price |
| 16GB ADATA MICRO SD Card | $3 | 50% of original price |

| **Total** | **$56,831** | |