

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 20, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | 22-10783-SMR |
| | § | |
| JUST ONE DIME COACHING, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### SUA SPONTE ORDER TRANSMITTING APPEAL TO THE DISTRICT COURT

On March 20, 2024, the Court entered its *Order Denying* (ECF No. 259) the Chapter 7 Trustee's *Motion to Approve Limited Settlement with Certain Creditor Parties* (ECF No. 205). On April 3, 2024, a certain group of creditors called the Minns Firm Clients filed a *Motion for Leave to Take Interlocutory Appeal* (the "Original Motion for Leave," ECF No. 264) which was subsequently amended on April 19, 2024, by the Minns Firm Clients in their *Amended Motion for Leave to Appeal* (the "Amended Motion for Leave," ECF No. 280).

Upon review, the Court noticed that the Minns Firm Clients attached a *Notice of Interlocutory Appeal and Statement of Election* (the "Notice," ECF No. 264-1) to their Original Motion for Leave. The Court finds that under Federal Rule of Bankruptcy Procedure 8004(c)(1)

the Court is required to order the bankruptcy clerk to transmit this matter to the District Court so that the District Court may resolve these matters.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the bankruptcy clerk of court shall promptly transmit the notice and motions for leave to the district clerk along with any other responses or pleadings related thereto.

**IT IS FURTHER ORDERED** that this Court does not express an opinion on the Original Motion for Leave, Amended Motion for Leave, or the Notice.

###